## UNITED STATES DISTRICT COURT

## DISTRICT OF COLUMBIA

| | |
|---|---|
| Lawrence E. Tannas, Jr., an individual dba as Tannas Electronics; Tannas Electronic Displays, Inc., a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>BAE Systems Avionics Limited, a British corporation; BAE Systems Electronics Limited, a British corporation, BAE Systems, Plc, a British corporation<br><br>Defendants. | Case No. 05-1866<br><br>**MOTION FOR APPLICATION AND APPLICATION FOR *PRO HAC VICE* ADMISSION FOR DEFENDANT'S COUNSEL, SCOTT J. FERRELL AND DAVID R. SUGDEN** |

Complaint Filed:  September 21, 2005
Trial Date:  None Set

**PLEASE TAKE NOTICE** that Defendant BAE Systems, PLC ("Defendant") hereby submits to this Court for admission an application for *pro hac vice* admission of attorneys Scott J. Ferrell, Esq. and David R. Sugden, Esq.

The Application for Admission as Counsel Pro Hac Vice is made based on District Court of the District of Columbia Local Rule 83.2 (d), and the declarations of Scott J. Ferrell, Esq. and David R. Sugden, Esq. Counsel of record, who is a member of the bar of the District of Columbia is, Kent Brostrom, Esq. through BAE Systems Applied Technologies Inc., 1601 Research Blvd., Rockville, Maryland 20850.

Dated: October 13, 2005

By: _____
Kent Brostrom
Attorney for Defendant

## DECLARATION OF SCOTT J. FERRELL, ESQ. IN SUPPORT OF APPLICATION FOR ADMISSION AS COUNSEL PRO HAC VICE

I, Scott J. Ferrell, declare as follows:

1. My address is Call, Jensen & Ferrell, 610 Newport Center Drive, Suite 700, Newport Beach, CA 92660. My office phone number is 949-717-3000.

2. I was admitted to practice before all of the courts of the State of California in June 25, 1999; United States District Court of California - Central District on July 12, 1999; United States District Court of California – Southern District on June 12, 2001; United States District Court of California – Northern District on November 4, 1998; United States Court of Appeal – Ninth Circuit on July 22, 1999; United States Court of Appeals – Fifth Circuit on February 1, 1999; United States District Court of Texas - Eastern District on January 29, 1998; and United States District Court of Texas - December 5, 1997.

3. I am a member in good standing of all such courts.

4. I am not currently suspended or disbarred in any court.

5. I have not applied for permission to practice *pro hac vice* before any court of the District of Columbia during the last two years.

6. Counsel of record who is a member of the bar of the District of Columbia is Kent Brostrom of BAE Systems Applied Technologies Inc.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 12TH day of October, 2005 at Newport Beach, California.

Scott J. Ferrell, Esq.

### DECLARATION OF DAVID R. SUGDEN, ESQ. IN SUPPORT OF APPLICATION FOR ADMISSION AS COUNSEL PRO HAC VICE

I, David R. Sugden, declare as follows:

1. My address is Call, Jensen & Ferrell, 610 Newport Center Drive, Suite 700, Newport Beach, CA 92660. My office phone number is 949-717-3000.

2. I was admitted to practice before all of the courts of the State of California in November 20, 2001; United States District Court of California - Southern District on April 9, 2003; and United States District Court of California - Central District on November 25, 2001.

3. I am a member in good standing of all such courts.

4. I am not currently suspended or disbarred in any court.

5. I have not applied for permission to practice *pro hac vice* before any court of the District of Columbia during the last two years.

6. Counsel of record who is a member of the bar of the District of Columbia is Kent Brostrom through BAE Systems Applied Technologies Inc.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 12 day of October, 2005 at Newport Beach, California.

David R. Sugden, Esq.