UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| Lawrence E. Tannas, Jr., and individual dba as Tannas Electronics; Tannas Electronic Displays, Inc., a California corporation,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>BAE Systems Avionics Limited, a British Corporation; BAE Systems Electronics Limited, a British corporation, BAE Systems, Plc, a British corporation<br>_____ | Case No. 05-1866<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR PLAINTIFF**<br><br><br><br><br><br><br><br>Complaint Filed: September 21, 2005<br>Trial Date: Not Yet Set |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Birch, Stewart, Kolasch & Birch, L.L.P., by Quentin R. Corrie, 8110 Gatehouse Road, Suite 100 East, Falls Church, Virginia 22042 hereby enters its appearance as counsel for the Plaintiffs, and I am a member of the Bar of the District of Columbia and of this Court.

Dated: March 16, 2006

Birch, Stewart, Kolasch and Birch, LLP

By: /s/ Quentin R. Corrie_____
　　QUENTIN R. CORRIE
　　(DC Bar #224469)
　　8110 Gatehouse Road
　　Suite 100 East
　　Falls Church, Virginia 22040-0747
　　Phone: (703) 205-8000
　　Fax: (703) 205-8050

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of March, 2006, a copy of the foregoing was mailed, via First Class mail, postage prepaid to:

Kent Dale Brostrom, Esq.
1601 Research Boulevard
Rockville, MD  20817

Scott J. Ferrell, Esq.
David R. Sugden, Esq.
610 Newport Center Drive, Suite 700
Newport Beach, CA  92660

                                    /s/ Quentin R. Corrie_____
                                       Quentin R. Corrie