UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | |
|---|---|
| Lawrence E. Tannas, Jr., an individual dba as Tannas Electronics; Tannas Electronic Displays, Inc., a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>BAE Systems Avionics Limited, a British corporation; BAE Systems Electronics Limited, a British corporation, BAE Systems, Plc, a British corporation<br><br>Defendants. | Case No. 05-1866<br><br>**NOTICE OF FILING AMENDED DECLARATIONS FOR *PRO HAC VICE* ADMISSION FOR DEFENDANT'S COUNSEL, SCOTT J. FERRELL AND DAVID R. SUGDEN**<br><br>Complaint Filed: September 21, 2005<br>Trial Date: None Set |

**PLEASE TAKE NOTICE** that Defendant BAE Systems, PLC ("Defendant") hereby submits to this Court amended declarations for *pro hac vice* admission of attorneys Scott J. Ferrell, Esq. and David R. Sugden, Esq.

Counsel of record, who is a member of the bar of the District of Columbia is, Kent Brostrom, Esq. through BAE Systems Applied Technologies Inc., 1601 Research Blvd., Rockville, Maryland 20850.

Dated: May 17, 2006

By: _____
Kent Brostrom
Attorney for Defendant