UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| Lawrence E. Tannas, Jr., an individual dba as Tannas Electronics; Tannas Electronic Displays, Inc., a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>BAE Systems Avionics Limited, a British Corporation; BAE Systems Electronics Limited, a British corporation, BAE Systems, Plc, a British corporation | Case No. 05-1866 RWR<br><br>MOTION FOR APPLICATION AND APPLICATION FOR *PRO HAC VICE* ADMISSION FOR PLAINTIFF'S COUNSEL, MARK J. NUELL<br><br>Complaint Filed: September 21, 2005<br>Trial Date: Not Yet Set |

PLEASE TAKE NOTICE that Plaintiffs hereby submit to this Court for admission an application for pro hac vice admission of attorney Mark J. Nuell, Esquire. The Application for Admission as Counsel Pro Hac Vice is made based on District Court of the District of Columbia Rule 83.2 (d), and the declaration of Mark J. Nuell, Esquire. Counsel of record, who is a member of the bar of the District of Columbia is, Quentin R. Corrie, Esquire of Birch, Stewart, Kolasch & Birch, L.L.P., 8110 Gatehouse Road, Suite 100 East, Falls Church, Virginia 22042.

Dated: May 19, 2006

By: _____
QUENTIN R. CORRIE
Attorney for Plaintiff

## DECLARATION OF MARK J. NUELL, ESQUIRE IN SUPPORT OF APPLICATION FOR ADMISSION AS COUNSEL PRO HAC VICE

I, Mark J. Nuell, declare as follows:

1. My office address is Birch, Stewart, Kolasch & Birch, L.L.P., 8110 Gatehouse Road, Suite 100 East, Falls Church, Virginia 22042. My office phone number is (703) 205-8000.

2. I am admitted to practice before the courts of Virginia.

3. I am a member in good standing of all such courts.

4. I am not currently suspended or disbarred in any court.

5. I have not applied for permission to practice *pro hac vice* before any court of the District of Columbia during the last two years.

6. Counsel of record who is a member of the bar of the District of Columbia is Quentin R. Corrie, Esquire of Birch, Stewart, Kolasch & Birch, L.L.P.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 19th day of May, 2006 in Falls Church, Virginia.

_____
Mark J. Nuell, Esq.

2