UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| Lawrence E. Tannas, Jr., and individual dba as Tannas Electronics; Tannas Electronic Displays, Inc., a California corporation,<br><br>      Plaintiffs,<br><br>vs.<br><br>BAE Systems Avionics Limited, a British Corporation; BAE Systems Electronics Limited, a British corporation, BAE Systems, Plc, a British corporation | Case No. 05-1866<br><br>**NOTICE OF FILING AMENDED DECLARATION FOR *PRO HAC VICE* ADMISSIONS FOR PLAINTIFF'S COUNSEL MARK J. NUELL**<br><br><br>Complaint Filed: September 21, 2005<br>Trial Date: Not Yet Set |

      PLEASE TAKE NOTICE that the Plaintiffs Lawrence E. Tannas, Jr., et al hereby submit to this Court an amended declaration for pro hac vice admission of attorney Mark J. Nuell, Esq.

      Counsel of record, who is a member of the bar of the District of Columbia is, Quentin R. Corrie through Birch, Stewart, Kolasch & Birch, LLP, 8110 Gatehouse Road Ste 100 East Falls Church, VA 22042.

Dated: July 25, 2006

Birch, Stewart, Kolasch and Birch, LLP

By /s/ Quentin R. Corrie_____
 QUENTIN R. CORRIE
 DC Bar #224469
 8110 Gatehouse Road
 Suite 100 East
 Falls Church, Virginia 22040-0747
 Phone: (703) 205-8000
 Fax: (703) 205-8050

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of July, 2006, a copy of the foregoing was mailed, via First Class mail, postage prepaid to:

Kent Dale Brostrom, Esq.
1601 Research Boulevard
Rockville, MD  20817

Scott J. Ferrell, Esq.
David R. Sugden, Esq.
610 Newport Center Drive, Suite 700
Newport Beach, CA  92660

/s/ Quentin R. Corrie_____
Quentin R. Corrie