UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| Lawrence E. Tannas, Jr., an individual dba as Tannas Electronics; Tannas Electronic Displays, Inc., a California corporation,<br><br>               Plaintiffs,<br><br>vs.<br>BAE Systems Avionics Limited, a British Corporation; BAE Systems Electronics Limited, a British corporation, BAE Systems, Plc, a British corporation | Case No. 05-1866<br><br>**AMENDED DECLARATION OF MARK J. NUELL IN SUPPORT OF APPLICATION FOR *PRO HAC VICE* ADMISSION FOR PLAINTIFF**<br><br><br>Complaint Filed: September 21, 2005<br>Trial Date: Not Yet Set |

## AMENDED DECLARATION OF MARK J. NUELL, ESQUIRE IN SUPPORT OF APPLICATION FOR ADMISSION AS COUNSEL PRO HAC VICE

I, Mark J. Nuell, declare as follows:

1. My address is Birch, Stewart, Kolasch & Birch, L.L.P., 8110 Gatehouse Road, Suite 100 East, Falls Church, Virginia 22042. My office phone number is (703) 205-8000.

2. I am admitted to practice before the court of Virginia.

3. I am a member in good standing of all such courts.

4. I have never been suspended or disbarred in any court.

5. I have not applied for permission to practice *pro hac vice* before any court of the District of Columbia during the last two years.

6. Counsel of record who is a member of the bar of the District of Columbia is Quentin R. Corrie, Esquire of Birch, Stewart, Kolasch & Birch, L.L.P.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 7th day of July, 2006 in Falls Church, Virginia.

_____
Mark J. Nuell, Esq.