# UNITED STATES DISTRICT COURT

# DISTRICT OF COLUMBIA

| | |
|---|---|
| Lawrence E. Tannas, Jr., an individual dba Tannas Electronics; Tannas Electronic Displays, Inc., a California corporation<br><br>        Plaintiffs,<br><br>        v.<br><br>BAE Systems Avionics Limited, a British Corporation; BAE Systems Electronics Limited, a British corporation<br><br>        Defendants. | Case No. 05-1866 (RWR)<br><br>**NOTICE OF MOTION AND MOTION OF PLAINTIFFS, LAWRENCE E. TANNAS, JR. AND TANNAS ELECTRONIC DISPLAYS, INC., TO TRANSFER UNDER 28 U.S.C. § 1404(a)**<br><br>**Hon. Richard W. Roberts** |

## TO DEFENDANTS AND TO THEIR COUNSEL OF RECORD HEREIN:

**PLEASE TAKE NOTCE** that, on a date and time to be set by the Court, before the Honorable Richard W. Roberts of the United States District Court, District of Columbia, Plaintiffs, Lawrence E. Tannas, Jr. and Tannas Electronic Displays, Inc., will, and hereby do, move the Court under 28 U.S.C. § 1404(a) for an order transferring the present action to the United States District Court, Central District of California, Southern Division.

In accordance with Local Rule 7(m), counsel for the parties, William A. English for Plaintiffs and David R. Sugden for Defendants, met and conferred on August 21, 2006 to discuss this Motion. Counsel for Defendants confirmed that Defendants intend to oppose this Motion.

**GROUNDS FOR MOTION:** This Motion is brought on the grounds that, for the convenience of parties and witnesses, in the interests of justice, this action should be transferred to the United States District Court, Central District of California, Southern Division.

1

A transfer of venue is warranted in this case as nearly all of the relevant factors weigh in favor of transfer back to the District Court for the Central District of California. A transfer of this case would respect Tannas' initial choice of forum. Transfer of the case back to California will be more convenient for Mr. Tannas, as well as for his anticipated witnesses – the majority of whom reside in Southern California. Similarly, there is a strong possibility that some of Mr. Tannas' anticipated witnesses will not be available to provide live testimony should the case be held in the District of Columbia, severely prejudicing Mr. Tannas' case. Furthermore, judges within the Central District of California are well-equipped to deal with the patent law issues are implicated in a § 146 proceeding. Finally, California has a strong interest in sorting out the ownership interests of an invention that was conceived in California and subsequently licensed to California-based entities. For these reasons, the current case should be transferred back to the District Court for the Central District of California.

Further, the District Court for the Central District of California has both subject matter jurisdiction over the present action under 35 U.S.C. § 146, and the Central District of California can properly exercise personal jurisdiction over the Defendants, such that this action may have been, and was originally, brought in the Central District of California.

**BASIS FOR MOTION:** This Motion is based upon this Notice of Motion and Motion, the attached Memorandum of Points and Authorities, the Declarations of William A. English and Lawrence E. Tannas, Jr. filed concurrently herewith, Exhibits A-AA, the records on file herein, all evidence and argument to be presented at the hearing on this matter, and such other matters of which the Court may take judicial notice before or at the hearing.

Respectfully submitted,

Birch, Stewart, Kolasch & Birch, LLP

Date: <u>August 25, 2006</u>          By:    <u>/s/ Quentin R.Corrie          </u>
QUENTIN R. CORRIE
DC Bar #224469
8110 Gatehouse Road
Suite 100 East
Falls Church, Virginia 22040-0747
Phone: (703) 205-8000
Fax: (703) 205-8050

By:    <u>/s/ Willaim A.English          </u>
WILLIAM A. ENGLISH (Admitted *Pro Hac Vice*)
Vista IP Law Group LLP
2040 Main Street, 9th Floor
Irvine, California 92614
Telephone:  (949) 724-1849
Facsimile:  (949) 625-8955

**ATTORNEYS FOR PLAINTIFFS**

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of August 2006, a copy of the foregoing was mailed, via First Class mail, postage prepaid to:

Kent Dale Brostrom, Esq.
1601 Research Boulevard
Rockville, MD  20817

Scott J. Ferrell, Esq.
David R. Sugden, Esq.
610 Newport Center Drive, Suite 700
Newport Beach, CA  92660


/s/ Quentin R. Corrie_____
Quentin R. Corrie

2