**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LAWRENCE E. TANNAS, Jr. et. al.     ) <br> ) <br>      Plaintiff,  ) <br> ) <br>          v.    ) <br> BAE SYSTEMS AVIONICS ) <br> LTD., et al.    ) <br> ) <br>      Defendant.   ) <br> ) <br> ) <br> ) <br> _____ ) | Civil Action No. 05-1866 (RWR) <br><br> **ORDER ON PLAINTIFFS' MOTION TO TRANSFER** |

<u>ORDER ON PLAINTIFFS' MOTION TO TRANSFER</u>

   This matter comes on motion by Plaintiffs Lawrence E. Tannas, Jr. and Tannas Electronic Displays, Inc. to transfer venue of the above-captioned action to the Southern Division of the United States District Court for the Central District of California.  The Court, having fully considered the matter on the basis of the briefs and accompanying exhibits filed by the parties, hereby orders that this action is transferred to the Southern Division of the United States District Court for the Central District of California located at 411 West Fourth Street, Santa Ana, California 92701-4516.


**IT IS SO ORDERED**

_____              Date: _____
United States District Court
Judge Richard W. Roberts

```
Copies to:

Quentin R. Corrie
Mark J. Nuell
8110 Gatehouse Road
Suite 100 East
Falls Church, Virginia 22040-0747
Phone: (703) 205-8000
Fax: (703) 205-8050

ATTORNEYS FOR PLAINTIFF


William A. English
Vista IP Law Group LLP
2040 Main Street, 9th Floor
Irvine, California 92614
Telephone:  (949) 724-1849
Facsimile:  (949) 625-8955

ATTORNEY FOR PLAINTIFF


Kent Dale Brostrom
IAP WORLDWIDE SERVICES INC
2231 Crystal Drive
Arlington, VA 22202
(703) 253-2768

ATTORNEY FOR DEFENDANT


David R. Sugden
Scott J. Ferrell
610 Newport Center Drive
Suite 700
Newport Beach, CA 92660
  (949) 717-3000
Fax: (949) 717-3001

ATTORNEYS FOR DEFENDANT
```