## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Patent Application of

WATSON

Serial No. 10/250,242

Filed: June 17, 2003

Atty. Ref.: 540-442

TC/A.U.: 2871

Examiner: Duong

For: IMPROVEMENTS IN OR RELATING TO LIQUID CRYSTAL DISPLAYS

* * * * * * * * * *

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

May 26, 2005

05/27/2005 SZEWDIE1 00000031 10250242
01 FC:1814                      130.00 OP

### TERMINAL DISCLAIMER

Your petitioner, BAE SYSTEMS PLC, a corporation having an office and place of business/residing at Warwick House, P.O. Box 87, Farnborough Aerospace Centre, Farnborough, Hampshire GU14 6YU represents that it is the assignee of all right, title and interest in and to Application Serial No. 10/250,242, filed June 17, 2003, for IMPROVEMENTS IN OR RELATING TO LIQUID CRYSTAL DISPLAYS by virtue of the following chain of title:.

1. From: David Stewart Nunmo Watson To: GEC-MARCONI AVIONICS (HOLDINGS) LIMITED
   Assignment was recorded in the United States Patent and Trademark Office at Reel 014208, Frame 0723.

2. From: GEC-MARCONI AVIONICS (HOLDINGS) LIMITED To: BAE SYSTEMS AVIONICS LIMITED
   Change of Name was recorded in the United States Patent and Trademark Office at Reel 014208, Frame 0725.

3. From: BAE SYSTEMS AVIONICS LIMITED To: BAE SYSTEMS AVIONICS PLC
   Assignment was filed for recordation in the United States Patent and Trademark Office on April 22, 2005. A copy thereof is attached.

Your petitioner hereby disclaims the terminal part of any patent granted on the above-identified application, which would extend beyond the expiration date of the full statutory term as presently shortened by any terminal disclaimer of any patent issuing from Application Serial No. 09/529,201 and hereby agrees that any patent so granted on the above-identified application shall be enforceable only for and during such period that the

958095

EXH. K-63

legal title to such patent granted on the above-identified application shall be the same as the legal title to any patent issuing from Application Serial No. 09/529,201, this agreement to run with any patent granted on the above-identified application and to be binding upon the grantee, its successors or assigns.

Petitioner does not disclaim any terminal part of any patent granted on the above-identified application prior to the expiration date of the full statutory term as presently shortened by any terminal disclaimer of any patent issuing from Application Serial No. 09/529,201 in the event that it later: expires for failure to pay a maintenance fee, is held unenforceable, is found invalid, is statutorily disclaimed in whole or terminally disclaimed under 37 CFR 1.321(a), has all claims canceled by a reexamination certificate, or is otherwise terminated prior to the expiration of its statutory term as presently shortened by any terminal disclaimer, except for the separation of legal title stated above.

The evidentiary documents accompanying this document or referred to above have been reviewed by the undersigned and it is certified that to the best of the assignee's knowledge and belief, title is in the assignee seeking to take action.

The undersigned is an attorney or agent of record.

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

By: /s/ Michelle N. Lester
Michelle N. Lester
Reg. No. 32,331

Date: May 26, 2005

☒ **Terminal disclaimer fee under 37 C.F.R. § 1.20(d) Included.** If missing, the Commissioner is hereby authorized to charge any deficiency, or credit any overpayment, in the fee(s) filed, or asserted to be filed, or which should have been filed herewith (or with any paper hereafter filed in this application by this firm) to our Account No. 14-1140.



Dated 14 April 2005

BAE SYSTEMS Avionics Limited

and

BAE SYSTEMS PLC

---

PATENT ASSIGNMENT

UNITED STATES OF AMERICA

---

EXH.K -65-

THIS ASSIGNMENT is made effective as of the 14th day of April 2005

BETWEEN:

1. <u>BAE SYSTEMS Avionics Limited</u> (Company Registration Number 2426132) of Warwick House, P.O. Box 87, Farnborough Aerospace Centre, Farnborough, Hampshire, GU14 6YU, United Kingdom (the "<u>Assignor</u>"); and

2. <u>BAE SYSTEMS plc</u> (Company Registration Number 1470151) of 6 Carlton Gardens, London, SW1Y 5AD, United Kingdom (the "<u>Assignee</u>")

WHEREAS:

A. The Assignor is the registered proprietor of US Patents and Patent Applications ("the Patents") as shown in the attached Schedule.

B. The parties agree that the Assignee has the right to require the Assignor to assign the Patent to the Assignee on the terms set out below.

NOW IT IS HEREBY AGREED AS FOLLOWS:

1. ASSIGNMENT

In consideration for the sum of one pound sterling (£1.00), receipt of which is hereby acknowledged, <u>the Assignor hereby assigns to the Assignee with effect from the aforementioned date all its right, title and interest in and to the Patent</u> including all rights, privileges and advantages attaching thereto to hold unto the Assignee absolutely for the full term of such Patents and with the intent that the Assignee shall have the right to sue for past infringement and obtain damages.

EXH. K -66-

BEST AVAILABLE COPY
BEST AVAILABLE COPY

2. GOVERNING LAW

This Assignment shall be governed by and construed in accordance with English law.

Signed for and behalf of BAE SYSTEMS Avionics Limited by:

_____MDMackett_____

Print Name: __M D MACKETT__

Date: __14 April 2005__

Witnessed by: __Pam Guess__

Print Name: __Pamela Guess__


Signed for and behalf of BAE SYSTEMS plc by:

_____RWJdh_____

Print Name: __DB WISHMAN__

Date: __14 April 2005__

Witnessed by: __Pam Guess__

Print Name: __Pamela Guess__

EXH. K
-67-

BEST AVAILABLE COPY

## SCHEDULE OF PATENTS

| Case No. | Patent Application No. |
|---|---|
| X61209 | 09/529201 |
| X61209 | 10/250242 |

SCOTT J. FERRELL, Bar No. 202091
DAVID R. SUGDEN, Bar No. 218465
CALL, JENSEN & FERRELL
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA 92660
(949) 717-3000 (Phone)
(949) 717-3100 (Fax)
sferrell@calljensen.com
dsugden@calljensen.com

Attorneys for Defendants BAE Systems Avionics Limited,
BAE Systems Electronics Limited, and BAE Systems, Plc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lawrence E. Tannas, Jr., an individual dba as Tannas Electronics; Tannas Electronic Displays, Inc., a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>BAE Systems Avionics Limited, a British corporation; BAE Systems Electronics Limited, a British corporation,<br><br>Defendants. | Case No. CV-03-5889 RJK (FMOx)<br><br>**NOTICE OF MOTION AND MOTION OF DEFENDANTS BAE SYSTEMS AVIONICS LIMITED, BAE SYSTEMS ELECTRONICS LIMITED, AND BAE SYSTEMS PLC. TO DISMISS PLAINTIFFS' COMPLAINT UNDER FRCP 12(b)(2) OR 12(b)(6), OR IN THE ALTERNATIVE FOR A MOTION TO DISMISS OR TRANSFER VENUE OF PLAINTIFFS' SIXTH CAUSE OF ACTION**<br><br>Date: July 11, 2005<br>Time: 10:00 a.m.<br>Place: Courtroom 1439, Roybal Building<br><br>Complaint Filed: August 19, 2003<br>Trial Date: None Set |

BRI03-01:154114_1:6-13-05    - 1 -
NOTICE OF MOTION AND MOTION OF DEFENDANTS TO DISMISS PLAINTIFFS' COMPLAINT UNDER FRCP 12(b)(2) OR 12(b)(6)
CALL, JENSEN & FERRELL PROFESSIONAL CORPORATION

EXH. L -69-

## I. INTRODUCTION

On July 9, 2004, Defendants filed a Motion to Dismiss Plaintiffs' Complaint and, on August 23, 2004, the Court heard oral arguments and took Defendants' Motion under submission to allow Plaintiffs to conduct further discovery on minimum contacts.

On December 1, 2004, the parties lodged and the Court signed a Stipulation and Order Re: Motion to Compel and First Amended Complaint which stated Plaintiffs would either (1) file a motion to compel discovery responses on January 31, 2005, or (2) file a First Amended Complaint "alleging new grounds for Defendants' minimum contacts, no later than January 31, 2005."

On May 19, 2005, Plaintiffs filed its First Amended Complaint ("FAC"). However, as the Court noted in its May 25 Order, "Plaintiffs' FAC goes beyond the scope of the Court's December 1, 2004 Order, which only allowed Plaintiffs to allege new grounds for Defendants' minimum contacts."

Defendants now bring this Motion to: (1) dismiss BAE Systems Electronics Limited ("Electronics") and BAE Systems, Plc. ("Systems") pursuant to FRCP 12(b)(2) because personal jurisdiction does not exist over these defendants; (2) dismiss the first five causes of action pursuant to FRCP 12(b)(6); (3) dismiss Systems and the sixth cause of action because (a) the Court did not allow this new party or cause of action to be added to Plaintiffs' FAC, and (b) pursuant to FRCP 12(b)(3) venue is improper for Plaintiffs' sixth cause of action (in the alternative, Defendants request that the Court transfer Plaintiffs' sixth cause of action to the proper venue pursuant to 28 U.S.C. § 1406(a)).

With respect to personal jurisdiction, while Avionics no longer contests personal jurisdiction, personal jurisdiction does not exist for Electronics or Systems. As the FAC

BRI03-01:154114_1:6-13-05
- 2 -
NOTICE OF MOTION AND MOTION OF DEFENDANTS TO DISMISS PLAINTIFFS' COMPLAINT UNDER FRCP 12(b)(2) OR 12(b)(6)

CALL, JENSEN & FERRELL
A PROFESSIONAL CORPORATION

EXH. L -70-

admits, both defendants are British corporations with their offices in the United Kingdom. In addition, the FAC does not contain allegations sufficient to warrant the exercise of personal jurisdiction over Electronics or Systems. Indeed, as explained in greater detail below, neither defendant has sufficient contacts with the State of California to warrant personal jurisdiction.

Even assuming personal jurisdiction exists over all Defendants, the Complaint is still defective. There is still a fatal disconnect between the factual allegations that purport to support the first five causes of action in the FAC and the claims asserted therein. The first three causes of action for declaratory judgment, for example, are deficient because the FAC does not allege a sufficient controversy between the parties.

The fourth cause of action meanwhile, for interference with prospective economic advantage, fails to allege any facts to make Plaintiffs' pleading sufficient. In the *original* complaint, this cause of action contained specific allegations that were unequivocally barred by the statute of limitations. Plaintiffs, in their FAC, have tried to cure this problem by simply removing all factual allegations and making vague and ambiguous claims about alleged statements made to "third parties."

It is difficult even to ascertain whether Plaintiff's fifth cause of action is one for defamation, for violation of California Business & Professions Code Section 17200, *et seq.*, or for violation of the Lanham Act (15 U.S.C. Section 1125(a)). Regardless, the cause of action fails under any of these theories because the statements upon which the claim is based are uncertain and because Plaintiffs nowhere allege any facts that would constitute defamation or any facts that establish the likelihood of confusion required in a Lanham Act claim.

/ / /

/ / /

# BAE SYSTEMS

Accessibility   Site map   Search

CAPABILITIES   PROGRAMMES   OPERATIONAL/CAPITAL/SERVICES   SOLUTIONS/SUPPORT   BUSINESS W

Home   Online News Room 2005

- About us
- Online news room
- Investor relations
- Engineering
- Virtual university
- Merger undertakings
- Careers
- Corporate responsibility
- Related links
- Research & technology
- Corporate identity guidance
- Our locations

## Online News Room

13 Jun 2005

**BAE SYSTEMS-RAYTHEON TEAM TO PROVIDE NEXT GENERATION MISSION PLANNING CAPABILITIES FOR THE U-2**

 Printer friendly version

The U.S. Air Force has awarded a BAE Systems-Raytheon team a $12.9 million contract to develop an advanced network-centric mission planning capability for its U-2 reconnaissance aircraft.

The contract also directs the team to develop common software that can be used to plan intelligence, surveillance and reconnaissance (ISR) missions for several lines of manned and unmanned aircraft. Besides the U-2, these aircraft include the RC-135, E-3, E-8, E-10, Global Hawk and Predator.

"The BAE Systems-Raytheon team brings together Raytheon's proven U-2 sensor planning and BAE Systems' air vehicle and ISR mission planning expertise to provide the warfighter a low-risk, low-cost, best-of-breed mission planning system," said Ted Spilman, BAE Systems' vice president for Defense Systems. "This approach ensures our customers will have an easy-to-use, network-centric, mission planning capability that works not only for the U-2 but for other ISR platforms as well."

Tom Kennedy, vice president for Raytheon's Integrated Airborne Systems business, cited the common technological strengths of the two organizations in ISR.

"BAE Systems and Raytheon are joining forces to offer the best technology to meet Air Force requirements, backed up by the extensive experience of both companies in developing cutting-edge ISR solutions," he said. "We've worked effectively together on the Joint Mission Planning System and the distributed common ground system, as well as in ISR. We expect to put this background and our technical expertise to good use in producing an outstanding next-generation mission-planning system for the U-2."

**About BAE SYSTEMS**
BAE Systems is an international company engaged in the development, delivery and support of advanced defence and aerospace systems in the air, on land, at sea and in space. The company designs,

EXH. M -72-

manufactures and supports military aircraft, surface ships, submarines, fighting vehicles, radar, avionics, communications, electronics and guided weapon systems. It is a pioneer in technology with a heritage stretching back hundreds of years. It is at the forefront of innovation, working to develop the next generation of intelligent defence systems.

<u>BAE Systems has major operations across five continents and customers in some 130 countries. The company has more than 90,000 people and generates annual sales of over £13 billion through its wholly-owned and joint venture operations.</u>

**About Raytheon:**
<u>Raytheon Space and Airborne Systems (SAS)</u> is the leading provider of sensor systems giving war fighters the most accurate and timely information available for the network-centric battlefield. With 2004 revenues of $4.0 billion and 13,000 employees, <u>SAS is headquartered in El Segundo, Calif.,</u> with additional facilities in Goleta, Calif.; Forest, Miss.; Dallas, McKinney and Plano, Texas; and several international locations.

Raytheon Company, with 2004 sales of $20.2 billion, is an industry leader in defense and government electronics, space, information technology, technical services and special-mission aircraft. Headquartered in Waltham, Mass., Raytheon employs 80,000 people worldwide.

**For further information, please contact:**
Ed Langmaid, BAE Systems
Tel: +1 858-675-5995 Mob: +1 858-449-5520
ed.langmaid@baesystems.com

**Issued by:**
BAE Systems, Farnborough, Hampshire GU14 6YU, UK
Tel: +44 (0) 1252 384795 Fax: +44 (0) 1252 383181
www.baesystems.com

Ref: 100/2005

◆ **Back**

EX#. M. -73-

**BAE SYSTEMS**

Accessibility    Site map    Search

CAPABILITIES    PROGRAMMES    OPERATIONAL/CAPITAL/SERVICES    SOLUTIONS/SUPPORT    BUSINESS W

Home ▸ Virtual News Room 2005

- About us
- Online news room
- Investor relations
- Engineering
- Virtual university
- Merger undertakings
- Careers
- Corporate responsibility
- Related links
- Research & technology
- Corporate identity guidance
- Our locations

## Virtual News Room

## In The News - Archives

11 April 2005

### BAE SYSTEMS CONTRACTED TO PROVIDE BOEING 777 ACTUATOR CONTROLS THROUGH 2012

LOS ANGELES — BAE Systems will provide Actuator Control Electronics (ACE) units for Boeing 777 aircraft through 2012 under an agreement with Boeing, Commercial Airplanes. BAE Systems has supplied this equipment to Boeing since 1990 under a contract that was set to expire at the end of 2005.

"We are very pleased to extend our relationship with Boeing on the 777 program," said Omid Safavian, director of Advanced Systems for BAE Systems in Los Angeles. "This contract is also significant because it extends our presence in the civil flight control market."

The contract calls for updating the ACE to address parts obsolescence. "The design update program was very complex, as no performance differences with the current units were acceptable, thus making the design transition transparent to users," Safavian said. BAE Systems has completed the ACE design update, and flight-worthy units have now been delivered to Boeing. Flight tests are scheduled to begin in April, with certification set to be completed in August.

BAE Systems has a significant presence in commercial aircraft electronics. It is the world leader in electronic engine controls, supplying controls for all GE and CFM International commercial jet engines, and produces wide range of aircraft subsystems that include airframe systems control and monitoring, flight deck systems, cabin systems, data distribution, and detection and alerting systems.

### About BAE SYSTEMS

BAE Systems is an international company engaged in the development, delivery and support of advanced defence and aerospace systems in the air, on land, at sea and in space. The company designs, manufactures and supports military aircraft, surface ships, submarines, fighting vehicles, radar, avionics, communications, electronics and guided weapon systems. It is a pioneer in technology with a heritage stretching back hundreds of years. It is at the forefront of innovation, working to develop the next generation of intelligent defence systems.

EXH. N-74-

BAE Systems has major operations across five continents and customers in some 130 countries. The company has more than 90,000 people and generates annual sales of over £13 billion through its wholly-owned and joint venture operations.

BAE Systems North America is one of America's foremost national security, aerospace, and information systems companies. It is a leading provider of electronic and information-based systems and knowledge-based solutions that meet its customers' mission effectiveness and operational safety needs. BAE Systems North America employs more than 30,000 people at sites across the United States and the United Kingdom and generates more than $5 billion in annual sales.

**For further information, please contact:**
Terry Kanakri, BAE Systems
Tel: +1 323 298 6946  Cell: +1 323 893 6393
terry.kanakri@baesystems.com

www.ps.na.baesystems.com

**Issued by:**
BAE Systems, Farnborough, Hampshire GU14 6YU, UK
Tel: +44 (0) 1252 384605 Fax: +44 (0) 1252 383947
www.baesystems.com

Ref: 051/2005

◆ Back

EXH.N -75-



Home : Company : News & Events : 2005 Press Releases

BAE SYSTEMS Selects Wind River for Use in the Tornado Advanced Radar Display Information System - TARDIS

Versions: US UK IT DE

- Wind River General Purpose Platform, VxWorks Edition, to serve as device software foundation for state-of-the-art radar information system used for Royal Air Force Tornado GR4 Aircraft
- Wind River's subscription based licensing model and Wind River General Purpose Platform enable BAE SYSTEMS to accelerate the device software development process

**PARIS and ALAMEDA, CA. – PARIS AIR SHOW -- June 13, 2005** – Wind River Systems, Inc. (NASDAQ:WIND), the global leader in Device Software Optimization, today announced that BAE SYSTEMS selected the Wind River General Purpose Platform, VxWorks Edition for use in the Tornado Advanced Radar Display Information System (TARDIS). The TARDIS will replace existing radar projected map displays used in the Tornado GR4 aircraft and will go into service with the Royal Air Force by December 2006. With Wind River's subscription-based licensing model and integrated Platform, BAE SYSTEMS can develop and run its state-of-the art device software better, faster, at a lower cost and more reliably.

"The designs for the TARDIS system are highly sophisticated, and we knew that we needed a technology partner with proven avionics application expertise and a flexible business model in order to make this project come to life in a timely and cost-effective manner," said a BAE SYSTEMS spokesperson. "By standardizing on the Wind River Platform for the TARDIS project, we have a software foundation that can allow us to accelerate the development of the design and meet the stringent requirements for safety and security."

The Tornado GR4 is the Royal Air Force's primary attack aircraft and is one of the most powerful in the world today. TARDIS will replace existing radar projected map display and digital scan converter systems currently used in the Tornado's rear cockpit. BAE SYSTEMS Avionics was selected as the prime subcontractor for the TARDIS, which will

EXH.O -76-

be built using Wind River General Purpose Platform, VxWorks Edition. The system will provide the latest in radar processing, graphics, and map generation software and represents a significant technological advance for the Royal Air Force Tornado fleet. BAE SYSTEMS will complete system development, conduct flight trials and modify the aircraft to receive the new displays.

"Device software optimization is a business-critical discipline and nowhere more so than in avionics systems, where software is often a life-critical differentiator," said Rob Hoffman, program director, aerospace and defense field operations, Wind River. "By selecting the Wind River Platform for the TARDIS project, BAE SYSTEMS can focus on the value-added device software innovation that will provide the Royal Air Force with a heightened situational awareness and critical tactical advantage during flight."

In addition to the TARDIS, Wind River and BAE SYSTEMS have partnered together on several other projects including BAE SYSTEMS' JCAD ChemSentry™ chemical detection system, which provides local detection and early warning of chemical agents and toxic industrial chemicals for military and first responder personnel. Additionally, the two companies have collaborated on the SCC500™ Series of infrared camera cores, which are designed to convert infrared energy (heat) emitted from objects into a viewable image, providing enhanced vision independent of darkness, smoke and other common obscurants.

**About Wind River**
Wind River is the global leader in device software optimization (DSO). Wind River enables companies to develop and run device software faster, better, at a lower cost and more reliably. Wind River Platforms are pre-integrated, fully standardized enterprise-wide development solutions. They reduce effort, cost and risk, and optimize quality and reliability at all phases of the device software development process from concept to deployed product.

Founded in 1981, Wind River is headquartered in Alameda, California, with operations worldwide. To learn more, visit Wind River at http://www.windriver.com or call Wind River at 1-800-872-4977.

**About BAE SYSTEMS**
BAE SYSTEMS is an international company engaged in the development, delivery and support of advanced defence and aerospace systems in the air, on land, at sea and in space. The company designs, manufactures and supports military aircraft, surface ships, submarines, fighting vehicles, radar, avionics, communications, electronics and guided weapon systems. It is a pioneer in technology with a heritage stretching back hundreds of years. It is at the forefront of innovation, working to develop the next generation of intelligent defence systems.

BAE SYSTEMS has major operations across five continents and customers in some 130 countries. The company has more than 90,000 people and generates annual sales of approximately £13 billion through its wholly owned and joint venture operations.

BAE SYSTEMS, innovating for a safer world.

###

The Wind River logo is a trademark of Wind River Systems, Inc., and Wind River and VxWorks are registered trademarks of Wind River Systems, Inc. Other marks used herein are the property of the respective owners.

Ex H.O -77-

**Contact Information**
Wind River Public Relations
415-365-0457
windriver@bitepr.com

Terms of Use | Feedback | Newsletter | Contact Us | About Us | Sele