

## Preferred Suppliers - Silver Suppliers

● GOLD Suppliers | ● BRONZE Suppliers | ● Preferred Suppliers

| Silver Suppliers as of 18-SEP-05 | | |
|---|---|---|
| **Supplier Name** | **Location** | |
| 3M COMPANY | SPRINGFIELD | MO |
| ACCRA MANUFACTURING INC | BOTHELL | WA |
| AEROANTENNA TECHNOLOGY, INC | CHATSWORTH | CA |
| AEROJET - GENERAL CORPORATION | RANCHO CORDOVA | CA |
| AEROSTRUCTURES HAMBLE LTD | SOUTHAMPTON | EN UNITED KINGDOM |
| AIRTECHNICS INC | WICHITA | KS |
| AIRTRONICS | TUCSON | AZ |
| ALCOA INC | RIVERDALE | IA |
| ALCOA INC | CLEVELAND | OH |
| ALL POINTS LOGISTICS INC | GAINESVILLE | GA |
| ALTEMP ALLOYS, INC | ANAHEIM | CA |
| AMRO FABRICATING CORPORATION | SOUTH EL MONTE | CA |
| ARGO-TECH CORPORATION | EUCLID | OH |
| ARROW ELECTRONICS INC | SHAWNEE MISSION | KS |
| ASC INTERNATIONAL INC | ARLINGTON | TX |
| ASTRO SPAR INC | CITY OF INDUSTRY | CA |
| AVIBANK MFG INC | NORTH HOLLYWOOD | CA |
| AVICA U S, INC. | SIMI VALLEY | CA |
| AVNET INC | IRVINE | CA |
| B A E SYSTEMS PLC | BLACKBURN | EN UNITED KINGDOM |
| BAE SYSTEMS AIRCRAFT CONTROLS INC | LOS ANGELES | CA |
| BAE SYSTEMS CONTROLS INC. | JOHNSON CITY | NY |
| BAE SYSTEMS MISSION SOLUTIONS INC. | SAN DIEGO | CA |
| BALL AEROSPACE & TECHNOLOGIES CORP | WESTMINSTER | CO |
| BE AEROSPACE INC | COMPTON | CA |
| BECHTEL NATIONAL INC | FREDERICK | MD |
| BERANEK INC | TORRANCE | CA |
| BREK MFG CO INC | GARDENA | CA |
| C-17/IWA ST LOUIS | ST LOUIS | MO |
| C.E. PRECISION ASSEMBLIE INC | CHANDLER | AZ |
| CAMPBELL ENGINEERING INC | HUNTSVILLE | AL |
| CENTRA INDUSTRIES INC. | CAMBRIDGE | CANADA |
| CHEMCENTRAL CORPORATION | MARYLAND HEIGHTS | MO |

EXH. P
-79-

| CHEROKEE NATION DISTRIBUTORS INC | STILWELL | OK |
| COASTAL COMPONENT INDUSTRIES INC | ORANGE | CA |
| CONTOUR AEROSPACE CORP | EVERETT | WA |
| CORUS ALUMINIUM GMBH | KOBLENZ | GERMANY |
| CUBIC SIMULATION SYSTEMS | ORLANDO | FL |
| CURTISS-WRIGHT FLIGHT SYSTEMS INC | GASTONIA | NC |
| CYGNUS INC | PONDERAY | ID |
| CYTEC ENGINEERED MATERIALS INC | GREENVILLE | TX |
| CYTEC ENGINEERED MATERIALS INC | HAVRE DE GRACE | MD |
| CYTEC FIBERITE, INC. | ANAHEIM | CA |
| DACA MACHINE & TOOL CO INC | DUTZOW | MO |
| DAMAR MACHINE COMPANY | MONROE | WA |
| DATA DEVICE CORPORATION | HUNTINGTON BEACH | CA |
| DRS EW & NETWORK SYSTEMS INC | BUFFALO | NY |
| DRS TECHNOLOGIES CANADA COMPANY | CARLETON PLACE | CANADA |
| DUCOMMUN TECHNOLOGIES, INC | CARSON | CA |
| DUNLOP LTD | LOUGHBOROUGH | EN UNITED KINGDOM |
| DYNABIL INDUSTRIES INC | COXSACKIE | NY |
| E & H LAMINATING & SLITTING CO | PATERSON | NJ |
| EAGLE-PICHER INDUSTRIES INC | JOPLIN | MO |
| EARLE M JORGENSEN COMPANY | EARTH CITY | MO |
| EARLE M JORGENSEN COMPANY | LYNWOOD | CA |
| EJAY'S MACHINE CO, INC | FULLERTON | CA |
| ELDEC CORPORATION | LYNNWOOD | WA |
| EXCALIBER PRECISION MACHINING | PEORIA | AZ |
| EXOTIC METALS FORMING COMPANY INC | KENT | WA |
| FISCHER ADVANCED COMPOSITE COMPONENTS AG | RIED IM INNKREIS | AUSTRIA |
| FORTUNE MANUFACTURING, INC | CHINO | CA |
| FPMI SOLUTIONS | ORLANDO | FL |
| FR HITEMP LTD | HAMPSHIRE | EN UNITED KINGDOM |
| FRONTIER ELECTRONIC SYSTEMS CORP | STILLWATER | OK |
| GARDNER AEROSPACE - WALES LTD | BRIDGEND | EN UNITED KINGDOM |
| GENERAL DYNAMICS ARMAMENT AND TECHNICAL PRODUCTS, INC. | BURLINGTON | VT |
| GENERAL DYNAMICS ARMAMENT AND TECHNICAL PRODUCTS, INC. | MARION | VA |
| GENERAL DYNAMICS O T S (DRI), INC | ANNISTON | AL |
| GENERAL TECHNOLOGY CORP | ALBUQUERQUE | NM |
| GOODRICH CORPORATION | TROY | OH |
| GRAINGER, W. W., INC | MARYLAND HEIGHTS | MO |
| GUARDIAN PACKAGING INDUSTIRES | GARLAND | TX |
| H R TEXTRON INC | SANTA CLARITA | CA |

EXH. P -80- 1

| | | |
|---|---|---|
| HAM SUNDSTRAND ELEC AND EMRGCY PWR SYS | ROCKFORD | IL |
| HAMILTON SUNDSTRAND CORP | WINDSOR LOCKS | CT |
| HAMILTON SUNDSTRAND CORPORATION | FARMINGTON | CT |
| HANSEN ENGINEERING CO INC | HARBOR CITY | CA |
| HAWKER DE HAVILLAND | PORT MELBOURNE | AUSTRALIA |
| HAWKER DE HAVILLAND PTY LTD | BANKSTOWN | NS AUSTRALIA |
| HAWKER DE HAVILLAND VICTORIA PTY LTD | PORT MELBOURNE | AUSTRALIA |
| HEXCEL CORPORATION | CASA GRANDE | AZ |
| HEXCEL CORPORATION | SALT LAKE CITY | UT |
| HOEFNER CORPORATION | EL MONTE | CA |
| HONEYWELL INTERNATIONAL INC | FREEPORT | IL |
| HONEYWELL INTERNATIONAL INC | EL SEGUNDO | CA |
| HONEYWELL INTERNATIONAL INC | PHOENIX | AZ |
| HONEYWELL INTERNATIONAL INC | MINNEAPOLIS | MN |
| HONEYWELL INTERNATIONAL INC | EARTH CITY | MO |
| HONEYWELL INTERNATIONAL INC | TORRANCE | CA |
| HONEYWELL INTERNATIONAL INC | SOUTH BEND | IN |
| HONEYWELL INTERNATIONAL INC | MORRISTOWN | NJ |
| HONEYWELL INTERNATIONAL INC | ALBUQUERQUE | NM |
| HYDRAFLOW | FULLERTON | CA |
| INTERNATIONAL RECTIFIER CORPORATION | EL SEGUNDO | CA |
| KAMAN AEROSPACE CORPORATION | MOOSUP | CT |
| KAMAN AEROSPACE CORPORATION | COLORADO SPRINGS | CO |
| KILLDEER MOUNTAIN MANUFACTURING INC | KILLDEER | ND |
| KORRY ELECTRONICS CO | SEATTLE | WA |
| L H THOMSON COMPANY INC | MACON | GA |
| L-3 COMMUNICATIONS CORPORATION | ALPHARETTA | GA |
| L3 COMMUNICATIONS ELECTRODYNAMICS INC | ROLLING MEADOWS | IL |
| LAMBDA NOVATRONICS | BOHEMIA | NY |
| LE FIELL MANUFACTURING COMPANY | SANTA FE SPRINGS | CA |
| LEWIS & SAUNDERS INC | LACONIA | NH |
| LITTON SYSTEMS INC | NORTHRIDGE | CA |
| LOCKHEED MARTIN CORPORATION | OWEGO | NY |
| LOCKHEED MARTIN CORPORATION | OLDSMAR | FL |
| LOCKHEED MARTIN CORPORATION | MOORESTOWN | NJ |
| M B AEROSPACE LTD | GLASGOW | EN UNITED KINGDOM |
| MAY TECHNOLOGY & MANUFACTURING CO | KANSAS CITY | MO |
| MCDONNELL DOUGLAS HELICOPTER CO. | MESA | AZ |
| MDA-E PRECISION PRODUCT CENTER | ST. LOUIS | MO |
| MDA-E SHEET METAL PRODUCT CENTER | ST. LOUIS | MO |
| MDA-TOOLING CENTER | BERKELEY | MO |
| MESSIER-DOWTY INC | AJAX | CANADA |
| MESSIER-DOWTY LTD | GLOUCESTER | EN UNITED KINGDOM |
| MICROTURBO, INC | GRAND PRAIRIE | TX |

EX H P - 18 -

| | | |
|---|---|---|
| MITSUBISHI HEAVY INDUSTRIES LTD. | NAGOYA | JAPAN |
| MOOG INC | EAST AURORA | NY |
| MOOG INC | TORRANCE | CA |
| MRA SYSTEMS, INC. | BALTIMORE | MD |
| NORTHROP GRUMMAN SYSTEMS CORPORATION | ROLLING MEADOWS | IL |
| NORTHROP GRUMMAN SYSTEMS CORPORATION | EL SEGUNDO | CA |
| NORTHWEST COMPOSITES INC | MARYSVILLE | WA |
| NU-TECH INDUSTRIES | GRANDVIEW | MO |
| OCEANEERING INTERNATIONAL INC | HOUSTON | TX |
| OPPENHEIMER PRECISION PRODUCTS | HORSHAM | PA |
| PARKER HANNIFIN CORPORATION | SMITHTOWN | NY |
| PARKER HANNIFIN CORPORATION | WOBURN | MA |
| PATRIA AVIATION OY | HALLI | FINLAND |
| PATRIOT MACHINE, INC. | SAINT CHARLES | MO |
| PHOTO ETCH | FORT WORTH | TX |
| PIONEER CIRCUITS, INC | SANTA ANA | CA |
| PLASTICS RESEARCH CORPORATION | ONTARIO | CA |
| PLYMOUTH TUBE COMPANY | HOPKINSVILLE | KY |
| POLSTER TOOL ENGINEERING INC | SAINT LOUIS | MO |
| PRECISE MACHINING & MANUFACTURING INC | TULSA | OK |
| PRECISION MACHINE MANUFACTURING CO INC | GROVE | OK |
| PRECISION MACHINE WORKS INC | TACOMA | WA |
| PRIMUS INTERNATIONAL INC | AUBURN | WA |
| PROJECTS UNLIMITED INC | DAYTON | OH |
| PURDY CORPORATION | MANCHESTER | CT |
| RAYTHEON AIRCRAFT COMPANY | WICHITA | KS |
| RAYTHEON CO | EL SEGUNDO | CA |
| REMMELE ENGINEERING, INC | SAINT PAUL | MN |
| ROLLS-ROYCE CANADA LIMITED | LACHINE | CANADA |
| RTI ST LOUIS INC | SULLIVAN | MO |
| RUDELL CARBIDE INC | CHINO | CA |
| SCI TECHNOLOGY INC | HUNTSVILLE | AL |
| SCOT INCORPORATED | DOWNERS GROVE | IL |
| SECHAN ELECTRONICS, INC | LITITZ | PA |
| SERTCO INDUSTRIES, INC | OKEMAH | OK |
| SEYER INDUSTRIES INC | SAINT PETERS | MO |
| SKURKA ENGINEERING CO | CAMARILLO | CA |
| SMITHS AEROSPACE | SANTA ANA | CA |
| SMITHS AEROSPACE INC | BOHEMIA | NY |
| SMITHS AEROSPACE LLC | VANDALIA | OH |
| SOUTHERN CALIFORNIA BRAIDING CO INC | BELL | CA |
| ST AEROSPACE SYSTEMS PTE LTD | SINGAPORE | SINGAPORE |
| STANDEX INTERNATIONAL CORP | NORTH BILLERICA | MA |
| STELLEX MONITOR AEROSPACE, INC | AMITYVILLE | NY |
| STELLEX PRECISION MACHINING, INC | WELLINGTON | KS |

EXH. P -82-1

| STREMEL MANUFACTURING CO | MINNEAPOLIS | MN |
|---|---|---|
| SWIFT COR AEROSPACE INC | GARDENA | CA |
| SYSTEMS & ELECTRONICS INC | SAINT LOUIS | MO |
| TAT TECHNOLOGIES LTD | GEDERA | ISRAEL |
| TEKTRONIX INC | BEAVERTON | OR |
| TELEDYNE BROWN ENGINEERING INC | HUNTSVILLE | AL |
| TELEDYNE TECHNOLOGIES INC | TOLEDO | OH |
| TELEPHONICS CORPORATION | HUNTINGTON | NY |
| THALES NEDERLAND B.V. | HENGELO OV | NETHERLANDS |
| THAYER AEROSPACE SAINT LOUIS | SAINT LOUIS | MO |
| THE ENTWISTLE COMPANY | DANVILLE | VA |
| TIMES MICROWAVE SYSTEMS | WALLINGFORD | CT |
| TITANIUM METALS CORPORATION | O FALLON | MO |
| TRANSTAR METALS, INC | WICHITA | KS |
| TRICOR SYSTEMS INC (DEL) | ELGIN | IL |
| TYCO ELECTRONICS/RAYCHEM | MENLO PARK | CA |
| TYCO INTERNATIONAL (US) INC | MOUNT JOY | PA |
| UNITED TECHNOLOGIES CORPORATION | EAST HARTFORD | CT |
| UNIVERSAL ALLOY CORPORATION | ANAHEIM | CA |
| VOUGHT AIRCRAFT INDUSTRIES INC | DALLAS | TX |
| VOUGHT AIRCRAFT INDUSTRIES INC | STUART | FL |
| VOUGHT AIRCRAFT INDUSTRIES INC | HAWTHORNE | CA |
| WALDEN'S MACHINE, INC. | TULSA | OK |
| WESTERN METHODS SANTA ANA INC | SANTA ANA | CA |
| WOLFE MACHINE INC | MULVANE | KS |
| WOVEN ELECTRONICS CORPORATION | SIMPSONVILLE | SC |

*Preferred Supplier Certification*

Search

site navigator

BOEING HOME

▸ PRODUCTS & SERVICES
▸ E-BUSINESS
▸ BOEING WORLDWIDE
   INVESTOR RELATIONS

EMPLOYMENT
EMPLOYEE/RETIREE
DOING BUSINESS
GEN INFO/IMAGES

CORP. GOVERNANCE
NEWS
SECURE LOGON

Contact Us | Text Index | Site Term
Privacy | Copyright © Boeing. All rig
reserved.

EXH. P
831

# Desert Dispatch

News Archive

Classified Ads

Real Estate

Coupons

Obituaries

Community Calendar

AP Wire News

Community Forum

Exploring Barstow

**Traffic Webcams:**

- I-15/215 split
- I-15 at Limonite
- I-15 at Foothill
- I-15 at Magnolia
- I-15 at Glen Helen
- I-15 at Summit
- I-15 at 138
- I-15 at Sierra

Tuesday, September 25, 2001

## SCLA meets needs for BAE Systems Flight Systems

By TERI FIGUEROA/Staff Writer

VICTORVILLE — A fully developed infrastructure makes setting up shop here a turn-key operation — and that's a big part of why BAE Systems chose Southern California Logistics Airport to become its aircraft maintenance hub in North America, BAE officials said Monday morning.

"You have a facility here that has an infrastructure second to none," said Jim Modig, president of BAE Systems Flight Systems. "The things we need to start our business at a minimal cost were here."

Modig said SCLA got high marks for security, emergency fire services, long runways and the High Desert Power Project, now under construction.

Boyd Chisholm, facilities and security director of BAE Systems Flight Systems, agreed.

"The reason was this one: (SCLA) had the most available facilities to meet our needs," Chisholm said.

Also important to BAE: The number of trained aircraft mechanics already living in the area, many of whom were former employees at the George Air Force Base.

SCLA beat out some 30 to 40 competitors in BAE's search to establish its North American hub.

Modig said the company looked at every closed U.S. Air Force Base in California, including McClellan in Sacramento and Norton in San Bernardino. They also looked closely at former Air Force bases in Tucson, Ariz., and San Antonio, Texas.

Southern California Logistics Airport Authority and BAE Systems officials signed the deal Monday morning. The contract calls for a two-year lease of

Advertisers







**760·951·6267**

Ads by Goooooogle

**Real Estate Victorville**
See Victorville Listings
No Obligation. Start
Searching Now.
www.ziprealty.com

EXH. Q-184-1

hangar space, with a yearly renewal option for 20 years.

BAE is leasing two large hangars — totaling about 120,000 square feet — for nearly $28,000 a month. The deal also includes free, non-exclusive access to a seven-acre parking lot for planes for two years.

The city offered up no financial incentives to entice BAE, SCLA attorney Andre de Bortnowski said. But they did offer one carrot: BAE can use — free of charge — about $1 million worth of tools and equipment owned by SCLA while it is a tenant.

SCLA will become BAE's only North American hub for cargo and commercial passenger aircraft maintenance, refurbishment, modification and conversion services.

But Modig and Chisholm were mum on the details of the company's business plan for the new branch — including the number of jobs they plan to fill. However, Modig did say the company would begin recruiting some employees immediately.

Victorville City Councilman and SCLA Chairman Terry Caldwell said the lease site can accommodate about 800 employees.

Once the hub is up and running, SCLA plans to build and lease an additional hangar and related facilities to accommodate growth — and another 2,000 employees — at BAE.

Although he would not comment on the number of jobs, Modig did say that BAE "will become one of the most significant, if not the most significant, employers in the community."

"We intend to hire from this community and to be a part of it," Modig said. "We intend to do business in this community for a long time to come."

**From here:**

- Back to today's news
- News Archive
- Join the discussion at the community forum

Case 1:05-cv-01800-RWR    Document 14-7    Filed 08/25/2006    Page 8 of 28

# SPACEWAR

INCORPORATING TERRAWAR.COM

UAV NEWS

## BAE Systems Achieves First Flight Of Its Next-Gen Vertical Takeoff UAV

Los Angeles CA (SPX) Aug 31, 2005

BAE Systems recently achieved a successful first flight of its third-generation vertical takeoff and landing (VTOL) unmanned aerial vehicle at its Southern California flight test facility.



File image of a VTOL UAV

The newly designed IAV2 air vehicle forms the basis of BAE Systems' latest reconnaissance and surveillance configuration air vehicle. BAE Systems is pursuing customers such as the U.S. Marine Corps, Special Forces, Department of Homeland Security, and the U.S. Forestry Service to integrate sensor packages onto the air vehicle.

The first flight of the IAV2 marked the start of BAE Systems' flight test program of the aerial vehicle. The flight test took place in 103-degree heat, equivalent to more than 6,000 feet of density altitude, and 5- to 10-knot winds. The flight was conducted with a simulated payload of approximately 20 pounds.

"We are extremely satisfied with the IAV2's flight capability, as evidenced by its recent first flight," said Tom Herring, vice president and general manager of Integrated Solutions for BAE Systems.

"Our team is highly energized to work on this challenging opportunity. We look forward to providing our customers with a significant system capability."

The Unmanned Air Vehicle (UAV) will undergo further flight testing and payload integration prior to demonstrating a fully integrated system.

Using a 22-inch-diameter fan with a nominal outside diameter of 37 inches, the UAV is about 5 feet tall. BAE Systems developed the air vehicle as part of a company-funded research and development effort to design and demonstrate a family of ducted-fan UAVs.

The ducted-fan design shrouds the fan, making it suitable for

EXH. R
-086-

Case 1:05-cv-01866-RWR    Document 14-7    Filed 08/23/2006

company- and platoon-level operations in which takeoffs and landings occur in close proximity to the war fighter.

The success of the flight test program follows BAE Systems' VTOL design experience accumulated over the past several years. The IAV2 is currently undergoing payload integration for the future demonstration of a fully integrated system.

Exh. R
-87-

Avionics Magazine









Home | Subscribe | Media Kit | BPA Statement | Contact Staff | AVIATION TODAY

Aerospace Connectors assembled in 2 days — PEI-Genesis

Get Your VIP Pass to

EDITORIAL ARCHIVES

**Search Avionics**  [Go]

Advanced Search
Search Help

**Avionics Magazine**

Avionics Products and Services
Editorial Archives
Acronym Guide
Corporate Profiles
Customer Support Guide

Conferences & Exhibitions
Industry Links

**AVIATION TODAY**

Safety & Security
Aircraft Values
Calendar
Forum
Career Center
From the Wires
Catalog
Helpdesk

October 1, 2005

## Scan

### Joint STARS Upgrade

Northrop Grumman Integrated Systems recently completed the Block 20 upgrades to the E-8C Joint Surveillance Target Attack Radar System (Joint STARS) aircraft, all of which are assigned to the Georgia Air National Guard's 116th Air Control Wing in Warner Robins, Ga. The entire E-8C fleet now has the same open systems configuration, allowing less costly future hardware and software upgrades. The configuration provides a commercial off-the-shelf (COTS) computing and signal processing architecture to an aircraft designed for airborne ground surveillance, targeting and battle management. From 2001 to earlier this year, all production Joint STARS aircraft were delivered in the Block 20 configuration. Visit www.northropgrumman.com.

### Security Milestone

Green Hills Software's security evaluation plan for its Integrity-178B real-time operating system has been accepted by the U.S. National Information Assurance Partnership (NIAP), a collaboration between the National Institute of Standards and Technology and the National Security Agency (NSA). This event sets the stage for further evaluations, culminating in an approval in a year to 18 months. Green Hills is shooting for the high evaluation assurance level (EAL) of 6+, using software already approved to DO-178B, Level A, for safety. Integrity-178B is the only real-time operating system listed on NIAP's register of products in evaluation as having a security target and plan approved, and the only operating system accepted to be evaluated at such a high assurance level, asserts Mike Wolf, general manager of advanced products. The certification was initiated by the U.S. Air Force Research Lab to improve security for future programs, such as the F/A-22, F-35 and Joint Unmanned Combat Air Systems unmanned air vehicle. The software was designed to comply with NSA's multiple independent levels of security (MILS) architecture. Visit www.ghs.com.

EXH. R
-88-

http://www.avionicsmagazine.com/cgi/av/show_mag.cgi?pub=av&mon=1005&file=scan.htm

11/21/2005

Avionics Magazine

## Radio Market

The joint tactical radio system (JTRS) and multifunction information distribution system (MIDS) will be the dominant systems in the U.S. airborne communications market over the next 10 years, according to a report by Forecast International Inc., titled "The Market for U.S. Military Airborne Communications Systems." MIDS, which is being used in Afghanistan to transmit real-time reconnaissance/targeting data, is estimated to be worth $1,168 billion over the forecast period. This will benefit Data Link Solutions, a joint venture between Rockwell Collins and BAE Systems, and ViaSat Inc., both major suppliers of MIDS terminals. JTRS, representing a $782.1-million market over the next 10 years, is expected to replace all radios used by the U.S. military, according to the study. 1,171 will be U.S.-built fighters. Add transport aircraft, helicopters and special mission aircraft, and the total number of new military manned aircraft over 10 years reaches 11,000, says the study, which adds that the unmanned air vehicle market "could add roughly 5,000 more platforms." Visit www.forecast1.com

## Door Monitor

Bournemouth Aviation Ltd., Bournemouth, UK, recently has installed and flown the first Skycam flight deck door monitoring system on an Airbus A330. The 4-inch display allows pilots to see outside the cockpit and view the cabin and cargo holds. Skycam is combined with a solid state recorder used to record air rage incidents and cargo handling disputes. The Bournemouth product already has been installed on the A320, the Boeing 737 and 757, the BAE146/Avro RJ and Bombardier CRJ. Visit www.bac.uk.com.

## JSF Software

To support its embedded test and development work for the F-35 Joint Strike Fighter (JSF) Aversan, Scarborough, Ontario, has selected Aonix Software, San Diego, to provide its ObjectAda Raven Ada95 environment and AdaCAST test tools. Ada95 is certifiable to DO-178B, Level A. Aversan is working on the verification of the JSF's power and thermal management system. Visit www.aonix.com and www.aversan.com.

## Looking Up

The Aerospace Industries Association (AIA) recently released a bullish report indicating that new orders and shipments of aircraft and parts in the United States have "increased significantly" in the first half of 2005 and that if the pace continues, this year will be the best for the aerospace industry in more than a decade. The industry logged $98.9 billion in net new orders through June and expects to reach $197.7 billion by the end of the year. That compares to $164.9 billion in 2004. The backlog of unfilled orders also showed an increase. More AIA statistics are available at www.aia-aerospace.org/stats/aero_stats.cfm.

## First for Kenya Airways

Kenya Airways has become the first airline to subscribe to the International Air Transport Association's (IATA's) new Web-based flight data analysis service. The carrier will have 16 of its 20 Boeing aircraft equipped with quick access recorders (QARs), which will send raw flight data to IATA's Ottawa-based service center for processing and analysis. The results will then be sent to a secure Web-enabled database that is accessible only to Kenya Airways. The service puts the carrier in compliance with International Civil Aviation Organization (ICAO)-

EXH. R
-89-

Avionics Magazine

mandated 2005 standards. To establish its service, IATA has tapped the expertise of Ottawa-based Flightscape. Visit www.iata.org and www.flightscape.com.

## JSF EW Tested

BAE Systems has completed the first flight tests of its electronic warfare (EW) system for the F-35 Joint Strike Fighter. At Naval Air Weapons Station China Lake, a surrogate aircraft, the T-39 Sabreliner business jet, was used for tests that had the onboard EW digital receiver system collecting simulated radio frequency threats from ground-based emitters. "Just 44 months into a 10-year development and demonstration program, all major components of the F-35 EW system have now been in the air," according to Dan Gobel, BAE Systems' JSF business area director. The flight test data is being processed through direction finding algorithms and is to be subsequently processed through geolocation algorithms to correlate study performance with predicted data. Visit www.baesystems.com.

## Kalitta EFBs

Michigan-based Kalitta Air has contracted navAero Inc., Chicago, to supply electronic flight bags (EFBs) for installation in its fleet of Boeing 747 aircraft. Utilizing an Intel Pentium M processor, the t-Bag C22 Class 2 EFB will run Jeppesen EFB software, terminal chart viewer and document browser, among other applications. Visit www.navaero.com.

## Malaysian Security

The Malaysian low-cost carrier, AirAsia, has selected the FlightVu cockpit door surveillance system (CDSS) for installation outside the cockpit doors of the airline's seven Boeing 737-300 aircraft. AD Aerospace Ltd., Manchester, UK, produced the flush-mounted cameras, and Aircraft Engineering and Installation Services Inc., Orlando, Fla., performed the design engineering and possesses a supplemental type certificate (STC) for installation. Visit www.ad-aero.com and www.aei.aero.

## Processor Upgrade

The U.S. Air Force has granted safety-of-flight certification to the modernized F-16 AN/APG-68 programmable signal radar processor developed by CPU Technology Inc., Pleasanton, Calif. The processor upgrade also has completed Mil-Std environmental qualification, as well as ground test requirements in preparation for flight tests, to verify integration and production worthiness for the U.S Air Force and other F-16 operators. Visit www.cputech.com.

## Longbow Processor

The U.S. Army has awarded Longbow Limited Liability Co., a joint venture of Lockheed Martin and Northrop Grumman, a $17.6-million contract to begin work on the fire control radar (FCR) electronics unit for the Apache Longbow Block 3 modernization program. The FCR is designed to enable the Apache Longbow to search, detect, locate, classify, prioritize and engage moving and stationary targets in adverse weather conditions. It leverages technology developed for the canceled Comanche helicopter program. The FCR, which can be retrofitted on Block

EXH. R
-90-

Avionics Magazine

2 helicopters, provides improved power ratios and capacity for processor growth. Visit www.lockheedmartin.com and www.northropgrumman.com.

## First Flight

BAE Systems' vertical takeoff and landing (VTOL) unmanned air vehicle (UAV) recently made its first flight. The company is proposing the UAV to the U.S. Marine Corps, Special Forces, Department of Homeland Security and U.S. Forestry Service, among other agencies, as a surveillance vehicle. The flight of the ducted fan IAV2 took place at BAE Systems' Southern California flight test center. The UAV currently is undergoing payload integration. The first flight was conducted with a simulated payload of about 20 pounds (9 kg). Visit www.baesystems.com.

## Link 16 on the B-2

A demonstration verifying that Link 16 communications can be successfully exchanged between the B-2 stealth bomber and various aircraft, ships, ground vehicles and other platforms was conducted in early August in Northrop Grumman's B-2 systems engineering laboratory in Palmdale, Calif. Performed jointly by Northrop Grumman and the U.S. Air Force, it follows a 2004 demonstration of Link 16 use on the B-2. Through a virtual test network, the Northrop lab was connected to the 82nd Communications Support Squadron at Langley AFB, Va., and the Joint Interoperability Test Command (JITC) at Fort Huachuca, Ariz. Following JITC certification of Link 16 on the B-2, the system will be tested on B-2 operational aircraft in late 2005. Installation of Link 16, a data link and standard used by the U.S. Department of Defense on secure networks, represents one in a series of upgrades for the B-2 and is to enhance the bombers' performance in the network centric warfare environment. Northrop Grumman and the Air Force also plan enhancements to the stealth bomber's communications, radar and weapons systems. Visit www.northropgrumman.com.

## MH-60R Delivered

The U.S. Navy recently took delivery of the first production MH-60R antisubmarine and surface attack helicopter at Sikorsky Aircraft's Stratford, Conn., facility. Replacing the Navy's SH-60B and SH-60F aircraft, the MH-60R includes Lockheed Martin's digital common cockpit avionics suite, also in the Navy's MH-60S. Lockheed Martin supplies the Link 16 data link hardware and software, as well as upgraded AN/ARC-210 radios. The Navy is expected to order 254 SH-60Rs through 2015. Visit www.sikorsky.com.

## Navy King Airs

Rockwell Collins' Pro Line 21 integrated avionics system has been selected to upgrade the U.S. Navy's fleet of nearly 40 UC-12 King Air aircraft. L-3 Communications is the prime contractor for the upgrade program, and ARINC Engineering Services is serving as the program's purchasing and installation agency. The avionics package includes three 10-by-8-inch liquid crystal displays; Collins' FMS-3000 flight management system; GPS-4000A GPS navigation sensor; Pro Line 21 communication, navigation and surveillance sensor suite; TWR-850 turbulence detection weather radar; dual AHS-3000 attitude heading reference systems; dual automatic flight control systems; and dual ADS-3000 air data systems. Visit www.rockwellcollins.com.

## Hamburg Flight Data

EXH. R
-9/-

Avionics Magazine

The German charter carrier Hamburg International recently ordered Wireless GroundLink and AirFASE, produced by Teledyne Controls, Los Angeles. Wireless Ground Link will allow the operator to record flight data and transmit it to its flight safety department without media handling. AirFASE is a flight data analysis and reporting tool developed jointly by Teledyne and Airbus. Visit www.teledyne.com.

## TAWS Approval

Emteq Aerospace, Muskego, Wis., has received Air Transport Canada approval of its supplemental type certificate for the Sandel terrain awareness warning system (TAWS) installation in the Raytheon/Beech 1900C/D. Visit www.emteq.com.

## Tornado Radar Warning

EADS Deutschland GmbH has awarded Saab Avitronics a production order worth about $133 million (1 billion Swedish kronors) for radar warning equipment for the German Tornado combat aircraft. It is to be part of a fleetwide upgrade program. Deliveries are to run from 2006 to 2009. Visit www.saabavitronics.com.

## Dreamliner PSUs

Boeing Commercial Airplane Co. has awarded a long-term contract to Dräger Aerospace, Lübeck, Germany, to supply passenger service units (PSUs) for the new B787 Dreamliner. These include emergency oxygen, personal lighting, ventilation and signs. The contract's value is expected to reach $200 million. Visit www.cobham.com.

## Eurofighter Protection

EADS Defence Electronics has received a €260-million ($322-million) contract to supply electronic core components for the EuroDASS (Defense Aids Subsystems) self-protection system on the Eurofighter. The components are for the 236 aircraft of Eurofighter Tranche 2. EADS collaborates on the EuroDASS program with Selex, in the UK; Elettronica, in Italy; and Indra, in Spain. It consist of an integrated radar warning system, radar jammer and missile warning system, which are controlled by a central processor. Visit www.eads.com.

## Traffic Flow

Three new countries have become part of Eurocontrol's central flow management unit by installing the Enhanced Tactical Flow Management System (ETFMS) in their main control centers. The system, provided by Comsoft in Karlsruhe, Germany, will be delivered to Romania for its Bucharest center, Greece for its Athens center, and Norway for its Stavanger site. The company announced that Malta also plans to incorporate ETFMS by the end of this year. These installations add to a European-wide air traffic flow management network that now covers 18 countries. Visit www.comsoft.de.

## Database Certification

Lufthansa Systems' Lido flight management system database has been certified by the European Aviation Safety

EXH. R
-92-

http://www.avionicsmagazine.com/cgi/av/show_mag.cgi?pub=av&mon=1005&file=scan.htm

Avionics Magazine

Agency (EASA). EASA's approval allows the company's more than 110 airline customers to apply to their aviation authorities to use new precision area navigation (P-RNAV) procedures in an airport's terminal airspace. These approach and departure procedures use a total corridor width of 2 miles.

In other news, Qantas Airways has signed a 10-year agreement to use Lufthansa Systems' Lido flight planning system, which includes the Lido Operations Center (OC) and Lido Briefing solutions. Lido OC calculates optimum flight paths, and forwards navigational and weather data to the carrier. Visit www.lhsystems.com and www.qantas.com.

## Hapagfly IFE

German airline Hapagfly will install Rockwell Collins' programmable audio video entertainment system (PAVES) on 10 new Boeing 737-800 aircraft, with an option for another 10 aircraft. Deliveries are to begin in January 2006. Visit www.rockwellcollins.com.

## Berlin VCS

DFS Deutsche Flugsicherung GmbH, Germany's air traffic services provider, plans to equip the control tower in Berlin Tempelhof airport with Schmid Telecom's ICS 200/60 voice communications system. Visit www.schmid-telecom.com.

## AVHAR Bought

Executive Aircraft Completions LLC (EAC), Tulsa, Okla., has acquired AVHAR Services Inc., San Antonio, Texas, a company that specializes in avionics and electrical engineering and certification. Randy Harper, founder of AVHAR, will remain to manage the San Antonio facility. Visit www.eac-yp.com.

## Ilyushin 114 Displays

Uzbekistan-based Tashkent Aircraft Production Corp. has contracted Barco to supply avionics displays and control display units for installation in 10 new Ilyushin 114-100 turboprop civil aircraft. Each aircraft cockpit will have five 6-by-8-inch multifunction displays and two control display units. Visit www.barco.com.

## Share Buying

Rockwell Collins recently announced it repurchased 4 million shares, or about 2.3 percent of its outstanding common stock. This represents a continuation of a share repurchase program that has been in place for three years. Visit www.rockwellcollins.com.

## Power's On

Lockheed Martin has successfully conducted a "power on" test of the F-35 Joint Strike Fighter's (JSF's) circuits, electronic components and wiring. (See JSF targeting story on page 22.) Visit www.lockheedmartin.com.

EXH. R
-93-

Avionics Magazine

Page 7 of 7

**Advanced Litening**

Northrop Grumman has delivered to the U.S. Marine Corps 17 "plug and play" Litening AT (advanced targeting) pods. The pods use a standard data link and video/data recorder to transmit data to ground- and air-based users. The technology can be adapted to existing capabilities without aircraft modifications. Visit www.northropgrumman.com.

Back to this month's issue

Home | Subscribe | Media Kit | BPA Statement | Contact Staff | Aviation Today

 Copyright © 2005 Access Intelligence, LLC. All rights reserved. Reproduction in whole or in part in any form or medium without express written permission of Access Intelligence, LLC is prohibited.

Exft. R
-94-

11/21/2005



# airforce-technology.com
The website for the defence industries – air force

- ▶ Home
- ▶ Industry Projects
- ▶ Products & Services
- ▶ A-Z Company Index
- ▶ White Papers
- ▶ Industry News Releases
- ▶ Advertise Here
- ▶ Expos & Conferences
- ▶ Newsletter Registration
- ▶ New On This Website

Home ▶ Industry Projects ▶ Fighters Ground Attack ▶ JSF (F35)



## JSF (F35) JOINT STRIKE FIGHTER, INTERNATIONAL

**EXPA**

The Joint Strike Fighter, the JSF, is being developed by Lockheed Martin Aeronautics Company for the US Air Force, Navy and Marine Corps and the UK Royal Navy. The stealthy, supersonic multi-role fighter is to be designated the F-35. The JSF is being built in three variants: a conventional take-off and landing aircraft (CTOL) for the US Air Force; a carrier based variant (CV) for the US Navy; and a short take-off and vertical landing (STOVL) aircraft for the US Marine Corps and the Royal Navy. A 70 – 90% commonality is required for all variants.



**In Octo internat by Lockh awarded build t Stri**

**EXPA**

The requirement is for: USAF F-35A –air-to-ground strike aircraft, replacing F-16 and A-10, complementing F-22 (1763); USMC F-35B – STOVL strike fighter to replace F/A-18B/C and AV-8B (480); UK RN F-35C – STOVL strike fighter to replace Sea Harriers (60); US Navy F-35C – first-day-of-war strike fighter to replace F/A-18B/C and A-6, complementing the F/A-18E/F (480 aircraft). In January 2001, the UK MOD signed a memorandum of understanding to co-operate in the SDD (System Development and Demonstration) phase of JSF and, in September 2002, selected the STOVL variant to fulfil the Future Joint Combat Aircraft (FJCA) requirement. Following the contract award, other nations signed up to the SDD phase are: Australia, Canada, Denmark, Italy, Netherlands, Norway, Singapore and Turkey.



**The F conven and lar varian**

**EXPA**

The Concept Demonstration Phase of the programme began in November 1996 with the award of contracts to two consortia, led by Boeing Aerospace and Lockheed Martin. The contracts involved the building of demonstrator aircraft for three different configurations of JSF, with one of the two consortia to be selected for the development and manufacture of all three variants.

In October 2001, an international team led by Lockheed Martin was awarded the contract to build JSF. An initial 22 aircraft (14 flying test aircraft and eight ground-test aircraft) will be built in the programs System Development and Demonstration (SDD) phase. Flight testing will be carried out at Edwards Air Force Base, California, and Naval Air Station, Patuxent River, Maryland. In April 2003, JSF completed a successful Preliminary Design Review (PDR). The Critical Design Review has been postponed from April 2004 to February 2006. The first CTOL F-35A began final assembly in May 2005 and is scheduled for its first flight in August 2006. The STOVL F-35B first flight is set for 2007. The F-35A fighter is expected to enter service in 2008, the F-35B in 2012.



**The F-35 variant (**

**EXPA**

In September 2004, Lockheed Martin announced that, following concerns over the weight of the STOVL F-35B, design changes had reduced the aircraft weight by 1,225kg while increasing propulsion efficiency and reducing drag. The weight requirements will also call for a smaller internal



EXH. S –95 –

weapons bay than on the other variants.

The Lockheed Martin JSF team includes Northrop Grumman, BAE Systems, Pratt and Whitney and Rolls-Royce. Final assembly of the aircraft will take place at Lockheed Martin's Fort Worth plant in Texas. Major subassemblies will be produced by Northrop Grumman Integrated Systems at El Segundo, California and BAE Systems at Samlesbury, Lancashire, England. BAE Systems is responsible for the design and integration of the aft fuselage, horizontal and vertical tails and the wing-fold mechanism for the CV variant, using experience from the Harrier STOVL programme.


The F-35I
and ve
(STOVL)
US Mari
the F

EXPA

## DESIGN

In order to minimise the structural weight and complexity of assembly, the wingbox section integrates the wing and fuselage section into one piece. To minimise radar signature, sweep angles are identical for the leading and trailing edges of the wing and tail (planform alignment). The fuselage and canopy have sloping sides. The seam of the canopy and the weapon bay doors are sawtoothed and the vertical tails are canted at an angle.



The F-
supers
fighter

EXPA

The Marine variant of JSF is very similar to the Air Force variant, but with a slightly shorter range because some of the space used for fuel is used for the lift fan of the STOVL propulsion system. The main differences between the naval variant and the other versions of JSF are associated with the carrier operations. The internal structure of the naval version is very strong to withstand the high loading of catapult assisted launches and tailhook arrested landings. The aircraft has larger wing and tail control surfaces for low speed approaches for carrier landing. Larger leading edge flaps and foldable wingtip sections provide a larger wing area, which provides an increased range and payload capacity.

The canopy (supplied by GKN Aerospace), radar and most of the avionics are common to the three variants.


The F-3
wing ar
surfaces
contro
la

EXPA

## WEAPONS

Weapons are carried in two parallel bays located in front of the landing gear. Each weapons bay is fitted with two hardpoints for carrying a range of bombs and missiles. Weapons to be cleared for internal carriage include: JDAM (Joint Direct Attack Munition), CBU-105 WCMD (Wind-Corrected Munitions Dispenser) for the Sensor-Fuzed Weapon, JSOW (Joint StandOff Weapon), Paveway II guided bombs, AIM-120C AMRAAM air-to-air missile; for external carriage: JASSM (Joint Air-to-Surface Standoff Missile), AIM-9X Sidewinder and Storm Shadow cruise missile.




In September 2002, General Dynamics Armament and Technical Products was selected as the gun system integrator. The air force variant has an internally mounted gun. The Carrier and Marine variants can have an external gun pod fitted.

The STC
the F-3
shaft-c
propul

EXPA

## TARGETING

Lockheed Martin Missile & Fire Control and Northrop Grumman Electronic Sensors and Systems are jointly responsible for the JSF electro-optical system. A Lockheed Martin electro-optical targeting system (EOTS) will provide long-range detection and precision targeting, along with the Northrop Grumman DAS (Distributed Aperture System) thermal imaging system. EOTS will be based on the Sniper XL pod


The F-35

EXH. S
-96-

Case 1:05-cv-01866-RWR   Document 14-7   Filed 08/25/2006   Page 19 of 28

developed for the F-16, which incorporates a mid-wave third generation FLIR, dual mode laser, CCD TV, laser tracker and laser marker. BAE Systems Avionics in Edinburgh, Scotland will provide the laser systems. DAS consists of multiple infrared cameras (supplied by Indigo Systems of Goleta, California) providing 360° coverage using advanced signal conditioning algorithms. As well as situational awareness, DAS provides navigation, missile warning and infrared search and track (IRST). EOTS is embedded under the aircraft's nose, and DAS sensors are fitted at multiple locations on the aircraft.

### RADAR

Northrop Grumman Electronic Systems is developing the advanced electronically scanned array (AESA) AN/APG-81 multi-function radar. The AN/APG-81AESA will combine an integrated radio frequency subsystem with a multifunction array. The radar system will also incorporate the agile beam steering capabilities developed for the APG-77. Northrop Grumman delivered the first radar to Lockheed Martin in March 2005 for flight testing.

### COUNTERMEASURES

BAE Systems Information & Electronic Warfare Systems (IEWS) will be responsible for the JSF integrated electronic warfare suite, which will be installed internally and have some subsystems from Northrop Grumman. BAE is developing a new digital radar warning receiver for the F-35.

### AVIONICS SYSTEMS

The following will supply the F-35 avionics systems: BAE Systems Avionics - side stick and throttle controls; Vision Systems International (a partnership between Kaiser Electronics and Elbit of Israel) - advanced helmet-mounted display; BAE Systems Platform Solutions - alternate design helmet-mounted display, based on the binocular helmet being developed for the Eurofighter Typhoon; Ball Aerospace - Communications, Navigation and Information (CNI) integrated body antenna suite (one S-band, two UHF, two radar altimeter, three L-band antennas per aircraft); Harris Corporation - advanced avionics systems, infrastructure, image processing, digital map software, fibre optics, high-speed communications links and part of the Communications, Navigation and Information (CNI) system; Honeywell - radar altimeter, inertial navigation / global positioning system (INS/GPS) and air data transducers; Raytheon - 24-channel GPS (Global Positioning System) with digital anti-jam receiver (DAR).

### SYSTEMS

Other suppliers will include: ATK Composites - upper wing skins; Vought Aircraft Industries - lower wing skins; Smiths Aerospace - electronic control systems, electrical power system (with Hamilton Sundstrand), integrated canopy frame; Honeywell - landing system wheels and brakes, Onboard Oxygen-Generating System (OBOGS), engine components, power and thermal management system driven by integrated Auxiliary Power Unit (APU); Parker Aerospace - fuel system, hydraulics for lift fan, engine controls and accessories; Moog Inc - primary flight control Electrohydrostatic Actuation System (EHAS), leading edge flap drive system and wing-fold system; EDO Corporation - pneumatic weapon delivery system; Goodrich - lift-fan anti-icing system; Stork Aerospace - electrical wiring.

### PROPULSION











PROPULSION

Early production lots of all three variants will be powered by the Pratt and Whitney afterburning turbofan F-135 engine, a derivative of the F119 fitted on the F-22. Following production aircraft will be powered by either the F135 or the F-136 turbofan being developed by General Electric and Rolls-Royce. The F136 engine began ground testing in July 2004. Delivery of the first production engine is scheduled for 2011. Each engine will be fitted with two BAE Systems Full Authority Digital Electronic Control (FADEC) systems. Hamilton Sundstrand is providing the gearbox.

On the F-35B, the engine is coupled with a shaft-driven lift fan system for STOVL propulsion. The counter-rotating lift fan, developed by Rolls-Royce Defence, can generate more than 20,000lb of thrust. Doors installed above and below the vertical fan open as the fin spins up to provide vertical lift. The main engine has a three bearing swivelling exhaust nozzle. The nozzle, which is supplemented by two roll control ducts on the inboard section of the wing, together with the vertical lift fan provide the required STOVL capability.

Click here for printable version


**SPECIFICATIONS**


▶ FEATURED SUPPLIERS

▸ Advanced Conversion Products - Military Power Supplies for Critical Applications Equipment and Power Supply)
▸ BCF Designs - Military and Civil Aircraft Test Equipment (Manufacturing, Enginee Equipment)
▸ FavoWeb - Web-Based Dynamic FRACAS Software (Failure Reporting and Corre System) (IT, Computing and Software)
▸ Filtronics Components - Microwave Subsystems (Countermeasures, Electronic W Decoys)
▸ Galileo Avionica SpA - Avionics, Airborne Systems and Electro-optics (Cockpit, H Helmet Displays)
▸ Hybricon Corporation - Enclosures, Backplanes and Custom Engineered Solution Applications (Electronics, Subsystems and Components)
▸ Moog Components Group - Motion, Fiber Optic, Avionic and Communication Solu (Electronics, Subsystems and Components)
▸ Phoenix Logistics - MIL-STD-1553 Data Bus and Military Interconnect Products (Subsystems and Components)
▸ Saft, Industrial Batteries Group - Aircraft Batteries (Electrical Equipment and Pow
▸ Sensitron - Integrated Power Electronics, Microelectronics and Discrete Semicon (Electronics, Subsystems and Components)
▸ Vicor - Military COTS Power Component Solutions (Electrical Equipment and Pov
▸ VMETRO - VORTEX Data Acquisition, Recording, Logging and Playback System Subsystems and Components)

| Home | New On This Site | Industry Projects | Products & Services | Industry News | Newsletter Registration | Expos & Conferences | Organisation: |

*Copyright* 2005 SPG Media Limited a subsidiary of SPG

Exh. S
1-99-1







**AVIONICS** Magazine

Home | Subscribe | Media Kit | BPA Statement | Contact Staff | AVIATION TODAY

Aerospace Connectors assembled in 2 days | PEI-Genesis

Get Your VIP Pass to

EDITORIAL ARCHIVES

**Search Avionics**

Advanced Search
Search Help

Go

**Avionics Magazine**

Avionics Products and Services

Editorial Archives

Corporate Profiles

Acronym Guide

Customer Support Guide

Conferences & Exhibitions

Industry Links

**AVIATION TODAY**

Safety & Security

Aircraft Values

Calendar

Forum

Career Center

From the Wires

Catalog

Helpdesk

October 1, 2005

## Scan

### Joint STARS Upgrade

Northrop Grumman Integrated Systems recently completed the Block 20 upgrades to the E-8C Joint Surveillance Target Attack Radar System (Joint STARS) aircraft, all of which are assigned to the Georgia Air National Guard's 116th Air Control Wing in Warner Robins, Ga. The entire E-8C fleet now has the same open systems configuration, allowing less costly future hardware and software upgrades. The configuration provides a commercial off-the-shelf (COTS) computing and signal processing architecture to an aircraft designed for airborne ground surveillance, targeting and battle management. From 2001 to earlier this year, all production Joint STARS aircraft were delivered in the Block 20 configuration. Visit www.northropgrumman.com.

### Security Milestone

Green Hills Software's security evaluation plan for its Integrity-178B real-time operating system has been accepted by the U.S. National Information Assurance Partnership (NIAP), a collaboration between the National Institute of Standards and Technology and the National Security Agency (NSA). This event sets the stage for further evaluations, culminating in an approval in a year to 18 months. Green Hills is shooting for the high evaluation assurance level (EAL) of 6+, using software already approved to DO-178B, Level A, for safety. Integrity-178B is the only real-time operating system listed on NIAP's register of products in evaluation as having a security target and plan approved, and the only operating system accepted to be evaluated at such a high assurance level, asserts Mike Wolf, general manager of advanced products. The certification was initiated by the U.S. Air Force Research Lab to improve security for future programs, such as the F/A-22, F-35 and Joint Unmanned Combat Air Systems unmanned air vehicle. The software was designed to comply with NSA's multiple independent levels of security (MILS) architecture. Visit www.ghs.com.

EXH. T
-100-

Avionics Magazine

## Radio Market

The joint tactical radio system (JTRS) and multifunction information distribution system (MIDS) will be the dominant systems in the U.S. airborne communications market over the next 10 years, according to a report by Forecast International Inc., titled "The Market for U.S. Military Airborne Communications Systems." MIDS, which is being used in Afghanistan to transmit real-time reconnaissance/targeting data, is estimated to be worth $1,168 billion over the forecast period. This will benefit Data Link Solutions, a joint venture between Rockwell Collins and BAE Systems, and ViaSat Inc., both major suppliers of MIDS terminals. JTRS, representing a $782.1-million market over the next 10 years, is expected to replace all radios used by the U.S. military, according to the study. Forecast International predicts more than 4,000 combat/trainer aircraft will be produced through 2014, of which 1,171 will be U.S.-built fighters. Add transport aircraft, helicopters and special mission aircraft, and the total number of new military manned aircraft over 10 years reaches 11,000, says the study, which adds that the unmanned air vehicle market "could add roughly 5,000 more platforms." Visit www.forecast1.com

## Door Monitor

Bournemouth Aviation Ltd., Bournemouth, UK, recently has installed and flown the first Skycam flight deck door monitoring system on an Airbus A330. The 4-inch display allows pilots to see outside the cockpit and view the cabin and cargo holds. Skycam is combined with a solid state recorder used to record air rage incidents and cargo handling disputes. The Bournemouth product already has been installed on the A320, the Boeing 737 and 757, the BAE146/Avro RJ and Bombardier CRJ. Visit www.bac.uk.com.

## JSF Software

To support its embedded test and development work for the F-35 Joint Strike Fighter (JSF) Aversan, Scarborough, Ontario, has selected Aonix Software, San Diego, to provide its ObjectAda Raven Ada95 environment and AdaCAST test tools. Ada95 is certifiable to DO-178B, Level A. Aversan is working on the verification of the JSF's power and thermal management system. Visit www.aonix.com and www.aversan.com.

## Looking Up

The Aerospace Industries Association (AIA) recently released a bullish report indicating that new orders and shipments of aircraft and parts in the United States have "increased significantly" in the first half of 2005 and that if the pace continues, this year will be the best for the aerospace industry in more than a decade. The industry logged $98.9 billion in net new orders through June and expects to reach $197.7 billion by the end of the year. That compares to $164.9 billion in 2004. The backlog of unfilled orders also showed an increase. More AIA statistics are available at www.aia-aerospace.org/stats/aero_stats/aero_stats.cfm.

## First for Kenya Airways

Kenya Airways has become the first airline to subscribe to the International Air Transport Association's (IATA's) new Web-based flight data analysis service. The carrier will have 16 of its 20 Boeing aircraft equipped with quick access recorders (QARs), which will send raw flight data to IATA's Ottawa-based service center for processing and analysis. The results will then be sent to a secure Web-enabled database that is accessible only to Kenya Airways. The service puts the carrier in compliance with International Civil Aviation Organization (ICAO)-

EXH. T
-101-

Avionics Magazine

mandated 2005 standards. To establish its service, IATA has tapped the expertise of Ottawa-based Flightscape. Visit www.iata.org and www.flightscape.com.

## JSF EW Tested

BAE Systems has completed the first flight tests of its electronic warfare (EW) system for the F-35 Joint Strike Fighter. At Naval Air Weapons Station China Lake, a surrogate aircraft, the T-39 Sabreliner business jet, was used for tests that had the onboard EW digital receiver system collecting simulated radio frequency threats from ground-based emitters. "Just 44 months into a 10-year development and demonstration program, all major components of the F-35 EW system have now been in the air," according to Dan Gobel, BAE Systems' JSF business area director. The flight test data is being processed through direction finding algorithms and is to be subsequently processed through geolocation algorithms to correlate study performance with predicted data. Visit www.baesystems.com.

## Kalitta EFBs

Michigan-based Kalitta Air has contracted navAero Inc., Chicago, to supply electronic flight bags (EFBs) for installation in its fleet of Boeing 747 aircraft. Utilizing an Intel Pentium M processor, the t-Bag C22 Class 2 EFB will run Jeppesen EFB software, terminal chart viewer and document browser, among other applications. Visit www.navaero.com.

## Malaysian Security

The Malaysian low-cost carrier, AirAsia, has selected the FlightVu cockpit door surveillance system (CDSS) for installation outside the cockpit doors of the airline's seven Boeing 737-300 aircraft. AD Aerospace Ltd., Manchester, UK, produced the flush-mounted cameras, and Aircraft Engineering and Installation Services Inc., Orlando, Fla., performed the design engineering and possesses a supplemental type certificate (STC) for installation. Visit www.ad-aero.com and www.aei.aero.

## Processor Upgrade

The U.S. Air Force has granted safety-of-flight certification to the modernized F-16 AN/APG-68 programmable signal radar processor developed by CPU Technology Inc., Pleasanton, Calif. The processor upgrade also has completed Mil-Std environmental qualification, as well as ground test requirements in preparation for flight tests, to verify integration and production worthiness for the U.S Air Force and other F-16 operators. Visit www.cputech.com.

## Longbow Processor

The U.S. Army has awarded Longbow Limited Liability Co., a joint venture of Lockheed Martin and Northrop Grumman, a $17.6-million contract to begin work on the fire control radar (FCR) electronics unit for the Apache Longbow Block 3 modernization program. The FCR is designed to enable the Apache Longbow to search, detect, locate, classify, prioritize and engage moving and stationary targets in adverse weather conditions. It leverages technology developed for the canceled Comanche helicopter program. The FCR, which can be retrofitted on Block

EXH. T
-102-

Avionics Magazine

2 helicopters, provides improved power ratios and capacity for processor growth. Visit www.lockheedmartin.com and www.northropgrumman.com.

**First Flight**

BAE Systems' vertical takeoff and landing (VTOL) unmanned air vehicle (UAV) recently made its first flight. The company is proposing the UAV to the U.S. Marine Corps, Special Forces, Department of Homeland Security and U.S. Forestry Service, among other agencies, as a surveillance vehicle. The flight of the ducted fan IAV2 took place at BAE Systems' Southern California flight test center. The UAV currently is undergoing payload integration. The first flight was conducted with a simulated payload of about 20 pounds (9 kg). Visit www.baesystems.com.

**Link 16 on the B-2**

A demonstration verifying that Link 16 communications can be successfully exchanged between the B-2 stealth bomber and various aircraft, ships, ground vehicles and other platforms was conducted in early August in Northrop Grumman's B-2 systems engineering laboratory in Palmdale, Calif. Performed jointly by Northrop Grumman and the U.S. Air Force, it follows a 2004 demonstration of Link 16 use on the B-2. Through a virtual test network, the Northrop lab was connected to the 82nd Communications Support Squadron at Langley AFB, Va., and the Joint Interoperability Test Command (JITC) at Fort Huachuca, Ariz. Following JITC certification of Link 16 on the B-2, the system will be tested on B-2 operational aircraft in late 2005. Installation of Link 16, a data link and standard used by the U.S. Department of Defense on secure networks, represents one in a series of upgrades for the B-2 and is to enhance the bombers' performance in the network centric warfare environment. Northrop Grumman and the Air Force also plan enhancements to the stealth bomber's communications, radar and weapons systems. Visit www.northropgrumman.com.

**MH-60R Delivered**

The U.S. Navy recently took delivery of the first production MH-60R antisubmarine and surface attack helicopter at Sikorsky Aircraft's Stratford, Conn., facility. Replacing the Navy's SH-60B and SH-60F aircraft, the MH-60R includes Lockheed Martin's digital common cockpit avionics suite, also in the Navy's MH-60S. Lockheed Martin supplies the Link 16 data link hardware and software, as well as upgraded AN/ARC-210 radios. The Navy is expected to order 254 SH-60Rs through 2015. Visit www.sikorsky.com.

**Navy King Airs**

Rockwell Collins' Pro Line 21 integrated avionics system has been selected to upgrade the U.S. Navy's fleet of nearly 40 UC-12 King Air aircraft. L-3 Communications is the prime contractor for the upgrade program, and ARINC Engineering Services is serving as the program's purchasing and installation agency. The avionics package includes three 10-by-8-inch liquid crystal displays; Collins' FMS-3000 flight management system; GPS-4000A GPS navigation sensor; Pro Line 21 communication, navigation and surveillance sensor suite; TWR-850 turbulence detection weather radar; dual AHS-3000 attitude heading reference systems; dual automatic flight control systems; and dual ADS-3000 air data systems. Visit www.rockwellcollins.com.

**Hamburg Flight Data**

EXH. T
-103-

Avionics Magazine

The German charter carrier Hamburg International recently ordered Wireless GroundLink and AirFASE, produced by Teledyne Controls, Los Angeles. Wireless Ground Link will allow the operator to record flight data and transmit it to its flight safety department without media handling. AirFASE is a flight data analysis and reporting tool developed jointly by Teledyne and Airbus. Visit www.teledyne.com.

**TAWS Approval**

Emteq Aerospace, Muskego, Wis., has received Air Transport Canada approval of its supplemental type certificate for the Sandel terrain awareness warning system (TAWS) installation in the Raytheon/Beech 1900C/D. Visit www.emteq.com.

**Tornado Radar Warning**

EADS Deutschland GmbH has awarded Saab Avitronics a production order worth about $133 million (1 billion Swedish kronors) for radar warning equipment for the German Tornado combat aircraft. It is to be part of a fleetwide upgrade program. Deliveries are to run from 2006 to 2009. Visit www.saabavitronics.com.

**Dreamliner PSUs**

Boeing Commercial Airplane Co. has awarded a long-term contract to Dräger Aerospace, Lübeck, Germany, to supply passenger service units (PSUs) for the new B787 Dreamliner. These include emergency oxygen, personal lighting, ventilation and signs. The contract's value is expected to reach $200 million. Visit www.cobham.com.

**Eurofighter Protection**

EADS Defence Electronics has received a €260-million ($322-million) contract to supply electronic core components for the EuroDASS (Defense Aids Subsystems) self-protection system on the Eurofighter. The components are for the 236 aircraft of Eurofighter Tranche 2. EADS collaborates on the EuroDASS program with Selex, in the UK; Elettronica, in Italy; and Indra, in Spain. It consist of an integrated radar warning system, radar jammer and missile warning system, which are controlled by a central processor. Visit www.eads.com.

**Traffic Flow**

Three new countries have become part of Eurocontrol's central flow management unit by installing the Enhanced Tactical Flow Management System (ETFMS) in their main control centers. The system, provided by Comsoft in Karlsruhe, Germany, will be delivered to Romania for its Bucharest center, Greece for its Athens center, and Norway for its Stavanger site. The company announced that Malta also plans to incorporate ETFMS by the end of this year. These installations add to a European-wide air traffic flow management network that now covers 18 countries. Visit www.comsoft.de.

**Database Certification**

Lufthansa Systems' Lido flight management system database has been certified by the European Aviation Safety

EXH. T
-104-

Agency (EASA). EASA's approval allows the company's more than 110 airline customers to apply to their aviation authorities to use new precision area navigation (P-RNAV) procedures in an airport's terminal airspace. These approach and departure procedures use a total corridor width of 2 miles.

In other news, Qantas Airways has signed a 10-year agreement to use Lufthansa Systems' Lido flight planning system, which includes the Lido Operations Center (OC) and Lido Briefing solutions. Lido OC calculates optimum flight paths, and forwards navigational and weather data to the carrier. Visit www.lhsystems.com and www.qantas.com.

## Hapagfly IFE

German airline Hapagfly will install Rockwell Collins' programmable audio video entertainment system (PAVES) on 10 new Boeing 737-800 aircraft, with an option for another 10 aircraft. Deliveries are to begin in January 2006. Visit www.rockwellcollins.com.

## Berlin VCS

DFS Deutsche Flugsicherung GmbH, Germany's air traffic services provider, plans to equip the control tower in Berlin Tempelhof airport with Schmid Telecom's ICS 200/60 voice communications system. Visit www.schmid-telecom.com.

## AVHAR Bought

Executive Aircraft Completions LLC (EAC), Tulsa, Okla., has acquired AVHAR Services Inc., San Antonio, Texas, a company that specializes in avionics and electrical engineering and certification. Randy Harper, founder of AVHAR, will remain to manage the San Antonio facility. Visit www.eac-yp.com.

## Ilyushin 114 Displays

Uzbekistan-based Tashkent Aircraft Production Corp. has contracted Barco to supply avionics displays and control display units for installation in 10 new Ilyushin 114-100 turboprop civil aircraft. Each aircraft cockpit will have five 6-by-8-inch multifunction displays and two control display units. Visit www.barco.com.

## Share Buying

Rockwell Collins recently announced it repurchased 4 million shares, or about 2.3 percent of its outstanding common stock. This represents a continuation of a share repurchase program that has been in place for three years. Visit www.rockwellcollins.com.

## Power's On

Lockheed Martin has successfully conducted a "power on" test of the F-35 Joint Strike Fighter's (JSF's) circuits, electronic components and wiring. (See JSF targeting story on page 22.) Visit www.lockheedmartin.com.

EXH. T
-105-

Avionics Magazine

**Advanced Litening**

Northrop Grumman has delivered to the U.S. Marine Corps 17 "plug and play" Litening AT (advanced targeting) pods. The pods use a standard data link and video/data recorder to transmit data to ground- and air-based users. The technology can be adapted to existing capabilities without aircraft modifications. Visit www.northropgrumman.com.

Back to this month's issue

Home | Subscribe | Media Kit | BPA Statement | Contact Staff | Aviation Today

 Copyright © 2005 Access Intelligence, LLC. All rights reserved. Reproduction in whole or in part in any form or medium without express written permission of Access Intelligence, LLC is prohibited.

EXHT
-106-