

Home | Contact Us

Search:

Advanced Search

**Capabilities    Customers    Products**

About U

**News**
Press Releases
Shows and Events
Media Contacts
Signals Magazine
LM1 Video News
Photo Gallery
Video Gallery

Home > News > Press Releases > BAE SYSTEMS celebrates first flight of LM team's JSF

# BAE SYSTEMS CELEBRATES FIRST FLIGHT OF LOCKHEED MARTIN TEAM'S JOINT STRIKE FIGHTER

25 October 2000

The Lockheed Martin Joint Strike Fighter (JSF) X-35A made its historic and successful first flight marking its entry into the flight-test program and validating the Lockheed Martin design approach. With a greater than one-to-one thrust-to-weight ratio and Pratt & Whitney F119-611 engine, the sleek, supersonic fighter took to the skies from the Lockheed Martin flight test base in Palmdale, California.

"An awesome aircraft," was the way Lockheed Martin X-35 test pilot Tom Morgenfeld described his first flight. "This aircraft looks like a fighter and flies like a fighter. The flight was trouble-free from beginning to end, absolutely no surprises," Morgenfeld continued. "The performance, sheer power and responsiveness were exactly what our engineers predicted. The hours spent training in the simulator were superb preparation. But it's the actual flying that will validate our design and provide the data that will be used for production aircraft to avoid any unexpected problems." Following the X-35's take-off, Morgenfeld put the conventional takeoff and landing (CTOL) version of the JSF through its paces. The initial flight profile included check-outs of the on-board systems, handling characteristics and down-link connections for the constant stream of critical data-transfer to the flight-test technicians at Palmdale and Edwards Air Force Base.

Lockheed Martin is teamed with BAE SYSTEMS and Northrop Grumman. In addition to its extensive systems integration heritage, the major contribution BAE SYSTEMS brings to the team as a whole is its knowledge and 40 years of experience in STOVL (Short Take-off and Vertical Landing). It also has an intimate association and in depth understanding of the United Kingdom's military operational concepts and deployment practices. The company has a team working at both Fort Worth and the Skunk Works at Palmdale on airframe design and manufacturing, aerodynamics, flight controls and flight test.

"I am extremely proud of our international JSF team," said Dain Hancock, president of Lockheed Martin Aeronautics Company. "Our patience and management attention to produce the most affordable and capable JSF has paid off as we head into the flight-test program. I also want to acknowledge the fighter expertise of the entire Lockheed Martin team,

EX4. U
-107-

which represents more than 70 percent of the world's fighter-industry knowledge base."

"We are delighted that the first flight was successful", said Chris Boardman, BAE SYSTEMS Managing Director of JSF. "It opens a new era in military aviation by bringing together the world's premier combat aircraft team of Lockheed Martin, BAE SYSTEMS, Northrop Grumman and achieves an important milestone in ensuring that we are in a position to submit a winning proposal for the next phase".

The first flight included significant portions of the flight-test profile. "This was not just a ferry flight from one airport to another," Morgenfeld explained. "We flew some important test points and made this a working flight-test activity."

The X-35 climbed quickly to an altitude of 10,000ft, maintained an airspeed of 250 knots while accomplishing a series of figure-eight manoeuvres to demonstrate key handling qualities and to validate design predictions. "Our design approach to solve the significant technical risk challenges now in the Concept Demonstration Phase, when it's less expensive, is already paying off," said Frank Cappuccio, Vice President and Program Manager of the Lockheed Martin JSF. "Technical challenges overcome now with our X-35 demonstration aircraft ensure a more affordable next phase: Engineering and Manufacturing Development. It's been our objective from day one." Designed to demonstrate commonality among the U.S. Air Force, Navy and Marine Corps variants, Lockheed Martin's concept demonstration phase will use the same aircraft seen flying today to demonstrate the Marine Corps variant's short takeoff/vertical landing (STOVL) JSF. Following this successful flight of the CTOL aircraft, the next aircraft to fly will be the CV (Carrier Variant) which will fly later in the year. Furthermore, after the X-35A fulfills its flight test requirements, we the aircraft which has flown today/yesterday will have a lift fan installed, a flexible nozzle on the tail, vertical-lift equipment activated and bring that aircraft back to the flight-test program as the STOVL version. Now, that's commonality in action.

"This successful first flight is the culmination of what has been a truly integrated team effort involving not only the principle teammates but our extensive supplier base as well", said Martin Taylor, Project Director JSF, BAE SYSTEMS based in Fort Worth.

Lockheed Martin, in partnership with BAE SYSTEMS and Northrop Grumman, is in competition to build the JSF for the United States and Great Britain. Government selection of a single contractor for the Engineering and Manufacturing Development phase is set for 2001.

For further information, please contact:

**Julia Sevin BAE SYSTEMS Tel: +44 1772 852714 Fax: +44 1772 854289**
**Email: julia.sevin@baesystems.com**

**Mark Douglas Lockheed Martin Tel: +44 (0)20 7798 2850**
**Email: mark.douglas@lmco.com**

EXH. U
-108-

© 2005

Lockheed Martin Corporation
All rights reserved.
Disclaimer

EXH. U
-109-

Jun-30-2005  11:55am   From-CALL, JENSEN & FERRELL        9497173100        T-606  P.006/015  F-591

1   analysis of known facts, application of legal principles to those facts, and legal research

2   into the subject matter of this action is continuing, and Defendant anticipates that such

3   investigation, analysis, and research may reveal new facts and contentions and add

4   meaning to known facts and contentions. Defendant thereby responds as fully as it can

5   at this time while reserving its right to rely, for any purpose, on information and

6   contentions subsequently identified and developed.

7   　　　　9.　　Defendant objects to these Interrogatories on the grounds and to the extent

8   that they are duplicative of each other.   Many of the Interrogatories pose slightly

9   different questions seeking the same information.   Such duplicative Interrogatories are

10   unduly burdensome and harassing.

11   　　　　10.　　Each and every Response below incorporates by reference the foregoing

12   general responses and objections.

13

14   　　　　　　　　　　**SPECIFIC RESPONSES**

15   **INTERROGATORY NO. 1:**

16   　　　　Identify all offers for sale and sales that Defendant has made to any person in the

17   State of California.

18   **SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 1:**

19   　　　　Other than contracts related to sensitive U.S. and U.K. military engagements,

20   Defendants have not made any offers for sale or sales to any person in the state of

21   California since January, 2002.  Even including such sensitive contracts, Defendants'

22   sales within the state of California since January 2002, have amounted to a miniscule

23   percentage of Defendants' total sales (and in any event less than $20 million).  Given

24   the classified nature of the projects involved, Defendants cannot identify further details

25   of such sales without a Court-ordered "eyes only" confidentially agreement.  Finally,

26   Defendants have not made any offers for sale or sales to any person in the state of

27   California **whatsoever** since at least January 2004.

28   / / /

ALL, JENSEN &
FERRELL
PROFESSIONAL
CORPORATION

BRJ03-01-148826_1 6-30-05                            - 4 -
DEFENDANT BAE SYSTEMS ELECTRONICS LIMITED'S SUPPLEMENTAL RESPONSES TO PLAINTIFF
TANNAS' FIRST SET OF INTERROGATORIES

*Exh. 6*
*-25-*

EXH. V
-110-

Jun-30-2005 11:55am    From-CALL, JENSEN & FERRELL    9497173100    T-606  P.007/015  F-591

## INTERROGATORY NO. 2:

Identify all products that Defendant has manufactured in the State of California or shipped into the State of California, including the dates of manufacturing or shipment of the products respectively.

## SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 2:

Since January 2002, Defendants have not manufactured *any* products in the state of California. Further, other than contracts related to sensitive and classified U.S. and U.K. military engagements, Defendants have not shipped any products into the state of California since January, 2002. Even including such sensitive contracts, Defendants' shipments of products into the state of California since January 2002, have amounted to a miniscule percentage of Defendants' total sales (and in any event less than $20 million). Given the classified nature of the projects involved, Defendants cannot identify further details of such shipments without a Court-ordered "eyes only" confidentially agreement. Finally, Defendants have not shipped any products into the state of California **whatsoever** since at least January 2004.

## INTERROGATORY NO. 3:

Identify all business relationships between Defendant on the one hand, and BAE Systems North America Inc., BAE Systems Plc, BAE Systems, and all other BAE Systems companies that conduct business in California.

## SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 3:

BAE Systems Avionics Limited was a wholly owned subsidiary of BAE Systems Electronics Limited until 29 April 2005, when 75% of its shares were acquired by Finmeccanica S.p.a.. The remaining 25% of its shares are owned by BAE Systems Electronics Limited. It is a separate and distinct corporate entity now called SELEX Sensors & Airborne Systems Limited. BAE Systems Electronics Limited is a wholly owned subsidiary of BAE Systems PLC, and is a separate and distinct corporate entity. BAE Systems North America, Inc (re-named BAE Systems Inc. on 20th June 2005) is a

ALL, JENSEN &
FERRELL
PROFESSIONAL
CORPORATION

EXH. V
-III-1



Exh. 6
-25-

**BAE SYSTEMS**

North America Home | Careers Home



## Operating Groups
Redefining the concept of leading-edge.

Be remarkable

Participate In
The BAE Systems
# Remarkable
# Career Events!
Sept. 29th, 2005

It's truly...remarkable. A single career event; many ideal locations; numerous
opportunities; and one of the foremost national security, aerospace and information
systems companies in the world. Get ready to meet with a premier provider
and information-based systems and knowledge-based solutions for government
commercial customers.

**Beat the crowds.**
**Choose your event location now!**

<u>Washington DC Metro</u>    <u>San Diego, CA</u>    <u>Santa Clara, CA</u>    <u>O</u>

<u>Colorado Springs, CO</u>    <u>Johnson City, NY</u>    <u>Burlington,</u>

*Applicants selected may be subject to a security investigation and must me
requirements for access to classified information.*

*U.S. citizenship is required to attend, and for all job opportunities.*

*BAE Systems offers competitive salaries and an impressive array of benefi*

*EOE, M/F/D/V.*



 Recent News

BAE SYSTEMS Receives Contract To
Develop Joint Strike Fighter Engine Control

BAE SYSTEMS To Provide Transparent
Armored Gun Shields To U.S. Marine Corps

**Hot Job**

**SIGINT System Engineer**

<u>View all HotJobs</u>

Copyright © 2004 BAE SYSTEMS. All rights reserved.

NORTH AMERICA HOME || CAREERS HOME || FAQs

EXH. W
-112-

BAE Systems

**BAE SYSTEMS**

North America Home | Careers H



**Operating Groups**
Redefining the concept of leading-edge.

Welcome to
The BAE Systems
# Remarkable
# Career Invitational!
### Sept. 29th in San Diego, California

To be considered, please email your resume in advance - specifying "San
Send to: <u>openhouse@baesystems.com</u>

**Opportunities include:**

- Data Architects/Modelers
- Systems/Enterprise Architects
- Systems Engineers
- Systems Administrators
- Software Engineers (C++/Java/J2EE)
- Database Engineers/Developers

*Applicants selected may be subject to a security investigation and must me
requirements for access to classified information.*

*U.S. citizenship is required to attend, and for all job opportunities.*

*BAE Systems offers competitive salaries and an impressive array of benefi
projects pay for all hours and overtime worked.*

*EOE, M/F/D/V.*

 Recent News

BAE Systems' Fort Wayne Facility Named
Winner of Shingo Prize for Excellence in
Manufacturing

BAE Systems PLC Proposed Acquisition of
United Defense Industries, Inc.

**Hot Job**

**Systems Engineers**

<u>View all HotJobs</u>

Copyright © 2004 BAE SYSTEMS. All rights reserved.

NORTH AMERICA HOME || CAREERS HOME || FAQs

EXH. W
-113-

**BAE SYSTEMS**

CAREERS HOME

JOB SEARCH

COLLEGE CAREER OPPORTUNITIES

CAREER EVENTS

DIVERSITY

├ OPERATING GROUPS ├

     BAE

     CUSTOMER SOLUTIONS

     LAND & ARMAMENTS

     LIFE @ BAE SYSTEMS

 **Recent News**

BAE SYSTEMS Receives Contract To
Develop Joint Strike Fighter Engine Control

BAE SYSTEMS To Provide Transparent
Armored Gun Shields To U.S. Marine Corps

**Hot Job**

**Systems Engineers**

View all HotJobs



Be remarkab

## Operating Groups
Redefining the concept of leading edge.

Welcome to
The BAE Systems

# Remarkable
# Career Invitational!
Oct. 18th in San Diego, California

To be considered, please email your resume in advance - specifying "**San**
Send to: **openhouse@baesystems.com**

**Opportunities include:**

- Data Architects/Modelers
- Systems/Enterprise Architects
- Systems Engineers
- Systems Administrators
- Software Engineers (C++/Java/J2EE)
- Database Engineers/Developers

*Applicants selected may be subject to a security investigation and must me*
*requirements for access to classified information.*

*U.S. citizenship is required to attend, and for all job opportunities.*

*BAE Systems offers competitive salaries and an impressive array of benefi*
*projects pay for all hours and overtime worked.*

*EOE, M/F/D/V.*

Copyright © 2004 BAE SYSTEMS. All rights reserved.

NORTH AMERICA HOME || CAREERS HOME || FAQs

EXH. W
-114-

**BAE SYSTEMS**

CAREERS HOME

JOB SEARCH

COLLEGE CAREER OPPORTUNITIES

CAREER EVENTS

DIVERSITY

OPERATING GROUPS
   E&S
   CUSTOMER SOLUTIONS
   LAND & ARMAMENTS
LIFE @ BAE SYSTEMS

 Recent News

BAE SYSTEMS Receives Contract To Develop Joint Strike Fighter Engine Control

BAE SYSTEMS To Provide Transparent Armored Gun Shields To U.S. Marine Corps

**Hot Job**

**Systems Analyst Intelligence Analyst**

View all HotJobs



Be remarkab

## Operating Groups
Redefining the concept of leading edge.

Welcome to
the BAE Systems
# Remarkable
# Career Invitationals!
## Los Angeles & San Diego, California

To be considered, please email your resume by November 16, 2005. Send openhouse@baesystems.com

Opportunities in San Diego include:

- Data Architects/Modelers
- Database Engineers/Developers
- Software Engineers (C++/Java/J2EE)
- Systems Administrators
- Systems Engineers
- Systems/Enterprise Architects

Two Career Invitationals to choose from:

- Los Angeles, CA
- San Diego, CA

*Applicants selected may be subject to a security investigation and must me requirements for access to classified information.*

*U.S. citizenship is required to attend, and for all job opportunities.*

*BAE Systems offers competitive salaries and an impressive array of benefi*

*EOE, M/F/D/V.*

Copyright © 2004 BAE SYSTEMS. All rights reserved.

NORTH AMERICA HOME || CAREERS HOME || FAQs

EXH. W
-115-

**BAE SYSTEMS**

Accessibility        Site Map        Search

CAPABILITIES    PROGRAMMES    NORTH AMERICA    OPERATIONAL/CAPITAL/SERVICES    SOLUTIONS/SUPPORT    BUSINESS W

⌂ Home  ✕ About Us

About Us
Online News Room
Investor Relations
Engineering
Virtual University
Merger Undertakings
Careers
Corporate
Responsibility
Related Links
Research & Technology
Corporate Identity
Guidance
Our Locations

## About Us
### Introduction

BAE Systems is an international company engaged in the development, delivery and support of advanced defence and aerospace systems in the air, on land, at sea and in space. The company designs, manufactures and supports military aircraft, surface ships, submarines, fighting vehicles, radar, avionics, communications, electronics and guided weapon systems. It is a pioneer in technology with a heritage stretching back hundreds of years. It is at the forefront of innovation, working to develop the next generation of intelligent defence systems.

BAE Systems has major operations across five continents and customers in some 130 countries. The company has more than 90,000 people and generates annual sales of approximately £12 billion through its wholly-owned and joint venture operations.

BAE Systems prime contracting capability combines key in-depth skills in systems, defence and aerospace, enabling it to manage the most complex high-level systems tasks and provide total solutions - a one-stop shop capability and service provision.

BAE Systems designs, manufactures, and supports military aircraft, surface ships, submarines, space systems, radar, avionics, C4ISR, electronic systems, guided weapons and a range of other defence products, many of these with international partners. Key skills include systems integration, complex software and hardware development and advanced manufacturing.

In aviation, the company takes a leading role in joint programmes for military and civil aircraft such as Eurofighter, Joint Strike Fighter and Airbus in partnership with the world's other leading aircraft companies. For the world's navies it offers a leading ship design capability, building frigates, submarines and aircraft carriers, as well as radar, missiles, C4ISR systems and torpedoes. It is the prime contractor for the U.K. Royal Navy's new Type 45 destroyers and the Astute class nuclear-powered attack submarine.

On land, in the new digitised battlespace, company systems include radar, C4ISR networks, artillery, guided weapons and electro-optics. In space, the company has a wide range of expertise and technology in high-quality image exploitation and archiving systems for stereo photogrammetry, photointerpretation, and mapping, charting and geodesy (MC&G) applications. The company also develops, integrates, and produces test equipment for advanced electronic systems including space launch, satellites, and provides avionics systems for the Atlas and Titan launch vehicles. The company's research and development projects cover the spectrum of technologies,



**BAE SYSTEMS**

Introduction

BAE SYSTEMS          Our Identity
Facts

                                    Leader
                                    Biogra

Organisation                        Our
Chart                               Organis
          Our Evolution

○ We're a Company With Vision and V

EXH. X — 91 — 1

materials and synthetic environments, such as virtual reality and 3D modelling, that constantly extend the frontiers of performance. The high software content of the company's advanced systems means that software development is a key activity that involves more than 10,000 systems software engineers.

BAE Systems has a major presence internationally, particularly in Europe and the United States as well as in the Middle East, Asia Pacific and Australia. The company has a full in-service support and logistics organisation so that it can work with customers both in specifying solutions to their needs, and offering the management and operation of their facilities, as well as training, repair and overhaul of products and the provision of professional logistic support.

BAE Systems, innovating for a safer world.

○ **Back**

[Facts] [Organisation Chart] [Our Evolution] [Our Organisation] [Our Identity] [Leaders/Biographies]

EXH. X
-117-

## BAE SYSTEMS

Accessibility    Site Map    Search

CAPABILITIES    PROGRAMMES    NORTH AMERICA    OPERATIONAL/CAPITAL/SERVICES    SOLUTIONS/SUPPORT    BUSINESS W

⌂ Home  ⚲ BAE SYSTEMS Facts  ⚲ BAE SYSTEMS plc

About Us
Online News Room
Investor Relations
Engineering
Virtual University
Merger Undertakings
Careers
Corporate Responsibility
Related Links
Research & Technology
Corporate Identity Guidance
Our Locations

# BAE SYSTEMS plc

**6 Carlton Gardens, London SW1Y 5AD, United Kingdom**
**Tel: +44 (0) 1252 373232**
**Fax: +44 (0) 1252 383991**

BAE Systems is an international company engaged in the development, delivery and support advanced defence and aerospace systems in the air, on land, at sea and in space. The comp designs, manufactures and supports military aircraft, surface ships, submarines, fighting vehic radar, avionics, communications, electronics and guided weapon systems. It is a pioneer in technology with a heritage stretching back hundreds of years. It is at the forefront of innovatio working to develop the next generation of intelligent defence systems.

▫ Major operations across five continents and customers in some 130 countries

▫ More than 90,000 people

▫ Sales of over £13 billion (year-end 2004)

▫ Order book of over £50 billion (year-end 2004)

◉ **Back**

Stewart Miller                                    January 11, 2005

Arlington, VA

26 (Pages 98 to 101)

98

1  memory whether or not you actually took anybody from
2  SDI into the AMLCD production facility?
3      A.  I don't think I can recall categorically
4  one way or the other whether they were taken into the
5  facility or not.
6      Q.  Because the reason you had SDI come in was
7  because they were a potential customer?
8      A.  That's correct.  Yeah.
9      Q.  Or is it because they were an actual
10 customer?
11     A.  Actually, it was a bit of both.  They were
12 interested in using the technology for their products.
13 In order to establish their confidence in the product,
14 we cut and resized some panels for them and sent them
15 over as samples.  So in that respect they received
16 product from us.
17     Q.  So you had actually shipped product from
18 your facility to SDI's facility?
19     A.  Correct.
20     Q.  Would SDI have paid you for those displays
21 that you sent to them?
22     A.  I can't recall, simply because in some

99

1  instances we supplied samples free of charge, where
2  the opportunity was large or where we felt it was the
3  best way to build a relationship.  In other instances
4  we did charge for samples.  I can't -- I can't recall
5  whether we charged SDI for samples or not.
6      Q.  Do you recall them sending you displays and
7  asking you to resize those and ship it back to them?
8      A.  Yeah.  I think we did that.  Yes.
9      Q.  Do you know a Mr. John Wright?
10     A.  I'm not sure.  I know a couple of John
11 Wrights actually.
12     Q.  Do you know a Mr. John Wright from Luxell
13 in Canada?
14         MR. HOSMER:  Would you just note my
15 standing objection.  This is beyond the scope of
16 direct.
17     A.  To be honest, I don't recall him
18 specifically.
19     Q.  Do you remember Mr. John Wright from Litton
20 Canada?
21     A.  I think I may have spoken to a John Wright
22 from Litton Canada.  Yes.  And I'm not saying that

100

1  from a point of view of trying to be elusive.  I just
2  can't connect the name John Wright with Litton,
3  Canada.
4          MR. HOSMER:  Actually, I want to caution
5  the witness, on the record, that if his answer entails
6  revealing confidential business information that is
7  after the Watson application's been filed at any time
8  that relate to commercialization that he considers
9  confidential, I want him to eliminate that information
10 from his answer.
11         THE WITNESS:  Okay.
12         MR. ENGLISH:  And I'm going to make an
13 objection to these speaking objections that are coming
14 from opposing counsel.
15         MR. HOSMER:  That's a speaking objection
16 which is very sustainable, Mr. English, because it
17 involves potentially trade secret and confidential
18 business information.  And I'm going to speak up when
19 that information surfaces.
20         So I'm just cautioning the witness to
21 please try and limit his answer so that information
22 that's considered confidential is not necessarily

101

1  disclosed.  He's otherwise being permitted to answer
2  your questions.  So go forward, ask your next
3  question.
4          BY MR. ENGLISH:
5      Q.  I'm sorry.  I don't remember now.  Did you
6  say you do know a John Wright from Litton, Canada?
7      A.  I said I can't connect the name John Wright
8  and Litton, Canada together.
9      Q.  Okay.  Do you know Mr. Collin Prince from
10 Litton, Canada?
11     A.  The name rings a bell.  I think I've met
12 him.  Yeah.
13     Q.  Do you recall if either of those
14 individuals were ever invited to Marconi's facility in
15 Edinburgh?
16     A.  Yes.  I believe they were.
17     Q.  And do you know that they were given a tour
18 of your facility?  Do you recall that?
19     A.  I don't recall the tour, but it's not
20 impossible.  They may very well have been.
21     Q.  Can you recall whether or not they were
22 actually taken in and shown this AMLCD production

EXH. Y
-119-

Stewart Miller                                                                January 11, 2005

Arlington, VA

134

1  place, we would tend to decline.  So it was very much
2  a judgment on those involved in the conversations.
3          - - -
4      (Discussion between Mr. Tannas and
5  Counsel, off the record.)
6          - - -
7      BY MR. ENGLISH:
8      Q.   I'm sorry.  Are you saying that you did not
9  specifically identify any particular items or verbal
10  communications with the people from SDI to tell them
11  that that, those individual specific things were
12  confidential?
13     A.   In terms of being specific about what was
14  confidential, we wouldn't have been, because we had
15  the NDA in place.
16     Q.   And so you felt that there was no need to
17  do that?
18     A.   Right.
19     Q.   So you would not have followed up saying,
20  you know, during our meeting we identified the
21  following five items that we communicated to you that
22  are confidential?

135

1      A.   No.
2      Q.   And were any of the sample displays or
3  anything like that, were they marked confidential or
4  anything like that?
5      A.   No, they weren't.  No.
6      Q.   Without you communicating to him during the
7  visit that it was confidential, and without labeling
8  the things as confidential, how would Mr. Gottfried
9  know what you showed him that was confidential during
10  that visit?
11     A.   Quite simply.  The NDA that's in place
12  between the two organizations, before the conversation
13  even started, stated that any discussions were covered
14  by the nondisclosure agreement.
15     Q.   Now, in paragraph 9 of Mr. Gottfried's
16  declaration, it states that SDI purchased resized LCDs
17  from BAE Systems on at least two occasions in 2001.
18  Do you remember those events?
19     A.   I don't remember them specifically, but I
20  do remember we did supply resized displays to SDI.
21     Q.   And then later in that same paragraph it
22  says, "On a second occasion SDI purchased LCDs,

136

1  shipped them to BAE Systems in Edinburgh, Scotland,
2  where BAE Systems resized the LCDs and shipped them
3  back to SDI in California."  Do you remember those
4  events?
5      A.   I do remember that.  Yes.
6      Q.   And then in paragraph 10 of his
7  declaration, it says that at a conference of the
8  Society for Information Displays in Long Beach,
9  California, in May 2000, I, in this case
10  Mr. Gottfried, was invited to BAE Systems hospitality
11  suite at the Queen Mary.  Do you remember that event?
12     A.   No.  I was not at that event.
13     Q.   Oh, you don't remember?
14     A.   I wasn't at it.  I did not attend.
15     Q.   Let's turn back to your declaration then.
16          - - -
17      (Discussion between Mr. Tannas and
18  Counsel, off the record.)
19          - - -
20      BY MR. ENGLISH:
21     Q.   So turning first to, okay, in paragraph 11
22  you say, "Prior to escorting Mr. Tannas to the

137

1  production facilities, I had a short meeting in the
2  displays product area where I confirmed to Mr. Tannas
3  that the technology that he would see and learn of
4  during his visit was highly confidential and could not
5  be disclosed or used without permission of GECM."
6          Do you remember that meeting?
7      A.   I do.  Yeah.
8      Q.   And did you read something to him to
9  explain to him what Marconi's policy was with respect
10  to confidential information?
11     A.   No.  I think I simply outlined that what we
12  were about to go and look at and discuss was
13  confidential.
14     Q.   Now, these words in this paragraph, these
15  are the words that you wrote, these words?
16     A.   I think Mr. Spooner wrote these words and I
17  checked that they were an accurate reflection of what
18  took place.  Yeah.
19     Q.   And where did Mr. Spooner get the words?
20     A.   We had a meeting, I can't quite recall
21  when, but a number of years ago now, in Edinburgh,
22  where Mr. Spooner and Len Mitchard had a number of

EXH.Y
-120-

Stewart Miller                                                         January 11, 2005

Arlington, VA

50 (Pages 194 to 197)

194

1  bring his knowledge and talents to bear to be of
2  assistance. And then we would communicate again in
3  the early part of the following year, either January
4  or February, by telephone, to see whether we were
5  thinking along similar lines, and then take it from
6  there basically.
7        Q.  Look at paragraph 15 of your declaration
8  for just a minute.
9           MR. ENGLISH:  Which paragraph?
10          MR. HOSMER:  Fifteen.
11          THE WITNESS:  Yup.
12          BY MR. HOSMER:
13       Q.  Mr. English asked you some questions about
14  the signs on the door of the, I believe the laboratory
15  facility. Is that right?
16       A.  On the door of the AMLCD production area.
17  Yes.
18       Q.  Yes. Excuse me. And that's what had the
19  legend restricted area?
20       A.  Yes.
21       Q.  It indicates here that you again reiterated
22  that GECM was taking these precautions in order to

195

1  keep the resizing process confidential until the
2  patents are published. My question to you is do you
3  recall specifically mentioning the patents at that
4  point in time in your interfacing with Mr. Tannas?
5       A.  I can't recall whether I specifically
6  mentioned the patents at that time, but certainly I
7  reiterated that we were about to go into the
8  restricted area, and talked about the fact that we had
9  the -- the combination lock on the door to prevent
10  entry.
11       Q.  Do you understand, as we sit here today,
12  that information would no longer be confidential if
13  the patent is published. Do you understand that?
14       A.  I understand it would be in the public
15  domain. Yeah.
16       Q.  Do you have any recollection, as we sit
17  here today, of mentioning to Mr. Tannas that you
18  wanted to keep the resizing process confidential at
19  least until the patent applications were published?
20       A.  Correct.
21       Q.  All right. In paragraph 31 of your
22  declaration, you were asked by Mr. English to look at

196

1  the term common courtesy. And I just wanted to hear
2  again what is your understanding and meaning of the
3  term common courtesy as it relates to Mr. Tannas'
4  visit. What are you talking about there?
5       A.  Just basically when engineers are
6  discussing any particular topic, it's normal if one of
7  the engineers has been involved in that area or has a
8  knowledge of that area for them to declare it and
9  basically say, yeah, I've tried that or I've done that
10  or I've been involved in that in the past. So it -- I
11  would have expected at some point during Mr. Tannas'
12  visit, if he had been involved in resizing commercial
13  displays in the past, that even without going into the
14  detail of what he had been doing, he would have
15  mentioned that he had dabbled in that area or been
16  doing something.
17       Q.  Now you mentioned when you first met with
18  Mr. Tannas in London on the side bar, that he
19  indicated he didn't think it was possible to do
20  that. Am I remembering correctly?
21       A.  Correct.
22       Q.  At any time during the course of that

197

1  conversation or later on, did he ever change that
2  statement to indicate that he knew, himself, that it
3  was possible to actually resize and make them
4  commercially operable?
5       A.  No, he didn't.
6       Q.  Take a look at the Gottfried declaration
7  for just a minute, that Mr. English brought and we saw
8  for the first time today. He talked to you about
9  paragraph -- various paragraphs in the declaration, if
10  you could take a look at paragraph 10. Do you see
11  that?
12       A.  Yes.
13       Q.  Is there anything in that, in paragraph 10,
14  that you feel is inaccurate?
15       A.  Yes.
16       Q.  What is it?
17       A.  It talks about a conversation between Roger
18  Gottfried, David Craig and myself. I wasn't actually
19  at the hospitality suite on the Queen Mary in Long
20  Beach in May 2000. I didn't actually attend that SID
21  conference. So I wasn't involved in that conversation
22  whatsoever.

Henderson Legal Services
(202) 220-4158