

United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



Assignments on the Web > Patent Query

# Patent Assignment Abstract of Title
**NOTE: Results display only for issued patents and published applications. For pending or abandoned applications please consult USPTO staff.**

**Total Assignments:** 3
    **Patent #:** 7002660    **Issue Dt:** 02/21/2006 **Application #:** 10250242 **Filing Dt:** 06/17/2003
  **Publication #:** US20030184706  **Pub Dt:** 10/02/2003
    **Inventor:** David Stewart WATSON
       **Title:** IMPROVEMENTS IN OR RELATING TO LIQUID CRYSTAL DISPLAYS

**Assignment: 1**
  **Reel/Frame:** 014208/0725    **Recorded:** 06/25/2003    **Pages:** 3
  **Conveyance:** CHANGE OF NAME (SEE DOCUMENT FOR DETAILS).
    **Assignor:** GEC-MARCONI AVIONICS (HOLDINGS) LIMITED    **Exec Dt:** 02/23/2000
    **Assignee:** BAE SYSTEMS AVIONICS LIMITED
    WARCWICK HOUSE, PO BOX 87
    FARNBOROUGH AEROSPACE CENTRE
    FARNBOROUGH, HAMPSHIRE, UNITED KINGDOM GU14 6YU
  **Correspondent:** NIXON & VANDERHYE P.C.
    MICHELLE N. LESTER
    1100 NORTH GLEBE ROAD
    8TH FLOOR
    ARLINGTON, VA 22201

**Assignment: 2**
  **Reel/Frame:** 014208/0723    **Recorded:** 06/25/2003    **Pages:** 2
  **Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).
    **Assignor:** WATSON, DAVID STEWART NIMMO    **Exec Dt:** 04/17/2000
    **Assignee:** GEC-MARCONI AVIONICS (HOLDINGS LIMITED
    THE GROVE, WARREN LANE, STANMORE
    MIDDLESEX, GREAT BRITAIN HA7 4LY
  **Correspondent:** NIXON & VANDERHYE P.C.
    MICHELLE N. LESTER
    1100 NORTH GLEBE ROAD
    8TH FLOOR
    ARLINGTON, VA 22201

**Assignment: 3**
  **Reel/Frame:** 016486/0747    **Recorded:** 04/22/2005    **Pages:** 5
  **Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).
    **Assignor:** BAE SYSTEMS AVIONICS LIMITED    **Exec Dt:** 04/14/2005
    **Assignee:** BAE SYSTEMS PLC
    6 CARLTON GARDENS

LONDON, UNITED KINGDOM SW1Y 5AD

**Correspondent:** STANLEY C. SPOONER
NIXON & VANDERHYE P.C.
1100 NORTH GLEBE ROAD
8TH FLOOR
ARLINGTON, VA 22201

Search Results as of: 08/07/2006 07:24 PI
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350.
Web interface last modified: July 26, 2006 v.1.10

| .HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT |

EXH. 2
-123-

**BAE SYSTEMS**

Accessibility   Site map   Search

CAPABILITIES   PROGRAMMES   OPERATIONAL/CAPITAL/SERVICES   SOLUTIONS/SUPPORT   BUSINESS W

Home   BAE SYSTEMS Facts   Operational   Int. Partnerships   SELEX

- About us
- Online news room
- Investor relations
- Engineering
- Virtual university
- Merger undertakings
- Careers
- Corporate responsibility
- Related links
- Research & technology
- Corporate identity guidance
- Our locations

## SELEX Sensors and Airborne Systems (BAE SYSTEMS 25%)

www.selex-sas.com

**Business:**
**SELEX Sensors and Airborne Systems** is one of Europe's leading defence electronics companies. It is 75% owned by Finmeccanica and 25% owned by BAE Systems and brings to the former UK based BAE Systems Avionics and Galileo Avionica in Italy. The new business, formed April 2005, employs 7,600 people and has operations in Italy, England, Scotland and United States. SELEX Sensors and Airborne Systems specialises in world-class integrated se solutions and is a leader in surveillance, protection, tracking, targeting, imaging systems and suites.

Key technologies include

- airborne radars
- avionics and mission systems
- electronic warfare systems
- electro optical systems
- military lasers
- unmanned aerial vehicles.

**Addresses:**

**UK**
Christopher Martin Road, Basildon, Essex SS14 3EL, United Kingdom
T +44 (0) 1268 522822  F +44 (0) 1268 883140

Crewe Toll House, Ferry Road, Edinburgh EH5 2XS, United Kingdom
T +44 (0) 131 332 2411  F +44 (0) 131 332 0690

300 Capability Green, Luton, Bedfordshire, LU1 3PG, United Kingdom
T +44 (0)1582 886 000  F +44 (0)1582 795 900

PO Box 217, Millbrook Industrial Estate, Southampton, Hampshire SO15 0EG, United Kingdo
T +44 (0) 2380 702300  F +44 (0) 2380 316777

Broad Oak Business Park, Hilsea, Portsmouth PO3 5PQ, United Kingdom
T +44 (0) 2392 227779  F +44 (0) 2392 227595

RAF Wyton Building 28A, Huntingdon, Cambridgeshire PE28 2EA, United Kingdom
T +44 (0) 1480 52451 Extension 7489  F +44 (0) 1480 446599

**Italy**
Via Albert Einstein, 35 50013 Campi Bisenzio (FI) - Italy
T + 39 05589501  F + 39 0558950600

Via di S. Alessandro, 10 00131 Roma  Italy
T +39 06418831  F +39 0641883800

Via dei Castelli Romani, 2 00040 Pomezia (RM)  Italy
T +39 06911961  F +39 069121590

Strada Privata (Aeroporto Caselle) 10077 S. Maurizio Canavese (TO) - Italy
T + 39 01199671  F + 39 0119913357

EXH. AA -124-

Viale Europa 20014 Nerviano (MI)  Italy
T + 39 0331587330 F + 39 0331588106

Via Albert Einstein, 35 50013 Campi Bisenzio (FI) - Italy
T + 39 05589501 F + 39 0558950600

Via Montefeltro, 8 20156 Milano – Italy
T +39 02302421 F +39 0233400981

Via G. B. Grassi, 93 20157 Milano - Italy
T +39-02 357901 F +39-02 3567325

Viale Europa 20014 Nerviano (MI) – Italy
T + 39 0331587330 F + 39 0331588106

Via Villagrazia, 79 90125 Palermo  Italy
T +39 0916482911 F +39 0916472979

Via M. Stoppani, 21 34077 Ronchi dei Legionari (Go)  Italy
T +39 0481478111 F +39 0481478313

**USA**
202 12th Street South, Suite 704 Arlington VA 22202 USA
T +1 703 418 2424 F +1 703 418 2423

**Back**

EXH. AA -125-

Scotsman.com Business - BAE Systems - Selex reaches for the skies

**SCOTLAND on SUNDAY**
Sun 22 May 2005

# Selex reaches for the skies

GUY DIXON IN ROME ( gdixon@scotlandonsunday.com )

ALIGHT rain patters against the window of Finmeccanica's stylish headquarters in central Rome as Remo Pertica gazes around the company boardroom. Intricate small models of Alfa Romeo cars, radar and ships cover most surfaces, and the walls are papered with design blueprints and framed certificates of awards that the Italian defence giant has won in its proud 58-year history.

But Pertica, Finmeccanica's co-chief operating officer, does not want to talk about the industrial heritage of Europe's third biggest defence company.

He is looking to the future following the recent merger of his company's defence electronics business with BAE Systems' former avionics arm, to create the group's new defence electronics division - Selex.

Finmeccanica, which is listed on the Milan stock exchange and is one of the country's biggest companies, with revenues of £6.2bn in 2004, confirmed in April that it was buying a 75% stake in BAE's avionics business for £355m.

The British staff formerly employed by BAE avionics now work for Selex Sensors and Airborne Systems, which develops and produces high-tech products including military lasers and radar for use on fighter planes and ships.

Selex's 4,600-strong British workforce - including 2,000 at Crewe Toll in Edinburgh - are set to play a starring role in the Italian group's ambitious assault on the world's biggest defence market - America.

Pertica is visibly excited at the challenge ahead. "The contribution of our British colleagues will be extraordinary," he says.

"They are almost 5,000-strong, and we in Italy are 3,000. They have very strong capabilities and we think that through them we will have the possibility of entering the US market.

"Finmeccanica is a true international company. The message [to Selex's Scottish staff] is that we are are very happy with this joint

EXH. BB
-126-

http://business.scotsman.com/topics.cfm?tid=740&id=558582005   8/2/2006

Scotsman.com Business - BAE Systems - Selex reaches for the skies

Page 2 of 4

venture. We need to promote this company not only in the UK but around the world."

It would be an understatement to say that Finmeccanica, which is now ranked in the top 10 in global defence companies and third in Europe behind BAE and the French group, Thales, is pleased with the recent deal.

Pertica knows about the British operations from his career with Marconi, which in 1999 sold its defence electronics business to British Aerospace, now BAE.

Selex is Edinburgh's largest manufacturer and Pertica has admired the business for years, knows some of the workforce and insists he has no immediate plans to make redundancies. Not that he has to - BAE did that for him, by announcing it was cutting 1,400 jobs a matter of hours before the merger was first announced in January. Pertica says the cuts were "part of the price" - in contradiction to earlier claims that they were not related.

Finmeccanica's chairman and chief executive, Pier Francesco Guarguaglini, had initially struck a deal with BAE that marked Crewe Toll out as part of a 50/50 joint venture called EuroSystems.

The deal fell apart, but was resurrected with Finmeccanica agreeing to take 75% of BAE's old avionics group with the option to purchase the rest. BAE has received £355m and will receive a further sum of up to £269m when it sells its 25% stake.

Many felt that BAE didn't sufficiently promote its avionics division, which was led by industry veteran Professor John Roulston, given the company's reputation as a world-leader in its field. BAE has made no secret of its intention to join forces with one of the major US defence groups, and the avionics business, which has sites in Luton, Basildon and Southampton, was seen as surplus to requirements.

Roulston left last year to join Filtronic, an electronics company. Finmeccanica says it has no plans for him to return.

Selex is a major player in two of the world's biggest military projects - developing and producing a radar system for the Eurofighter Typhoon, and a targeting system for the Joint Strike Fighter.

The company will provide 60% of the avionics equipment for the Eurofighter, and is assured a share of any upgrading work that will be carried out on the project until 2012. It is bidding for another tranche of work, until 2016.

Finmeccanica recently won a contract for Marine One, the American Presidential helicopter fleet, and Selex is also bidding to put its new hi-tech radar system on to British and American helicopters.

Pertica says the company is a "true systems integrator" and can act as a "one-stop shop" to develop, produce and install a wide

EXH. BB
-127-

http://business.scotsman.com/topics.cfm?tid=740&id=558582005        8/2/2006

Scotsman.com Business - BAE Systems - Selex reaches for the skies                                                           Page 3 of 4

range of complementary hi-tech laser and radar systems.

He has set a target of growing revenues and profits by "at least" 10% each year.

Selex is led by director Giancarlo Grasso, and the general manager at Crewe Toll is Norman Bone. Grasso, a flamboyant character, has visited Edinburgh several times and identifies two areas - developing radar for aircraft and electro-optics - as being of particular interest.

He says he will meet representatives from the Scottish Executive at the Paris Air show, Le Bourget, in June, to discuss his plans.

Finmeccanica's directors say they are particularly pleased to have the UK Ministry of Defence as a major customer. This will be used as a bridgehead to win work across the Atlantic. In January, President George Bush proposed that spending on defence would rise 4.8% to $419bn in the period to 2006.

Pertica says Finmeccanica will never be a 'first tier' player in America because of the US government's bias towards home-grown companies. But he says contacts and knowledge built up between BAE and US will be exploited, and that the group plans to make small acquisitions there.

"It's impossible to be the first tier player in the US because there are companies like Northrop Grumman. We are looking at collaboration in the US - the experience of our British colleagues will support the best decision.

"We are trying to find a small to medium sized company with a high level technology."

**Web link**

- <u>BAE Systems</u>
  http://www.baesystems.com/

**Related topic**

- <u>BAE Systems</u>
  http://business.scotsman.com/topics.cfm?tid=740

**This article:** http://business.scotsman.com/topics.cfm?tid=740&id=558582005

**Last updated:** 23-May-05 11:16 BST

EX4. BB
- 128 -

http://business.scotsman.com/topics.cfm?tid=740&id=558582005                                        8/2/2006

Scotsman.com Business - BAE Systems - Selex reaches for the skies

Ads by Google

**Bae Systems**
Brief Bae Systems Company Profile at IndustryWeek
IndustryWeek.com

**Avionics**
Request Info From Top Avionics Schools Right In Your Area!
www.CollegeBound.net

**Jets Ringtone**
Send this ringtone to your phone right now, at no charge!
dada-mobile.net

EXH. BB
-129-

http://business.scotsman.com/topics.cfm?tid=740&id=558582005    8/2/2006