# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWRENCE E. TANNAS, Jr., et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 05-1866 (RWR) |
| | ) |
| | ) |
| BAE SYSTEMS AVIONICS LTD., | ) |
| et al., | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

## <u>NOTICE OF ENTRY OF APPEARANCE</u>

Please enter the appearance of Paul G. Gaston (DC Bar # 290833), LAW OFFICES OF

PAUL G. GASTON, 1120 19th Street, NW, Suite 750, Washington, DC 20036 (202-296-5856)

(email: pgaston@attglobal.net), as counsel on behalf of defendants BAE Systems Avionics

Limited, BAE Systems Electronics, Ltd., and BAE Systems, PLC.

Respectfully submitted,

_/s/_____
Paul G. Gaston (DC Bar # 290833)
LAW OFFICES OF PAUL G. GASTON
1120 19th Street NW, Suite 750
Washington, DC 20036
(202) 296-5856
Fax: (202) 296-4154
Email: pgaston@attglobal.net

*Attorney for Defendants*

Dated: September 8, 2006

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on this eighth day of September, 2006, a copy of the foregoing was

mailed, via First Class mail, postage prepaid to:

Quentin R. Corrie, Esq.
BIRCH, STEWART, KOLASCH & BIRCH, LLP
8110 Gatehouse Road, Suite 100 East
Falls Church, VA  22040-0747

William A. English, Esq.
VISTA IP LAW GROUP LLP
2040 Main Street, 9th Floor

Irvine, CA  92614


_/s/_____

Paul G. Gaston