UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWRENCE E. TANNAS, JR., et al. | ) |
| Plaintiffs, | ) |
| vs. | ) Case No. 05-1866 RWR |
| BAE SYSTEMS AVIONICS LTD., et al. | ) |
| Defendants. | ) |

### AFFIDAVIT OF DAVID R. SUGDEN

I, David R. Sugden, declare as follows:

1. I am a shareholder with the law firm of Call, Jensen & Ferrell ("CJ&F"), A Professional Corporation, the attorneys of record for Defendant BAE Systems Avionics Limited, a British corporation; BAE Systems Electronics Limited, a British corporation, BAE Systems, Plc, a British corporation ("Defendants"). The matters set forth in this declaration are based upon my personal knowledge. If called upon as a witness, I could and would testify competently as to matters set forth herein.

2. On August 2, 2006 a Scheduling Conference was held in this matter. Attached hereto as Exhibit "A" is a true and correct copy of the August 2, 2006 Hearing Transcript.

3. On May 25, 2005, the Honorable Judge Robert J. Kelleher of the United States District Court of California issued an Order stating: "On May 19, 2005, Plaintiffs filed their First Amended Complaint for Declaratory Judgment; and for Relief under 35 U.S.C. § 146 . . . adding Defendant, BAE Systems, Plc, as well as Count 6, for Civil Action under 35 U.S.C. § 146. The Court notes that Plaintiffs filed the FAC

nearly three months beyond the deadline set forth in the Court's December 1, 2004 Order and that Plaintiffs' FAC goes beyond the scope of the Court's December 1, 2004 Order, which only allowed Plaintiffs to allege new grounds for Defendants' minimum contacts." Attached hereto as Exhibit "B" is a true and correct copy of the California Court's May 25, 2005 Minute Order.

4.   On September 2, 2005, the California Court issued an Order granting Defendants' Motion to Dismiss. Attached hereto as Exhibit "C" is a true and correct copy of the California Court's Dismissal Order.

5.   On June 13, 2005, Defendants' filed its Motion to Dismiss or in the Alternative to Transfer Venue of Plaintiff's Sixth Cause of Action. Attached hereto as Exhibit "D" is a true and correct copy of Defendants' Motion to Dismiss.

6.   On November 15, 2004, the California Court entered the parties' Stipulation and Proposed Order Re: Motion to Compel and First Amended Complaint. Attached hereto Exhibit "E" is a true and correct copy of Judge Kelleher's November 15, 2004 Order.

7.   On April 5, 2005, the California Court entered an Order regarding Plaintiff's Motion to Compel. Attached hereto as Exhibit "F" is a true and correct copy of the California Court's April 5, 2005 Minute Order.

8.   On July 27, 2006, the parties filed their Joint Rule 16.3 Report. Attached hereto as Exhibit "G" is a true and correct copy of the Joint Rule 16.3 Report.

9.   A brief examination of Tannas' website shows that he is a frequent lecturer all over the world: "[Tannas] has been guest lecturer and invited speaker at numerous

events and institutions throughout the world such as: (1) Samsung Electronics, Korea, (2) Chanchung Institute of Physics, (3) China Twenties University, The Netherlands, (4) Lohya Corporation, Finland, and (5) Advanced Technology Series, London and Stockholm. Attached hereto as Exhibit "H" is a true and correct copy of the pages found on http://www.tannas.com/html/lecturer.html.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 11th day of September, 2006 at Newport Beach, California.

FURTHER AFFIANT SAYETH NAUGHT.

*/s/ David R. Sugden*
David R. Sugden