## UNITED STATES DISTRICT COURT

## DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LAWRENCE E. TANNAS, Jr., et al., | ) |
| Plaintiffs, | ) Civil Action No. 05-1866 (RWR) |
| vs. | ) |
| BAE SYSTEMS AVIONICS LTD., et al., | ) |
| Defendants. | ) |

# DEFENDANT BAE SYSTEMS, PLC'S EVIDENTIARY OBJECTIONS TO DECLARATION OF LAWRENCE E. TANNAS, JR.

Defendant BAE Systems, PLC ("BAE Systems") submits the following objections to the Declaration Of Lawrence E. Tannas, Jr. In Support Of Tannas Motion To Transfer Under 28 U.S.C. § 1404(a) as follows:

**Objection To Entire Declaration**

BAE Systems objects to the entire Tannas declaration and to all exhibits to the declaration on the ground that the declaration is not signed as required by Local Civil Rule 5.1. As an unsigned declaration, it is not admissible evidence.

❑ Sustained
❑ Overruled

/ / /

/ / /

## Objections To Specific Statements And Exhibits

| No. | Statement | Objection | Ruling |
|---|---|---|---|
| 1. | ¶ 6: "Because most of the witnesses expected to testify on my behalf are located within Southern California, the District Court for the Central District of California would be the most convenient forum given its close proximity." | Objection: Statement is conclusory and not within the witness' personal knowledge. (FRE 602) | ❑ Sustained<br>❑ Overruled |
| 2. | ¶ 8: "In August 1997, Carol was hospitalized and diagnosed with a chronic anxiety disorder. To date, Carol's condition has not been remedied. Her anxiety-related health concerns have taken up a considerable amount of my time and attention since Carol first began experiencing symptoms." | Objection: statement is hearsay and impermissible lay witness opinion testimony. (FRE 602, 701, 801, 802) | ❑ Sustained<br>❑ Overruled |
| 3. | ¶ 8: "Should I need to travel to Washington, D.C. to give testimony in the current appeal, her anxiety disorder and other medical conditions may preclude her from traveling to Washington, D.C." | Objection: impermissible lay witness opinion testimony. (FRE 701) | ❑ Sustained<br>❑ Overruled |
| 4. | ¶ 13: "The license agreements permit the licensees to utilize my process without infringing on the Tannas patents. Several of these licensees are located within California." | Objection: statement is hearsay, conclusory and expresses impermissible lay witness legal opinion. (FRE 701, 801, 802) | ❑ Sustained<br>❑ Overruled |

| No. | Statement | Objection | Ruling |
|---|---|---|---|
| 5. | ¶ 13: "The Interference and present § 146 appeal, however, have been an impediment to getting additional third parties to license the Tannas patents. Some potential and actual licensees are reluctant to enter into long-term agreements while the current dispute over ownership of the LCD resizing process is pending." | Objection: statement is irrelevant, conclusory, based on hearsay, and is not within the witness' personal knowledge. (FRE 402, 602, 701, 801, 802) | ❏ Sustained<br>❏ Overruled |

Respectfully submitted,


 /s/_____
Paul G. Gaston (DC Bar 290833)
LAW OFFICES OF PAUL G. GASTON
1120 19th Street, NW
Suite 750
Washington, DC  20036
202-296-5856

___/s/_____
Scott J. Ferrell (admitted *pro hac vice*)
David R. Sugden (admitted *pro hac vice*)
CALL, JENSEN & FERRELL
610 Newport Center Drive, Suite 700
Newport Beach, CA  92660
(949) 717-3000
sferrell@calljensen.com
dsugden@calljensen.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of September, 2006, a copy of the foregoing was mailed, via First Class mail, postage prepaid to:

William A. English
VISTA IP LAW GROUP LLP
2040 Main Street, 9th Floor
Irvine, CA 92614

                                                   /s/_____
                                                   Paul G. Gaston