# UNITED STATES DISTRICT COURT

# DISTRICT OF COLUMBIA

LAWRENCE E. TANNAS, Jr. et al.,

        Plaintiffs,

        vs.

BAE SYSTEMS AVIONICS LTD.,
   et al.,

        Defendants.

Case No.  05-1866

## ORDER DENYING PLAINTIFF'S MOTION TO TRANSFER VENUE

Upon reviewing the moving papers, the Opposition thereto, and any Reply, the Court hereby orders that Plaintiff's Motion to Transfer Venue be, and hereby is, DENIED.

IT IS SO ORDERED.

Dated:

_____
United States District Court Judge