## UNITED STATES DISTRICT COURT

## DISTRICT OF COLUMBIA

| | |
|---|---|
| Lawrence E. Tannas, Jr., an individual dba Tannas Electronics; Tannas Electronic Displays, Inc., a California corporation<br><br>Plaintiffs,<br><br>v.<br><br>BAE Systems Avionics Limited, a British Corporation; BAE Systems Electronics Limited, a British corporation<br><br>Defendants. | Case No. 05-1866 (RWR)<br><br>**DECLARATION OF WILLIAM A. ENGLISH IN SUPPORT OF TANNAS REPLY MOTION TO TRANSFER UNDER 28 U.S.C. § 1404(a)**<br><br>**Hon. Richard W. Roberts** |

I, William A. English, make this Declaration pursuant to 28 U.S.C. § 1746.

1. I am an attorney with the law firm Vista IP Law Group LLP, in Irvine, California, attorneys for Lawrence E. Tannas, Jr. ("Mr. Tannas") and Tannas Electronic Displays, Inc., the Plaintiffs in this lawsuit. I have personal knowledge of the facts stated herein and, if called upon as a witness, I could and would testify competently thereto.

2. BAE Systems served responses to Tannas' discovery requests on September 8, 2006. Attached as Exhibit CC is an annotated copy of "Defendant BAE Systems Plc's Responses to Plaintiff Tannas' First Set of Requests for Admission."

********

I declare under penalty of perjury that the foregoing is true and correct. Executed this 18th day of September, 2006 at Irvine, California.

William A. English

1