**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LAWRENCE E. TANNAS, Jr. et. al.<br><br>    Plaintiff,<br><br>v.<br><br>BAE SYSTEMS AVIONICS LTD., et al.<br><br>    Defendant. | Civil Action No. 05-1866 (RWR)<br><br>**PLAINTIFF TANNAS' DISCLOSURE OF EXPERT DESIGNATIONS**<br><br>Honorable Richard W. Roberts |

Pursuant to the Court's Scheduling Order and Rules 26(a)(2) and 26 (e)(1) of the Federal Rules of Civil Procedure, Plaintiff LAWRENCE E. TANNAS, Jr. ("Mr. Tannas") hereby discloses that he may designate one or more of the following individuals as expert witnesses in the present action:

**1.    Dr. Terry Scheffer,** expert witness in the underlying interference, Interference No. 105,096 ("the Interference"), currently residing in Hilo, Hawaii, who may be contacted through Tannas' counsel.  Dr. Scheffer may have knowledge of the facts and circumstances related to the written description and/or the understanding to one of ordinary skill of the teachings and/or claims of U.S. Patent Nos. 6,204,906 ("the '906 Patent") and 6,380,999 ("the '999 Patent," collectively "the Tannas Patents").  Dr. Scheffer may also have knowledge of the facts and circumstances related to the written description and/or understanding to one of ordinary skill of the teachings, enablement, and/or claims of U.S. application Serial No. 09/529,201 and the applications from which

it claims priority (collectively "the Watson applications").  Dr. Scheffer's expert report may be submitted at a later time to be determined by the Court.

    **2.**    **Mr. James L. Fergason**, expert witness in the Interference, currently residing in Menlo Park, California, who may be contacted through Tannas' counsel.  Mr. Fergason may have knowledge of the facts and circumstances related to the written description and/or the understanding to one of ordinary skill of the teachings and claims of the Tannas Patents.  Mr. Fergason may also have knowledge of the facts and circumstances related to the written description, enablement, and/or understanding to one of ordinary skill of the teachings and/or claims of the Watson applications.   Mr. Fergason's expert report may be submitted at a later time to be determined by the Court.

    **3**.    **Dr. J. William Doane**, expert witness in the Interference, currently residing in Kent, Ohio, who may be contacted through Tannas' counsel.  Dr. Doane may have knowledge of the facts and circumstances related to the written description and/or the understanding to one of ordinary skill of the teachings and claims of the Tannas Patents.  Dr. Doane may also have knowledge of the facts and circumstances related to the written description, enablement, and/or understanding to one of ordinary skill of the teachings and/or claims of the Watson applications.   Dr. Doane's expert report may be submitted at a later time to be determined by the Court.

|   |   |   |   |
|---|---|---|---|
|   |   |   | Respectfully submitted, |
|   |   |   | Birch, Stewart, Kolasch & Birch, LLP |
| Date: October 3, 2006 |   | By: | /s/ Quentin R. Corrie<br>QUENTIN R. CORRIE<br>DC Bar #224469<br>8110 Gatehouse Road<br>Suite 100 East<br>Falls Church, Virginia 22040-0747<br>Phone: (703) 205-8000<br>Fax: (703) 205-8050 |
| Date: October 3, 2006 |   | By: | /s/ William A. English<br>William A. English (Admitted Pro Hac Vice)<br>Vista IP Law Group LLP<br>2040 Main Street, 9th Floor<br>Irvine, California 92614<br>Telephone: (949) 724-1849<br>Facsimile: (949) 625-8955 |
|   |   |   | **ATTORNEYS FOR PLAINTIFFS** |