UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWRENCE E. TANNAS, JR., et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Civil Action No. 05-1866(RWR) |
| ) | |
| BAE SYSTEMS AVIONICS LTD, et al., ) | |
| ) | |
| Defendants. ) | |

### DEFENDANTS' DISCLOSURE OF EXPERT DESIGNATION

Pursuant to the Court's Scheduling Order and Rules 26(a)(2) and 26(e)(1) of the Federal Rules of Civil Procedure, Defendants BAE Systems Avionics Limited, a British corporation; BAE Systems Electronics Limited, a British corporation; and BAE Systems, Plc, a British corporation ("Defendants"), hereby disclose that they may designate one or more of the following individuals as expert witnesses in the present action:

**1. Dr Michael Wiltshire,** expert witness in the underlying Interference, Interference No. 105,096, currently residing in High Wycombe, United Kingdom, who may be contacted through BAE Systems' counsel. Dr Wiltshire may have knowledge of the facts and circumstances related to the written description of one of ordinary skill of the teachings and claims of the Watson patents. Dr Wiltshire may also have knowledge of the facts and circumstances related to the written description of one of ordinary skill of the teachings and claims of the Tannas patents. Dr Wiltshire's expert report may be submitted at a later time to be determined by the Court.

2. **Albert H. Lyter III,** expert witness in the underlying Interference, Interference No. 105,096, currently residing in Raleigh, North Carolina, who may be contacted through BAE Systems' counsel. My Lyter may have knowledge of the facts and circumstances related to the forensic examination of original documents and in particular the relative age and authenticity of handwriting in the original laboratory notebook of Mr Tannas. Mr Lyter's expert report may be submitted at a later time to be determined by the Court.

Respectfully submitted,

_/s/_____
Paul G. Gaston (DC Bar 290833)
LAW OFFICES OF PAUL G. GASTON
1120 19th Street, NW, Suite 750
Washington, DC  20036
(202) 296-5856
Fax:  (202) 296-4154
Email:  pgaston@attglobal.net

David R. Sugden (CA Bar 218465)
CALL, JENSEN & FERRELL
610 Newport Center Drive, Suite 700
Newport Beach, CA  92660
(949) 717-3000
Fax:  (949) 717-3100
Email:  dsugden@calljensen.com

*Attorneys for Defendants*

Dated:  October 30, 2006