UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWRENCE E. TANNAS, Jr. et. al. | ) Civil Action No. 05-1866 (RWR) |
| Plaintiff, | ) |
| v. | ) **JOINT STATUS REPORT AND REQUEST** |
| BAE SYSTEMS AVIONICS LTD., et al. | ) **FOR ADDITIONAL THIRTY DAY STAY** |
| Defendant. | ) |
| | ) Honorable Richard W. Roberts |

Pursuant to the Court's Minute Order issued December 1, 2006, the parties hereby inform the Court of the status of the parties' settlement discussions.

Since the conference on December 1, 2006, the parties have made some progress towards settlement of most of the issues in the present action, but request an additional thirty days stay to attempt to complete settlement discussions. In particular, a representative for Plaintiff LAWRENCE E. TANNAS, Jr. ("Mr. Tannas") will be traveling to the United Kingdom in April 2007 to meet with a representative of Defendant, BAE SYSTEMS, PLC to discuss terms that have been exchanged by the parties.

Accordingly, the parties request a further stay until May 2, 2007 in order to provide the parties further time to

settle as many issues as possible.  If granted, the parties will provide a supplemental status report by May 2, 2007.

                Respectfully Submitted by:

Dated:  4/02/2007   Birch Stewart Kolasch & Birch LLP


                By:<u>/s/ Quentin R. Corrie</u>
                Quentin R. Corrie
                Attorneys for Plaintiffs


Dated:  4/02/2007   Call, Jensen & Ferrell


                By:<u>/s/ David R. Sugden</u>
                David R. Sugden
                Attorneys for Defendants