UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWRENCE E. TANNAS, Jr. et. al.<br><br>Plaintiff,<br><br>v.<br><br>BAE SYSTEMS AVIONICS LTD., et al.<br><br>Defendant. | Civil Action No. 05-1866 (RWR)<br><br>**JOINT STATUS REPORT AND REQUEST FOR ADDITIONAL STAY UNTIL JULY 23, 2007**<br><br>Honorable Richard W. Roberts |

The parties in the above-referenced action are actively negotiating settlement. Tannas counsel traveled to London in April and met with BAE counsel. A comprehensive settlement agreement has been fully prepared by one party and proposed to the other, and the parties had a conference call earlier today respecting such proposal. The parties are very close to resolving this action as part of a global settlement involving multiple parties and multiple patents. Only a few issues remain to be resolved. The most pertinent issue is Tannas desires to file a motion for summary adjudication to reverse the Board's decision finding Tannas violated the best mode requirement of 35 U.S.C. § 112, and the parties are discussing how best to proceed in that regard.

The parties therefore request a stay in the proceedings until July 23, 2007, at which time the parties will file an updated status report.

Respectfully Submitted by:

Dated: 6/5/07     Birch Stewart Kolasch & Birch LLP

By: *[signature]*
Quentin R. Corrie
Attorneys for Plaintiffs

Dated: 6/5/07     Call, Jensen & Ferrell

By: *[signature]*
Name: David R. Sugden
Attorneys for Defendants