# UNITED STATES DISTRICT COURT

# DISTRICT OF COLUMBIA

| | |
|---|---|
| Lawrence E. Tannas, Jr., an individual dba as Tannas Electronics; Tannas Electronic Displays, Inc., a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>BAE Systems Avionics Limited, a British corporation; BAE Systems Electronics Limited, a British corporation, BAE Systems, Plc, a British corporation<br><br>Defendants. | Case No. 05-1866<br><br>**JOINT STATUS REPORT AND REQUEST FOR ADDITIONAL STAY UNTIL AUGUST 24, 2007**<br><br><br><br>Complaint Filed: September 21, 2005<br>Trial Date:      None Set |

## JOINT STATUS REPORT AND REQUEST FOR ADDITIONAL STAY

The parties in the above-referenced action are actively negotiating settlement. Tannas counsel traveled to London in April and met with BAE counsel. A comprehensive settlement agreement has been fully negotiated, and the parties have a conference scheduled this week respecting whether the agreement can be finalized. The parties are very close to resolving this action as part of a global settlement involving multiple parties and multiple patents.

///

///

///

The parties therefore request a stay in the proceedings until August 24, 2007, at which time the parties will file an updated status report.

                              Respectfully submitted by:

Dated: July 24, 2007         CALL, JENSEN & FERRELL

By: _____
      David R. Sugden
      Attorneys for Defendants

Dated: July 24, 2007         BIRCH, STEWART, KOLASCH & BIRCH, LLP

By: _____
      Quentin R. Corrie
      Attorneys for Plaintiffs