UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWRENCE E. TANNAS, Jr. et. al. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>BAE SYSTEMS AVIONICS )<br>LTD., et al. )<br>)<br>Defendant. )<br>)<br>)<br>)<br>_____ ) | Civil Action No. 05-1866 (RWR)<br><br>**JOINT STATUS REPORT**<br><br>Honorable Richard W. Roberts |

The parties hereby file this status report, following up on the previous Status Report filed on July 24, 2007.

The Parties have been negotiating a global settlement over the past several months, and have entered into a settlement agreement. The settlement agreement resolves all issues in this Action except one. Specifically, all decisions of the Board of Patent Appeals and Interferences ("the Board") at the US Patent Office will remain unchallenged, except the Board's decision that Tannas violated the best mode requirement of 35 U.S.C. § 112 ("the best mode issue").

As to the best mode issue, Tannas intends to file a Motion for Summary Judgment, and present new evidence that was not presented to the Board. Tannas intends to file the motion by November 19, 2007. BAE Systems has agreed not to oppose the

motion. The Parties will file a Stipulation as to resolution of all other issues in the Action.

Prior to filing the Motion for Summary Judgment, the Parties will file a Stipulation for a Protective Order. Tannas has requested this to allow Tannas to submit confidential information as evidence, which Tannas chose not to submit to the Board during the Interference because the Board would not enter a Protective Order.

Respectfully Submitted by:

Dated: 8/28/07    Birch Stewart Kolasch & Birch LLP

By: _____
Quentin R. Corrie
Attorneys for Plaintiffs

Dated: 8/28/07    Call, Jensen & Ferrell

By: _____
Name: David R. Sugden
Attorneys for Defendants