UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | |
|---|---|
| Lawrence E. Tannas, Jr., an individual dba Tannas Electronics; Tannas Electronic Displays, Inc., a California corporation<br><br>　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>BAE Systems Avionics Limited, a British Corporation; BAE Systems Electronics Limited, a British corporation<br><br>　　　　　　Defendants. | Case No. 05-1866 (RWR)<br><br>[PROPOSED] ORDER RE: STIPULATION TO EXTEND DEADLINE FOR FILING MOTION FOR SUMMARY JUDGMENT<br><br>Hon. Richard W. Roberts |

It appearing that the parties hereto, by and through their respective counsel, have stipulated to a two-week extension for Plaintiff LAWRENCE E. TANNAS, Jr. to file a motion for summary judgment in the above-referenced action, IT IS HEREBY ORDERED AS FOLLOWS:

- 1 -

1  Plaintiff LAWRENCE E. TANNAS, Jr. is granted an extension until December 3, 2007
2  to file with this Court a motion for summary judgment and any accompanying documents in
3  support thereof.

Respectfully submitted,
Birch, Stewart, Kolasch & Birch, LLP

Date: 11/19/07

By: *(signature)*
Quentin R. Corrie
Attorneys for Plaintiffs

Call, Jensen & Ferrell

Dated: 11/19/07

By: *(signature)*
David Sugden
Attorneys for Defendant

**IT IS SO ORDERED**

Dated: _____

_____
**Hon. Richard W. Roberts**
U.S. District Court Judge

- 2 -