# UNITED STATES DISTRICT COURT

# DISTRICT OF COLUMBIA

| | |
|---|---|
| Lawrence E. Tannas, Jr., an individual dba Tannas Electronics; Tannas Electronic Displays, Inc., a California corporation<br><br>Plaintiffs,<br><br>v.<br><br>BAE Systems Avionics Limited, a British Corporation; BAE Systems Electronics Limited, a British corporation<br><br>Defendants. | Case No. 05-1866 (RWR)<br><br>**MOTION TO EXTEND DEADLINE FOR FILING MOTION FOR SUMMARY JUDGMENT**<br><br>Hon. Richard W. Roberts |

Plaintiff LAWRENCE E. TANNAS, Jr. ("Tannas") hereby moves for a two-week extension, i.e., until December 3, 2007, for Plaintiff to file a motion for summary judgment and any accompanying documents in support thereof in the above-referenced action.

## STATEMENT OF FACTS

1. Tannas is requesting a two-week extension from the date set by this Court to file a motion for summary judgment, because a key witness was not available until just recently to provide additional statements in support of the motion for summary judgment. *Corrie Decl.* ¶ 1.

2. Tannas and Defendant BAE Systems Avionics Ltd. ("BAE") previously stipulated to the requested two-week extension, filed with this Court November 19, 2007. *Corrie Decl.* ¶ 2.

3. This Court did not accept the stipulation and directed Tannas to file a motion for the two-week extension. *Corrie Decl.* ¶ 3.

4. BAE's attorney has verbally consented to this motion in a telephone call to Tannas' co-counsel. *Corrie Decl.* ¶ 4.

- 1 -

5. Tannas knows of no other reason why the requested extension should be denied. *Corrie Decl.* ¶ 5.

### MEMORANDUM OF POINTS AND AUTHORITIES

Tannas requests a two-week extension of time, i.e., until December 3, 2007 to file a motion for summary judgment and any documents in support thereof. Tannas is submitting this request because one of the key witnesses who could provide statements supporting the motion was not available until recently. *See* Statement of Facts, ¶ 1 *supra*. In addition, Tannas and BAE previously filed a stipulation with this Court on November 19, 2007 agreeing to the two-week extension. *See* Statement of Facts, ¶ 2 *supra*. Based on this stipulation, Tannas expects this motion will be unopposed. Tannas also knows of no other reason why the requested extension should be denied.

Significantly, the deadline for Tannas to file the motion for summary judgment was proposed by Tannas, and was not imposed by this Court or based on any other rule, such that granting this extension will not contravene any rules, nor will any party in this action be prejudiced. Furthermore, this Court has authority to grant the two-week extension based on F.R.Civ.P. 6(b). Therefore, Tannas requests the Court to grant the two-week extension in accordance with the Proposed Order attached herewith.

Respectfully submitted,

Birch, Stewart, Kolasch & Birch, LLP

Date: November 21, 2007    By: /s/ Quentin R. Corrie
                                Quentin R. Corrie
                                Attorneys for Plaintiffs

- 2 -