# UNITED STATES DISTRICT COURT

# DISTRICT OF COLUMBIA

Lawrence E. Tannas, Jr., an individual dba Tannas Electronics; Tannas Electronic Displays, Inc., a California corporation

Plaintiffs,

v.

BAE Systems Avionics Limited, a British Corporation; BAE Systems Electronics Limited, a British corporation

Defendants.

Case No. 05-1866 (RWR)

**DECLARATION OF QUENTIN CORRIE IN SUPPORT OF MOTION TO EXTEND DEADLINE FOR FILING MOTION FOR SUMMARY JUDGMENT**

Hon. Richard W. Roberts

I Quentin Corrie, am the attorney representing Plaintiff Lawrence E. Tannas, Jr. ("Tannas") in the above-captioned action, and to the best of my knowledge I hereby attest to the following:

1. As part of preparing Tannas' motion for summary judgment, Tannas' co-counsel attempted to contact one of Tannas' former technicians several days before the deadline imposed by this Court to file the motion. The technician is a potential key witness who may provide significant information supporting Tannas' motion for summary judgment. Tannas' co-counsel did not hear from the witness until right before the motion was due, as the witness stated he had been traveling.

2. Tannas and Defendant BAE Systems Avionics Ltd. ("BAE") previously stipulated to a two-week extension from the Court-imposed deadline to file Tannas' motion for summary judgment. The stipulation was filed with this Court November 19, 2007. Attached as Exhibit 1

- 1 -

is a true and correct copy of the stipulation between Tannas and BAE for a two-week extension that was filed with the Court on November 19, 2007.

3. This Court did not accept the stipulation and directed Tannas to file a motion for the two-week extension.

4. BAE's attorney has verbally consented to this motion in a telephone call to Tannas' co-counsel.

5. Tannas knows of no other reason why the requested extension should be denied.

*******

I declare under penalty of perjury that the foregoing is true and correct.

Date: *November 21, 2007*   By: *[signature]*
Quentin R. Corrie

- 2 -