1

2              UNITED STATES DISTRICT COURT

3                   DISTRICT OF COLUMBIA

4

5    Lawrence E. Tannas, Jr., an individual     )   Case No. 05-1866 (RWR)
     dba Tannas Electronics; Tannas             )
6    Electronic Displays, Inc., a California    )   [PROPOSED] ORDER RE:  MOTION TO
     corporation                                )   EXTEND DEADLINE FOR FILING
7                                               )   MOTION FOR SUMMARY JUDGMENT
              Plaintiffs,                       )
8                                               )
                   v.                           )   Hon. Richard W. Roberts
9    BAE Systems Avionics Limited, a            )
     British Corporation; BAE Systems           )
10   Electronics Limited, a British             )
     corporation                                )
11                                              )
              Defendants.                       )
12

13        It appearing that Plaintiff Lawrence E. Tannas, Jr. has requested a two-week

14   extension to file a motion for summary judgment in the above-referenced action, and there

15
     being no opposition offered by Defendant BAE Systems Avionics Limited or any other
16
17   material reason presented to this Court to deny such extension, IT IS HEREBY

18   ORDERED AS FOLLOWS:

19

20

21

22

23

24

25

26

27

28                              - 1 -

1      Plaintiff LAWRENCE E. TANNAS, Jr. is granted an extension until December 3, 2007

2   to file with this Court a motion for summary judgment and any accompanying documents in

3   support thereof.

4   **IT IS SO ORDERED**

5

6   Dated: _____        _____

7                              **Hon. Richard W. Roberts**
                               U.S. District Court Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                         - 2 -