# DECLARATION OF LAWRENCE E. TANNAS, JR. IN SUPPORT OF MOTION FOR SUMMARRY JUDMENT RE: DISCLOSURE OF BEST MODE FILED UNDER SEAL