# DECLARATION OF WILLIAM A. ENGLISH IN SUPPORT OF MOTION FOR SUMMARRY JUDMENT RE: DISCLOSURE OF BEST MODE FILED UNDER SEAL