# PLAINTIFF'S EXHIBIT 3
# FILED UNDER SEAL