UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE BOARD OF PATENT APPEALS
AND INTERFERENCES

LAWRENCE E. TANNAS, JR. )
    Junior Party, )
Patents 6,204,906 and 6,390,999 )
)
vs. )
)
DAVID S. WATSON )
    Senior Party )
    Application 09/529,201 )
)
Patent Interference No. 105,096 )



DEPOSITION OF LAWRENCE E. TANNAS, JR.

Newport Beach, California

Tuesday, September 16, 2003

Volume I

Reported by:
LEE SAAH, RPR

CSR No. 6956

JOB No. 615705

Esquire Deposition Services
714.834.1571



PLAINTIFF'S EXHIBIT 7

| | | |
|---|---|---|
| 15:04 | 1 | as Exhibit No. 2 and to apply the correct legends which |
| | 2 | are missing in two locations and to, if necessary, |
| | 3 | include additional entries which would be listed as |
| | 4 | attachments to the CV, and we've agreed that that would |
| | 5 | be a completed and corrected Exhibit 2. |
| | 6 |     MR. COHEN:  Correct. |
| | 7 | BY MR. HOSMER: |
| | 8 |     Q   Now turning to your patents, Mr. Tannas -- |
| 15:05 | 9 |     A   Yes -- |
| | 10 |     Q   - if you would put in front of you your 906 |
| | 11 | patent, I would appreciate it.  That's the one I'll ask |
| | 12 | you about first. |
| | 13 |     A   I have that. |
| | 14 |     Q   I noticed in the patent, beginning on about |
| | 15 | column 6, I believe, and correct me if I am wrong, that |
| | 16 | you begin to describe the method for resizing, which is |
| 15:05 | 17 | the subject of the invention that's described in the |
| | 18 | claim and the patent.  Am I right? |
| | 19 |     MR. COHEN:  Objection; calls for a legal |
| | 20 | conclusion. |
| | 21 |     MR. HOSMER:  Let me restate the question a |
| | 22 | little more succinctly. |
| | 23 |     Q   Am I right that beginning in column 6, line 1 |
| | 24 | you begin to describe the step-by-step methodology that |
| | 25 | you use for your invention of resizing LCDs? |

53

15:06  1    A   Well, I think that's sometimes called the
       2  preferred embodiment, but the discussion goes on
       3  starting right from the abstract.
       4    Q   It does.  And just to cut to the chase, so to
       5  speak, the first step that I looked for in figuring out
       6  how you carry out the resizing according to your
       7  invention, I found the first step at the top of column
       8  number 6.  Is that a fair characterization?  I don't
15:06  9  mean to say that the other information is not useful,
      10  but it appeared that the first step was in the top of
      11  column 6.
      12    A   It was my intent to describe the preferred
      13  embodiment there, yes.
      14    Q   What I'd like to do, Mr. Tannas, is to have you
      15  go through the same kind of exercise that we did with
      16  respect to the manufacture of original LCDs and have you
      17  describe step by step the methodology that you use for
15:07 18  the resizing according to your invention.  All right?
      19    A   Okay.
      20    Q   And if we could start with the first step in
      21  that process, and I direct your attention to column 6
      22  again.  Could you tell us what that first step is?
      23        MR. COHEN:  Objection.  I'm going to instruct
      24  the witness not to answer the question on the grounds
      25  that it's beyond the scope of the permissible discovery

54

```
 1   according to the APJ's order.
 2            (Instruction not to answer.)
 3            MR. HOSMER:  How is it beyond the scope?  I'm
 4   sorry.
 5            MR. COHEN:  That question is getting into the
 6   area of inventorship, and I want to avoid that,
 7   according to the APJ's order, but maybe if you could
 8   rephrase the question somehow or --
 9            MR. HOSMER:  It certainly doesn't relate to
10   inventorship.  I'm not questioning the inventorship.
11   I'm asking him to basically describe what the
12   step-by-step process is according to his invention,
13   which is the subject of the counts, and in order to
14   understand the resizing invention, I'm asking him to, in
15   his own words, tell me and summarize the various steps.
16   I'm certainly not questioning whether or not he's an
17   inventor, when he invented it, whatever.  I'm asking him
18   to describe the steps according to his invention so that
19   we have a good understanding in the record of what those
20   various steps are and the sequence.  No more than that.
21            THE WITNESS:  How about if you don't refer to
22   it as "your invention"?
23   BY MR. HOSMER:
24       Q   I will not refer to it as "your invention."
25   I'm happy to do that.  In looking at your patent
```

55

|       |    |                                                                          |
|-------|----|--------------------------------------------------------------------------|
|       | 1  | specification, Mr. Tannas, would you describe the                        |
| 15:08 | 2  | process that you see, in your own words, with respect to                 |
|       | 3  | the resizing technique that's disclosed in the patent?                   |
|       | 4  | A    Well, the first step is described in the second                     |
|       | 5  | paragraph where the display is placed in the fixture.                    |
|       | 6  | Q    What kind of fixture?                                               |
|       | 7  | A    It's not shown.  It is a fixture to hold the                        |
|       | 8  | display in preparation to scribing it.  And it says that                 |
| 15:09 | 9  | a fixture such as made by VPI, FAST-29 model machine,                    |
|       | 10 | could be used.                                                           |
|       | 11 | Q    I think it's FAST-24 model.                                         |
|       | 12 | A    I'm sorry, yeah, FAST-24.                                           |
|       | 13 | Q    Is the idea of the fixture to make sure that                        |
|       | 14 | you secure the plate in a very secure position before                    |
|       | 15 | you scribe or cut it?                                                    |
|       | 16 | A    Yes.                                                                |
|       | 17 | Q    All right.  What's the next step?                                   |
| 15:09 | 18 | A    While in that fixture, we set up a place to be                      |
|       | 19 | cut, a line.                                                             |
|       | 20 | Q    A scribe line?                                                      |
|       | 21 | A    A scribe line.  And here "scribe" is as used in                     |
|       | 22 | the glass industry.                                                      |
|       | 23 | Q    And that could be either etched or traced; is                       |
|       | 24 | that right?                                                              |
|       | 25 | A    Actually, it was just done optically.  There                        |

56

15:10  1   might be a mark someplace as a reference point and then
       2   the machine could be used to set the scribe to land on
       3   the glass relative to that reference, so there may not
       4   be anything visible. The visible part might be away
       5   from it.
       6       Q   And then you proceed with the cuts?
       7       A   Okay. Now, you know, in a patent description,
       8   sometimes the sequence is not written the way it may be
15:10  9   done, but without taking the time to read it, the first
       10  step would be to remove the polarizer, and then there's
       11  the opportunity where you could use the same machine to
       12  cut the polarizer and then remove it, clean, expose the
       13  glass, and then scribe it. The word "cut" is -- in this
15:11  14  case here, it was scribed. A scribe by a glass cutter
       15  versus an LSI lab versus a machine shop have different
       16  meanings in the context of the Villa FAST-24 machine
       17  and in the glass-cutting industry where it was scribed.
       18      Q   But at some point I take it that the
       19  glass-cutting machine cuts through at least two or both
15:11  20  of the LCD plates along a fixed line?
       21      A   Actually, no, it doesn't cut through. It just
       22  scribes what's called a vent.
       23      Q   And then what happens after you create the
       24  vent?
       25      A   It's done on one side, then the display is

57

```
                1   turned over, and that process is completed.
                2       Q    And then do you snap the plates at that point
                3   and they actually break free, or how does it work?
                4       A    Yes, but you remove it from the fixture first
15:12           5   and then snap it or then break the glass.
                6       Q    And with the scribe in place, it breaks along
                7   a very uniform line along the scribe line; is that
                8   right?
                9       A    Yes, if you're lucky.  It's supposed to, yes.
               10   So some of the parameters are described to set up the
15:12          11   machine to get a good line, and those parameters have to
               12   be adjusted properly or it won't snap properly.  And
               13   there's a certain size wheel and wheel hardness and
               14   wheel angle, and all those parameters are appropriate
               15   for making what the industry calls a good scribe, a good
               16   vent.
               17       Q    Is the snapping of the plates a breaking of the
15:13          18   plates?
               19       A    Yes.
               20       Q    Even though we use the word "cut," it's like a
               21   scribing and then breaking, applying pressure?
               22       A    Well, glass cutters call it scribing and then
               23   breaking, but the glass -- actually, there's nothing cut
               24   on the glass.  There's just a crack formed or what's
               25   called a vent, so there's no material removed in the
```

58

```
              1   scribing.
              2        Q    Is it scribed as a V-shaped notch in the glass?
   15:13     3        A    No, it is not.  It is just a crack and it
              4   doesn't go through the glass, and the untrained eye
              5   couldn't even see it.
              6        Q    This is a technique, I guess, that's well known
              7   in the trade in order to cut glass at a precise location
              8   along a precise line of sight?
              9        A    Exactly.  Well, it doesn't have to be along a
             10   line of sight.  It can be curved.
             11        Q    I understand.  But it's intended to have the
             12   glass break precisely along the scribe line?
   15:14    13        A    If you break it properly and the scribe is a
             14   good scribe with a deep vent, then it will break
             15   properly.
             16        Q    Once you create the break, and let's assume
             17   that it's along a straight edge of the LCD, then what do
             18   you do?
             19        A    Then I hold it in a vertical position, clean --
             20        Q    What -- excuse me.  I didn't mean to interrupt
             21   you.  Go ahead.
             22        A    -- clean, if necessary, and apply the adhesive.
   15:14    23        Q    Why do you hold it in a vertical position?
             24        A    Several reasons.  One is the possibility of the
             25   liquid crystal flowing out, to minimize that.  The other
```

59

|       |    |                                                                              |
|-------|----|------------------------------------------------------------------------------|
|       | 1  | is to prepare it to receive the adhesive so the adhesive                     |
| 15:15 | 2  | will stay on the top and won't run off or fall off or                        |
|       | 3  | roll or run down one side of the display.                                    |
|       | 4  | Q    It's much easier to apply the adhesive if the                           |
|       | 5  | plate is in a vertical position?                                             |
|       | 6  | A    Yes.                                                                    |
|       | 7  | Q    And the other reason is you don't want any of                           |
|       | 8  | the liquid crystal material to escape between the                            |
|       | 9  | plates?                                                                      |
|       | 10 | A    Right.                                                                  |
|       | 11 | Q    Before you apply the adhesive, do you take any                          |
|       | 12 | other steps along the edge, the cut edge, let's call it?                     |
|       | 13 | A    Okay.  The description here describes the                               |
| 15:15 | 14 | possibility of the need to clean the edge, and it says                       |
|       | 15 | that it should be cleaned -- it should be a dry clean to                     |
|       | 16 | minimize the possibility of entering another fluid or                        |
|       | 17 | another contaminant in the cleaning process, so this is                      |
|       | 18 | a compromise.  If you start cleaning, you're going to                        |
|       | 19 | potentially cause some interference or damage or debris                      |
|       | 20 | or a contamination that's greater than what you're                           |
|       | 21 | trying to do when you clean, so you may have to clean,                       |
| 15:16 | 22 | but -- there may be a glass chip there that you have to                      |
|       | 23 | remove.  But cleaning may be an inspection and after                         |
|       | 24 | inspection you say, ah, it doesn't need to be cleaned.                       |
|       | 25 | It's clean enough.                                                           |

60

|  |  |
|---|---|
| 1 | Q   Assuming it's clean, then you apply the |
| 2 | adhesive along that same cut edge? |
| 15:16  3 | A   Yes. |
| 4 | Q   And then what?  After you apply the adhesive, |
| 5 | what do you do? |
| 6 | A   Then I get the adhesive between the plates. |
| 7 | Q   How is that accomplished? |
| 8 | A   That is a trade secret, but one skilled in the |
| 9 | industry could probably -- to those who know how to |
| 10 | seal, they could find a way.  The way I do it is my way, |
| 11 | and I'd just as soon keep that a trade secret. |
| 15:17  12 | Q   Is it possible that you could apply the |
| 13 | adhesive while the plates are under pressure, the same |
| 14 | kind of pressure that we spoke of earlier with respect |
| 15 | to the manufacture of new plates? |
| 16 | A   I don't think so. |
| 17 | Q   Why don't you think that's the way you do it? |
| 18 | A   Because the edge is too long and the whole |
| 19 | topography of the display has changed.  I no longer have |
| 15:17  20 | that seal to ensure spacing.  I've got two edges of |
| 21 | glass that are waving in the breeze, so to speak. |
| 22 | Q   Okay.  That's very interesting the way you |
| 23 | describe it.  Let's assume that we have a square plate |
| 24 | and we cut off one edge.  Okay?  The other three sides |
| 25 | of the plate, what is the relative orientation of the |

61

```
15:18    1   spacing of the plates after you cut the side?  Does it
         2   change or does it stay the same?
         3        A    If I understand your finger-drawing on the
         4   table, it's the same.
         5        Q    What about the spacing right at the point at
         6   which the cut was made?
         7        A    It has freedom to move, to change now,
         8   particularly get wider.
         9        Q    When you say "change," you're talking about the
        10   relative vertical distance between the plates, not
        11   necessarily the distance laterally, but you're talking
        12   about the vertical distance might change along the edge?
15:18   13        A    The gap, right.
        14        Q    But the gap throughout the rest of the plate
        15   over in the other sections of the plate would be
        16   relatively uniform and as originally manufactured?
        17        A    No, not necessarily.
        18        Q    Not necessarily.  What is it that you do in
        19   order to make sure that you maintain that uniform
        20   spacing between the plate all the way across as you
        21   apply the adhesive and seal it in order to create a new
        22   plate?
        23        A    Well, that's my trade secret.
        24        Q    Is it possible that -- am I correct that in
15:19   25   assuming that it would be important in the resizing that
```

62

```
        1   you return that spacing to exactly where it was with
        2   respect to the original manufacture in order to ensure
        3   that the performance capability of the plate would
        4   remain the same?
        5       A    Within a tenth of a micron, yes.
        6       Q    So it would be important to somehow, some way
        7   be assured that the spacing between the plates as you
        8   apply the new adhesive and sealed it was returned to its
15:19   9   original configuration as close as possible and you say
       10   within a tenth of a micron?
       11       A    It's necessary.
       12       Q    It's necessary.  It's essential?
       13       A    Yes.
       14       Q    Otherwise, the LCD may not perform adequately?
       15       A    Right.
       16       Q    Would it be possible to, in order to ensure
       17   that spacing, to place the plates under compression,
       18   under pressure again as you did before and to monitor
15:20  19   the space between the plates to be absolutely sure that
       20   they were exactly as you wanted them to be before you
       21   applied the adhesive?
       22       A    That's possible.
       23       Q    In your experience as an expert, if you placed
       24   the plates under pressure -- and we're talking about the
       25   plates with the cut edge, placed them under pressure,
```

63

15:22

1  I cure the adhesive that I release the pressure on the
2  plates ever so slightly.
3      A    Yes.
4      Q    In your experience as an expert and with your
5  25 years' experience, what will the adhesive do relative
6  to the two plates along that edge?
7           MR. COHEN:  Objection; incomplete hypothetical,
8  calls for speculation.
9           THE WITNESS:  The speculation is not very
10 much.  If you release the pressure, the plates are going
11 to start separating and the fluid, the liquid crystal,
12 and the adhesive will move.
13 BY MR. HOSMER:
14     Q    Which direction will it move?
15     A    It depends on the gradients and where you're
16 applying the pressure, because the glass is so thin that
17 when you apply the pressure in one place to squeeze the
18 plates together, it may separate and get wider in
19 another place.
20     Q    Is there equipment in the industry, for
21 example, a parallel stack press, which I know very
22 little about, which would enable you to apply very
23 consistent and uniform pressure across the entirety of
24 the plate?
25     A    I think so.

65

|       |    |                                                                |
|-------|----|----------------------------------------------------------------|
|       | 1  | Q    I've drawn a little picture here.                         |
|       | 2  | A    Well, we're running into a situation, James,              |
| 15:23 | 3  | you're going to ask me a bunch of questions, and you           |
|       | 4  | have to respect my right that my process is a trade            |
|       | 5  | secret.                                                        |
|       | 6  | Q    I understand.                                             |
|       | 7  | A    And I would tell you that if you were to ask an           |
|       | 8  | expert in the industry, they probably would develop a          |
|       | 9  | process to do this.  I'm not claiming that I have              |
|       | 10 | knowledge that no one else could not have, but the steps       |
|       | 11 | in my process, to me, are important.                           |
|       | 12 | Q    I understand.                                             |
|       | 13 | A    And I do not want BAE to know what they are.              |
| 15:23 | 14 | Q    I understand.  And if we cross that line beyond           |
|       | 15 | a hypothetical and it gets into the trade secret area,         |
|       | 16 | we can either take a break and talk about it and try to        |
|       | 17 | avoid that because the last thing I want to do is try          |
|       | 18 | and encroach on any intellectual property rights that          |
|       | 19 | you have that you feel are not -- should not be                |
|       | 20 | discussed.  I'm just trying to make sure I understand          |
|       | 21 | the basics of how some of the repairs and resizing might       |
| 15:24 | 22 | be done.                                                       |
|       | 23 |      I've drawn a little picture here, and if you'll           |
|       | 24 | bear with me, okay, what you're looking at are the two         |
|       | 25 | glass plates, and let's assume for the moment that we're       |

66

|         |    |                                                              |
|---------|----|--------------------------------------------------------------|
|         | 1  | square millimeter.                                           |
|         | 2  | Q   Okay.  On this piece of paper, could you draw            |
|         | 3  | for me how you envision the cut edge of the LCD after        |
|         | 4  | the scribing and breaking process that we spoke of           |
| 15:28   | 5  | earlier?  Could you draw a cross section of what the         |
|         | 6  | edge looks like, in your view, not necessarily to scale      |
|         | 7  | but so that we would understand clearly in a picture the     |
|         | 8  | top plate, the bottom plate, and the relative position       |
|         | 9  | of the liquid crystal material in the plates along the       |
|         | 10 | cut edge.                                                    |
|         | 11 | A   We have a drawing of that in the patent.                 |
|         | 12 | Q   Perhaps we do.  If we do --                              |
|         | 13 | A   It doesn't show the spheres, and the cut edge            |
| 15:28   | 14 | is showing -- is idealized.  In the first picture on the     |
|         | 15 | front page of 906 or picture 1B.                             |
|         | 16 | Q   Okay.  I'm with you.                                     |
| 15:29   | 17 | A   Well, even better, maybe, is like picture 4B,            |
|         | 18 | figure 4B.                                                   |
|         | 19 | Q   Okay.  Looking at figure 4B, what is item 115?           |
|         | 20 | A   That is the seal between the plates.  115 did            |
|         | 21 | you say?                                                     |
|         | 22 | Q   Right.                                                   |
|         | 23 | A   Yeah.                                                    |
|         | 24 | Q   And the plates, let's identify those.                    |
| 15:29   | 25 | A   20F and 20B.                                             |

69

```
 1   namely, in between the plates there, and we're beginning
 2   with the assumption that the adhesive is applied along
 3   the cut edge that we spoke of earlier.
 4        A    Right.  I don't think I explain or give a
 5   teaching of how that's done in the patent.
 6        Q    You do not.
 7        A    I do not.  I didn't intend to.  But from my
 8   knowledge of people skilled in the industry, not of
 9   ordinary skill but a senior person, if I told them to
10   put the seal between the plates, you know, if I was his
11   manager and I say, "Go do this in the lab," he could do
12   it.
13        Q    In other words, if you spoke to a person that
14   we would consider a person skilled in the art and said,
15   "Apply this adhesive along this cut edge and make sure
16   it resides between the plates," they would have no
17   trouble figuring out how to do that?
18        A    Well, "no trouble," that's a big word.  They
19   would be able to do it using their skills.
20        Q    They would find it easy to be able to
21   accomplish that task?
22        A    And --
23        Q    Is that right?
24        A    Further than that, they would inject it, they
25   would force it in there.
```

Timestamps: 15:31 (line 9), 15:32 (line 19)

71

| | | |
|---|---|---|
| 15:36 | 1 | way in which you could get the adhesive between the |
| | 2 | plates in the manner that we've been talking about? |
| | 3 | MR. COHEN: Objection because this goes beyond |
| | 4 | the scope of the permissible discovery according to the |
| | 5 | APJ's order, and I'll instruct the witness not to answer |
| | 6 | the question. |
| | 7 | (Instruction not to answer.) |
| | 8 | MR. HOSMER: Let me ask the question a little |
| | 9 | bit differently. |
| | 10 | Q As you read your patent as we sit here today, |
| 15:36 | 11 | do you find any description in the patent that teaches |
| | 12 | someone how they would specifically insert the adhesive |
| 15:37 | 13 | between the plates? |
| | 14 | MR. COHEN: Objection. That's ambiguous. |
| 15:37 | 15 | Objection; asked and answered as well. |
| | 16 | THE WITNESS: I thought you were going to ask |
| 15:38 | 17 | me a question. |
| 15:40 | 18 | BY MR. HOSMER: |
| | 19 | Q Actually, I thought I had a question pending. |
| | 20 | MR. COHEN: Can the court reporter read the |
| | 21 | question? |
| | 22 | (Record read as follows: |
| | 23 | "Q As you read your patent as we sit |
| | 24 | here today, do you find any description in |
| | 25 | the patent that teaches someone how they |

75

Esquire Deposition Services
714.834.1571

```
              1              would specifically insert the adhesive
              2              between the plates?")
              3              THE WITNESS:  Yes, I do.
              4    BY MR. HOSMER:
              5         Q    Could you tell me where that is?
              6         A    Column 7, line 23 to approximately line 55.
15:41         7         Q    All right.  Let's talk about -- if you don't
              8    mind, could we start at line 23 in column 7 and talk
              9    just a little bit about that?
             10         A    Yes.
             11         Q    Let me ask a specific question.  It says that
             12    "the newly-exposed plate edges" -- and those are the cut
             13    edges, am I right?
             14         A    Correct.
             15         Q    -- "are then cleaned and wiped dry of any
15:41        16    excess liquid crystal material using, for example, a dry
             17    cotton swab," correct?
             18         A    Right.
             19         Q    I wanted to draw for you, Mr. Tannas, what I
             20    perceive the edge might look like, and please excuse my
             21    dimensions here which are not nearly as good as yours.
15:42        22    And this -- on my drawing, this top part is a glass
             23    plate, and this bottom one is a glass plate, and in
             24    between is the liquid crystal material.  And here on the
             25    edge, you'll see I've drawn a curved line with respect
```

76