UNITED STATES PATENT AND TRADEMARK OFFICE

BEFORE THE BOARD OF PATENT APPEALS
AND INTERFERENCES

LAWRENCE E. TANNAS, JR.
Junior Party
(Patents 6,204,906 and 6,380,999)

v.

DAVID S. WATSON
Senior Party
(Application 09/529,201)

Patent Interference No. 105,096
Administrative Patent Judge Sally C. Medley



**ORIGINAL**

DEPOSITION OF LAWRENCE E. TANNAS, JR.

Newport Beach, California

Wednesday, February 4, 2004

Volume I

Reported by:
SHERYL HILTON MEYER
CSR No. 2852
JOB No. 619068



PLAINTIFF'S
EXHIBIT
9

1   go in.

2       Q    Right.

3       A    And when I would release it in the process of

4   squeezing it, I got air bubbles in, and the adhesive

5   would not go in uniformly.  So then I tried some other

6   ways basically squeezing less and releasing less until

7   I got to the point where I really didn't squeeze any more

8   than just enough to stabilize it at what I considered its

9   position when assembled, wiped it clean, put the adhesive

10  down and waited a brief time until the adhesive went in

11  by it own mechanism, namely, because of its viscosity and

12  penetrating properties.

3:45 13      Q    Where did you apply the adhesives in the

14  description you just gave me?

15           MR. COHEN:  Objection.  Vague and ambiguous.

16  BY MR. HOSMER:

17      Q    Along the cut edge?

18      A    Along the cut edge.

19      Q    Along the entire cut edge?

20      A    Right.

21           MR. COHEN:  Objection.  Vague and ambiguous.

22           THE WITNESS:  And that worked the best and had

23  the least ramifications, and it appeared to be the golden

24  moment.

25  BY MR. HOSMER:

82

1      Q      The golden moment being?

2      A      It was the golden moment to me because the

3  adhesive went in orderly, and I didn't have the same

4  problem with the bubbles getting in.

5      Q      And you mentioned there were other techniques

6  that you tried.  Is that the entire inventory of

7  techniques the ones you just described to me?

8      A      Yes.

9      Q      Are there other techniques?

10      A      Yes.

11      Q      That's everything, in other words?

3:46  12      A      I only --

13      Q      It sounds like you only described one other

14  technique.

15      A      Well, I cut four displays.  One display I may

16  have cut about 10 times, and in all the time I was

17  wrestling with getting the bubbles out and getting the

18  adhesive in.  And anytime I did something, it always

19  degenerated.

20          And so it appeared that the success path was to

21  do as little as possible.  Then I would hold it and maybe

22  use a paper clip to hold it so it was stabilized in what

23  I thought was in its original state and then wicked it

24  and put the adhesive and let the adhesive penetrate

25  rather than try to suck it in.

83

1    seal?

2        A    Yes.

3        Q    And then what happened?  What did you do?

4            MR. COHEN:  Objection.  Ambiguous.

5    BY MR. HOSMER:

6        Q    Did you leave it there or did you take it out

7    of the vise or what did you do?

8        A    Then I found by experiment that the adhesive --

9    I'll let you finish.

10        Q    I'm sorry.  I didn't mean to interrupt.  Go

11    ahead.

12        A    I found that the adhesive went into the

13    display.

14        Q    And did you -- in the course of your laboratory

15    experience did you apply the adhesive seal and release

16    the pressure on the vise to see what would happen?

3:53    17        A    In one of these combinations I did that, yes.

18        Q    What was the result?

19        A    It was kind of out of control.  I couldn't keep

20    the meniscus uniform, and I couldn't draw in the adhesive

21    without drawing in air bubbles, and I tried degassing the

22    air bubbles, and that didn't work.

23        Q    So as far as you were concerned -- I mean at

24    that point in time the best way that you knew of was to

25    place the plates between a fixture of some kind like a

89

1    vise or these clamps that you mentioned and to apply the

2    adhesive along the cut edge and to allow that adhesive to

3    go into the gap between the plates by capillary action.

4           MR. COHEN:  Objection.  Calls for speculation.

5    BY MR. HOSMER:

6      Q    Is that a fair summary of what you discovered?

7           MR. COHEN:  Objection.  Calls for speculation

8    and calls for a legal conclusion.

3:54   9           THE WITNESS:  I'm not sure of all the things

10    you're trying to say, but that sounds like a fair

11    summary, yes.

12    BY MR. HOSMER:

13      Q    How many different cuts, Mr. Tannas, did you

14    make on plates during this time frame you're talking

15    about in your home laboratory?

16      A    More than 10, but perhaps less than 20.

17      Q    More than 10 and less than 20 over a period of

18    what time, sir?

19      A    One day.

20      Q    And you recall specifically using the vise

21    technique and the clips technique that you've referred to

22    in, among those 20 or so attempts?

3:55   23      A    And my hands.

24      Q    And your hands.

25      A    Uh-huh.

90