UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE BOARD OF PATENT APPEALS
AND INTERFERENCES

LAWRENCE E. TANNAS, JR. )
    Junior Party, )
Patents 6,204,906 and 6,390,999 )
    )
vs. )
    )
DAVID S. WATSON )
    Senior Party, )
    Application 09/59,201 )
    )
Patent Interference No. 105,906 )
    )



**ORIGINAL**

TERRY JAMES SCHEFFER, Ph.D.

Newport Beach, California

Wednesday, September 17, 2003

Reported by:
SHERYL HILTON MEYER
CSR No. 2852

JOB No. 615706B



PLAINTIFF'S
EXHIBIT
10

Esquire Deposition Services
714.834.1571

|       |    |                                                                        |
|-------|----|------------------------------------------------------------------------|
|       | 1  | of the adhesive material and the fact that it can                      |
|       | 2  | penetrate the cell spacing and flow along the cut by                   |
|       | 3  | essentially surface attraction. You would agree we have                |
|       | 4  | talked about that?                                                     |
| 5:18P | 5  | A    Yes.                                                              |
|       | 6  | Q    You would disagree that it would be possible                      |
|       | 7  | for the adhesive to go into and between the plates as a                |
|       | 8  | result of suction by changing the compressive force?                   |
|       | 9  | A    Oh, it's possible it could go in, but it would                    |
|       | 10 | increase the cell gap.                                                 |
|       | 11 | Q    So you would not have an optimal cell if you                      |
|       | 12 | did that?                                                              |
|       | 13 | A    It wouldn't conform to the original                               |
|       | 14 | specifications of the cell.                                            |
|       | 15 | Q    I see.  One point of my confusion, and I                          |
|       | 16 | confess my ignorance here, and I don't mean to reask this              |
|       | 17 | a different way, but I picture the plates in their fixed               |
|       | 18 | position under compression with the spherical balls                    |
|       | 19 | actually in a compressed state.                                        |
| 5:19P | 20 | A    Yes.                                                              |
|       | 21 | Q    All right?  I'm having difficulty understanding                   |
|       | 22 | if you use the wicking technique that you refer to or the              |
|       | 23 | capillary action and the adhesive material has the same                |
|       | 24 | spherical balls, how is it possible those spherical balls              |
|       | 25 | could work their way into a gap which is actually less                 |

54

```
 1   than a diameter of the balls?
 2        A    I guess you'd have to use smaller diameter
 3   balls if you decided you wanted to use balls.
 4        Q    Otherwise if you use the same diameter balls --
 5        A    They wouldn't go in.
 6        Q    -- they wouldn't go in. As we spoke about
 7   earlier, it is essential that along that peripheral cut
 8   edge that the spacing be absolutely consistent with the
 9   original spacing, right?
10        A    Well, within a tenth of a micron.
11        Q    And so the choice of using smaller spherical
12   balls through the wicking process would require some
13   experimentation in order to accomplish that?
14        A    Well, you may not even need any spherical balls
15   just for that 3-millimeter-or-so gap that is defined by
16   everything else; but if it appeared that the gap was
17   different at that seal, then you would want to experiment
18   with smaller balls to make sure you could get that gap
19   changed to something acceptable.
20        Q    I see. Ideally am I correct that it would be
21   better to use an adhesive material that had spherical
22   balls that were exactly identical in diameter to those
23   used in the original liquid crystal material and that
24   those -- that adhesive find its way in between the plates
25   by some technique --
```

5:20P (at line 14)

55