Interference No. 105,096

Paper No. ________

BOX INTERFERENCE
Filed on behalf of Party Lawrence E. TANNAS, JR.
By: William A. English, Esq.
Neal M. Cohen, Esq.
COHEN & SAKAGUCHI LLP
2424 S.E. Bristol Street, Suite 300
Newport Beach, CA 92660
Telephone: (562) 665-3953
Facsimile: (949) 625-8955

UNITED STATES PATENT AND TRADEMARK OFFICE

---

BEFORE THE BOARD OF PATENT APPEALS
AND INTERFERENCES
(Administrative Patent Judge Sally C. Medley)

---

LAWRENCE E. TANNAS, JR.

Junior Party
(Patents 6,204,906 and 6,380,999)

v.

DAVID S. WATSON
Senior Party
(Application 09/529,201).

---

Patent Interference No. 105, 096

---

**DECLARATION OF THOMAS L. MUIR IN SUPPORT OF TANNAS OPPOSITION 8**

TANNAS EXHIBIT 2023
TANNAS v. WATSON
INTERFERENCE NO. 105,096



I, Thomas Lincoln: Muir, declare that:

1. I am a citizen of the United States of America, residing at 202 West Frier Drive, Phoenix, Arizona, 85021;

2. I am the Managing Director of Villa Precision International ("VPI"), having a place of business at 3027 West Indian School Road, Phoenix, Arizona 85017, where I have been engaged since July of 1975. VPI is a manufacturer of Precision Glass Scribing (PGS) and Breaking equipment;

3. On or about December 7, 1998, I received a telephone call from Lawrence E. Tannas, Jr., inquiring whether he could use VPI's equipment to cut liquid crystal displays ("LCDs") for a proprietary process developed by Mr. Tannas, which would require VPI to sign a nondisclosure agreement;

4. On or about December 17, 1998, Mr. Tannas visited VPI, and spent the day working with our glass cutting equipment. VPI did not provide Mr. Tannas with any pressure plates or other tooling other than our glass cutting equipment and suitable perishable tooling (carbide wheels) to affect the cutting. During this visit, Mr. Tannas informed me of his intentions to resize LCDs using the process he practiced during his visit at VPI;

5. On or about March 23, 1999, Mr. Tannas again visited VPI. During his visit, Mr. Tannas used a different VPI glass-cutting machine and VPI did not provide Mr.

Tannas with any pressure plates or tooling other than our glass-cutting machine and the necessary perishable tools. We had provided several different types of cutting tools, but to protect the proprietary nature of the project, the exact tooling was not revealed to VPI;

6. On or about April 6, 1999, April 27, 1999, and on several occasions between April and October 1999, Mr. Tannas visited VPI, and used VPI's glass cutting equipment. During these visits, VPI did not provide Mr. Tannas with any pressure plates or tooling other than our glass cutting equipment;

7. On most of these visits by Mr. Tannas to VPI, I met him at the airports. On several occasions he flew a Mooney and because I am interested in private planes, I distinctly noted his responsible activities upon arrival and prior to departure. On several occasions I handled his brief case and noted that it could not have contained much as it was very light. I did not see Mr. Tannas bring any pressure plates or other special tooling with him.

8. VPI's technicians assisted Mr. Tannas with training and set up of the glass cutting equipment that he used. During each visit I departed from my office, walked to the area where Mr. Tannas was working and inquired as to his progress and if there anything that he needed. I did see the area where we allowed him to work during his visits and did not observe any pressure plates or other special tooling in that area. Mr. Tannas told me that, other than using VPI's glass cutting equipment, he was

performing a manual procedure for resizing LCDs.

9. I know that the dates of Mr. Tannas' visits are accurate based upon our own records of our conversations and contacts a copy of which I understand is identified as Tannas Exhibit 2024. I maintain records of my conversations and contacts, such as those with Mr. Tannas, as part of my regular business activities to record my conversations and the required action items on the part of both parties at the time of their occurrence.

10. All statements made herein of my own knowledge are true and all statements made on information and belief are believed to be true; and further these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment or both, under Section 1001 of Title 18 of the United States Code.

Thomas L. Muir

November 20, 2003
Date

Villa Precision International

# History & Contacts Report

Tannas' History

| Action | Date | Priority | Time | Duration | Contact | Company-1 | Number |
|---|---|---|---|---|---|---|---|
| | 12/07/98 Mon | | 2:57PM | | Lawrence Tannas, Jr. | Tannas Electronics | Tannas-Orange |

Address 1426 East Dana Place, Orange, California 92866-17

Phones DIR 714 633 7874 FAX 714 633 4174 MN #
MOBIL 714 342 7067 PAGER RES
RS FAX

Comments TELECON See Att'd Notes Make a rectangular into a square.

6.4 inch. cut to 4.0 x 4.0. row connectoir on the side. Place to cut is obvious. Removing liquid crystal.

OIS, fiasco.

Glass: Corning 1737 or 7059.
thk 0.7mm

Probably proprietarty technique. Will require Non disclosure Agreement.

| Action | Date | Priority | Time | Duration | Contact | Company-1 | Number |
|---|---|---|---|---|---|---|---|
| PR84 | 12/11/98 Fri | A/I | 1:18PM | | Lawrence Tannas, Jr. | Tannas Electronics | Tannas-Orange |

Address 1426 East Dana Place, Orange, California 92866-17

Phones DIR 714 633 7874 FAX 714 633 4174 MN #
MOBIL 714 342 7067 PAGER RES
RS FAX

Comments

| Action | Date | Priority | Time | Duration | Contact | Company-1 | Number |
|---|---|---|---|---|---|---|---|
| TT | 12/15/98 Tue | | 4:00PM | :09 | Lawrence Tannas, Jr. | Tannas Electronics | Tannas-Orange |

Address 1426 East Dana Place, Orange, California 92866-17

Phones DIR 714 633 7874 FAX 714 633 4174 MN #
MOBIL 714 342 7067 PAGER RES
RS FAX

Comments WHA called Tannas to check when he was coming to VPI. Original appt.- a.m. of 12/16 - not confirmed

| Action | Date | Priority | Time | Duration | Contact | Company-1 | Number |
|---|---|---|---|---|---|---|---|
| TT | 12/15/98 Tue | | 4:20PM | :09 | Lawrence Tannas, Jr. | Tannas Electronics | Tannas-Orange |

Address 1426 East Dana Place, Orange, California 92866-17

Phones DIR 714 633 7874 FAX 714 633 4174 MN #
MOBIL 714 342 7067 PAGER RES
RS FAX

Comments WHA called Tannas to say no Friday visit is acceptable. 12/16 or 12/17 O.K.



TANNAS EXHIBIT 2024
TANNAS v. WATSON
INTERFERENCE NO. 105,096

Villa Precision International

# History & Contacts Report

**Tannas' History**

Action Date Priority Time Duration Contact | Company-1 | Number

VFC 12/17/98 Thu 9:38AM 1:00 Lawrence Tannas, Jr. Tannas Electronics Tannas-Orange

Address 1426 East Dana Place, Orange, California 92866-17

Phones DIR 714 633 7874 FAX 714 633 4174 MN #

MOBIL 714 342 7067 PAGER RES

RS FAX

Comments WHA picks up Tannas and delivers him to VPI by 10:00. Spends day with WWS on GS-210. Tannas is adequately impressed by VPI technology for his application (purchasing off-the-shelf Sharp modules and cutting them down to spec. [size] for avionic customers. As his return air ticket left Phoenix Sky Harbor at 16:45, I was only able to really discuss sales price and terms on the 20 minute ride back to the airport.

He apparently had no idea that the going rate for a new GS-210 is $90,000. He gulped audibly. Nevertheless, I informed him on the following points:

a. TLM would be the lead salesmen on the sale. Parameters of the sale agreement would be the exclusive domain of TLM;
b. The current price of the GS-210 is $90,000. However, we are running a sale until December 31, 1998 @ 60,000. He still has time;
c. We have a used GS-210 in stock which I last quoted for $55,000 (S/N 2005). I explained the slight differences between S/N 2005 and the new models;
d. Tannas asked about re-furbs. I said we had recently sold a couple of old style GS-710's (which may suffice for his purposes -- he says he needs a stage to accommodate a 9" diagonal -- this should be OK according to Pythagoras' theorem). I informed him that after 12/31/98 we would no longer support the electronics in these machines, but that we have stock in a great deal of assorted parts at present;
e. Finally, I asked him to report to us the viability of his "live" parts and to proceed with negotiations with TLM.

In conclusion, this particular application is suspect at best. The reason behind the experiment is to make loads of money filling in a void created by the demise of OIS. Tannas believes he can buy off-the-shelf, $1,000 modules and cut them down to size for OIS's old customers and sell the modified displays for the $4,000 price commonly demanded by OIS. Sounds good, but I cannot believe that the displays would be up to "mil spec" for aircraft and tanks!

FxT 1/05/99 Tue A/I 4:05PM Lawrence Tannas, Jr. Tannas Electronics Tannas-Orange

Address 1426 East Dana Place, Orange, California 92866-17

Phones DIR 714 633 7874 FAX 714 633 4174 MN #

MOBIL 714 342 7067 PAGER RES

RS FAX

Comments Quotations:

1/07/99 Thu 3:23PM Lawrence Tannas, Jr. Tannas Electronics Tannas-Orange

Address 1426 East Dana Place, Orange, California 92866-17

Phones DIR 714 633 7874 FAX 714 633 4174 MN #

MOBIL 714 342 7067 PAGER RES

RS FAX

Comments GS 110-16L NOT AVAILABLE VPI has but one 110 model in house. We cannot sell it, because we need it to teset boards.

Larry does not have $60,000.00 so this will be a new problem.

Coming to Phoenix to scribe in not out odf the wqustion, as the volume is quite low.

Applicat'n Sales Equipment TLM

TT 1/12/99 Tue A/I 6:40PM Lawrence Tannas, Jr. Tannas Electronics Tannas-Orange

Address 1426 East Dana Place, Orange, California 92866-17

Phones DIR 714 633 7874 FAX 714 633 4174 MN #

MOBIL 714 342 7067 PAGER RES

RS FAX

Comments RE: Vist on Thursday. He will call

Applicat'n Sales Equipment TLM

Villa Precision International

# History & Contacts Report

Tannas' History

| Action | Date | Priority | Time | Duration | Contact | Company-1 | Number |
|---|---|---|---|---|---|---|---|
| V/T | 1/21/99 | Thu | 9:00AM | | Lawrence Tannas, Jr. | Tannas Electronics | Tannas-Orange |

Address 1426 East Dana Place, Orange, California 92866-17

Phones DIR 714 633 7874 FAX 714 633 4174 MN #
MOBIL 714 342 7067 PAGER RES
RS FAX

Comments

---

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TT | 2/08/99 | Mon HST | 1:58PM | | Lawrence Tannas, Jr. | Tannas Electronics | Tannas-Orange |

Address 1426 East Dana Place, Orange, California 92866-17

Phones DIR 714 633 7874 FAX 714 633 4174 MN #
MOBIL 714 342 7067 PAGER RES
RS FAX

Comments Rogers & Kratos: No contacts

---

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TT | 3/15/99 | Mon HST | 4:00PM | | Lawrence Tannas, Jr. | Tannas Electronics | Tannas-Orange |

Address 1426 East Dana Place, Orange, California 92866-17

Phones DIR 714 633 7874 FAX 714 633 4174 MN #
MOBIL 714 342 7067 PAGER RES
RS FAX

Comments TELECON See Att'd Notes Try the cell phone

Wants to come to Phoenix: Thursday or Friday

George Gambill: Which is best?

Applicat'n Sales Equipment TLM

---

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| E/M | 3/15/99 | Mon A/I | 4:04PM | | Lawrence Tannas, Jr. | Tannas Electronics | Tannas-Orange |

Address 1426 East Dana Place, Orange, California 92866-17

Phones DIR 714 633 7874 FAX 714 633 4174 MN #
MOBIL 714 342 7067 PAGER RES
RS FAX

Comments visit to Phoenix (VPI)

---

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TT | 3/22/99 | Mon | 5:49PM | | Lawrence Tannas, Jr. | Tannas Electronics | Tannas-Orange |

Address 1426 East Dana Place, Orange, California 92866-17

Phones DIR 714 633 7874 FAX 714 633 4174 MN #
MOBIL 714 342 7067 PAGER RES
RS FAX

Comments Visit From: Confirmed for Wednesday

---

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| EMF | 3/23/99 | Tue A/I | 2:34PM | | Lawrence Tannas, Jr. | Tannas Electronics | Tannas-Orange |

Address 1426 East Dana Place, Orange, California 92866-17

Phones DIR 714 633 7874 FAX 714 633 4174 MN #
MOBIL 714 342 7067 PAGER RES
RS FAX

Comments Tomorrow's Travel. Larry will fly commercial. We are to pick him up at Sky Harbor.

I will meet him at VPI and George will introduce him to the machine, conduct the training, and assist with tooling. His project is highly proprietary, so VPI will not be keeping records of the scribe particular. (I have agreed and issued instructions to George & Roger)

Villa Precision International

# History & Contacts Report

Tannas' History

| Action | Date | Priority | Time | Duration | Contact | Company-1 | Number |
|---|---|---|---|---|---|---|---|
| FxT | 3/30/99 Tue | A/I | 12:59PM | | Lawrence Tannas, Jr. | Tannas Electronics | Tannas-Orange |

Address 1426 East Dana Place, Orange, California 92866-17
Phones DIR 714 633 7874 FAX 714 633 4174 MN #
MOBIL 714 342 7067 PAGER RES
RS FAX
Comments Cockpit Displays

Larry is working on Cockpit displays will should play well with OIS in serious $$$ trouble.

| V/S | 4/05/99 Mon | SMP | 9:00AM | | Lawrence Tannas, Jr. | Tannas Electronics | Tannas-Orange |
|---|---|---|---|---|---|---|---|

Address 1426 East Dana Place, Orange, California 92866-17
Phones DIR 714 633 7874 FAX 714 633 4174 MN #
MOBIL 714 342 7067 PAGER RES
RS FAX
Comments Visit From:
Applicat'n Sales Equipment TLM

| TT | 4/06/99 Tue | | 8:50AM | | Lawrence Tannas, Jr. | Tannas Electronics | Tannas-Orange |
|---|---|---|---|---|---|---|---|

Address 1426 East Dana Place, Orange, California 92866-17
Phones DIR 714 633 7874 FAX 714 633 4174 MN #
MOBIL 714 342 7067 PAGER RES
RS FAX
Comments B-4 FOLLOW UP Last session was a downer. Will visit tomorrow. Good year, 09:00.

Needs to have some success.

Will fly to Goodyear Airport

| VFC | 4/23/99 Fri | SMP | 5:33PM | | Lawrence Tannas, Jr. | Tannas Electronics | Tannas-Orange |
|---|---|---|---|---|---|---|---|

Address 1426 East Dana Place, Orange, California 92866-17
Phones DIR 714 633 7874 FAX 714 633 4174 MN #
MOBIL 714 342 7067 PAGER RES
RS FAX
Comments More Scribing GEORGE:

Larry will visit with us one more time.

TLM

| TTUS | 4/27/99 Tue | HST | 8:02AM | | Lawrence Tannas, Jr. | Tannas Electronics | Tannas-Orange |
|---|---|---|---|---|---|---|---|

Address 1426 East Dana Place, Orange, California 92866-17
Phones DIR 714 633 7874 FAX 714 633 4174 MN #
MOBIL 714 342 7067 PAGER RES
RS FAX
Comments Arrival Time @ 08:00 Goodyear Airport
Met Larry @ Goodyear. Great Mooney airplane (231HL)

Head for VPI, no need for breakfast. Larry set up on GS-110-16L

Larry was trained on the machine previously, so not much need for assitance. We discussed wheels, holders and axles, but he has kept that information (proprietary) and it is not recorded at VPI as to which of the wheels he used.

I returned Larry to Goodyear Airport. Remodeling and looking much better than Deer Valley.

Villa Precision International

# History & Contacts Report

Tannas' History

| Action | Date | Priority | Time | Duration | Contact | Company-1 | Number |
|---|---|---|---|---|---|---|---|
| FxT | 4/28/99 | WedA/I | 1:34PM | | Lawrence Tannas, Jr. | Tannas Electronics | Tannas-Orange |

**Address** 1426 East Dana Place, Orange, California 92866-17
**Phones** DIR 714 633 7874 FAX 714 633 4174 MN #
MOBIL 714 342 7067 PAGER RES
RS FAX
**Comments** Larry needs to know about Scribing Filmed Glass

We discussed "1) thick, 2) thicker, & 3) Thickest. along with a) tough, b) tougher, and c) toughest. 1-a is easy, 3-c is impossible to scribe.

See also: VPI Report on (mylar) film protected glass. Copy provided to Larry Tannas.

| TELT | 5/05/99 | Wed | 12:08PM | | Lawrence Tannas, Jr. | Tannas Electronics | Tannas-Orange |
|---|---|---|---|---|---|---|---|

**Address** 1426 East Dana Place, Orange, California 92866-17
**Phones** DIR 714 633 7874 FAX 714 633 4174 MN #
MOBIL 714 342 7067 PAGER RES
RS FAX
**Comments** See Att'd Notes Confirmed Mr. Tannis' visit 5/11/99.
**Applicat'n** **Equipment** GS-210

| VFC | 9/07/99 | Tue | 9:00AM | | Lawrence Tannas, Jr. | Tannas Electronics | Tannas-Orange |
|---|---|---|---|---|---|---|---|

**Address** 1426 East Dana Place, Orange, California 92866-17
**Phones** DIR 714 633 7874 FAX 714 633 4174 MN #
MOBIL 714 342 7067 PAGER RES
RS FAX
**Comments** Scribe Tests
**Applicat'n** SCRIBER **Equipment** GS-210 & BR-1800

| TELF | 10/19/99 | Tue HST | 4:55PM | | Lawrence Tannas, Jr. | Tannas Electronics | Tannas-Orange |
|---|---|---|---|---|---|---|---|

**Address** 1426 East Dana Place, Orange, California 92866-17
**Phones** DIR 714 633 7874 FAX 714 633 4174 MN #
MOBIL 714 342 7067 PAGER RES
RS FAX
**Comments** Potential Licensee

1. Last trip was on the way to the airport
2. 210's no longer available
3. Will each advanced Cockpits in Stockholm, Sweden.
4. Smaller sizes of displays will be on Quartz.
5. Corning 7059 giving way to 1737
6. Flat panel Hosieden & LG Korea

**Applicat'n** SCRIBER **Equipment** GS-310

Villa Precision International

# History & Contacts Report

Tannas' History

| Action | Date | Priority | Time | Duration | Contact | Company-1 | Number |
|---|---|---|---|---|---|---|---|
| VFC | 10/21/99 Thu | | 9:00AM | | Lawrence Tannas, Jr. | Tannas Electronics | Tannas-Orange |

**Address** 1426 East Dana Place, Orange, California 92866-17

**Phones** DIR 714 633 7874 FAX 714 633 4174 MN #
MOBIL 714 342 7067 PAGER RES
RS FAX

**Comments** TFT Test Scribing here (See Att'd Notes) ROGER,

Larry has visited several times with varying degrees of success. However on the last two visits, he achieved excellent results. His information is considered HIGHLY PROPRIETARY, and we must be cautious regarding this matter.

He will visit during the weeks of:
Sept. 6
Sept. 20

I will bring this to next weeks LRP meeting.

Thomas

Larry called in early October re: his client who was unable to visit VPI as planned. Subsequently, Larry advised his client has scheduled a VPI scriber for capital budget.

Good News!!

**Applicat'n** SCRIBER **Equipment** GS-210

| Action | Date | Priority | Time | Duration | Contact | Company-1 | Number |
|---|---|---|---|---|---|---|---|
| TELT | 10/21/99 Thu | TSK | | | Lawrence Tannas, Jr. | Tannas Electronics | Tannas-Orange |

**Address** 1426 East Dana Place, Orange, California 92866-17

**Phones** DIR 714 633 7874 FAX 714 633 4174 MN #
MOBIL 714 342 7067 PAGER RES
RS FAX

**Comments** Call re: GS-210 No Longer Available; GS-310 at 90K

| Action | Date | Priority | Time | Duration | Contact | Company-1 | Number |
|---|---|---|---|---|---|---|---|
| VFC | 11/29/99 Mon | | | | Lawrence Tannas, Jr. | Tannas Electronics | Tannas-Orange |

**Address** 1426 East Dana Place, Orange, California 92866-17

**Phones** DIR 714 633 7874 FAX 714 633 4174 MN #
MOBIL 714 342 7067 PAGER RES
RS FAX

**Comments** Pending Visit

**Applicat'n** **Equipment** GS-310

| Action | Date | Priority | Time | Duration | Contact | Company-1 | Number |
|---|---|---|---|---|---|---|---|
| FxT | 1/10/00 Mon | A/I | 2:40PM | | Lawrence Tannas, Jr. | Tannas Electronics | Tannas-Orange |

**Address** 1426 East Dana Place, Orange, California 92866-17

**Phones** DIR 714 633 7874 FAX 714 633 4174 MN #
MOBIL 714 342 7067 PAGER RES
RS FAX

**Comments** G:\AutoGenDocs\FAX\TLM.000110.Tannas.Tannas.Thursday.DOC; Thursday & Equipment Availability

| Action | Date | Priority | Time | Duration | Contact | Company-1 | Number |
|---|---|---|---|---|---|---|---|
| E/M | 1/10/00 Mon | A/I | 4:39PM | | Lawrence Tannas, Jr. | Tannas Electronics | Tannas-Orange |

**Address** 1426 East Dana Place, Orange, California 92866-17

**Phones** DIR 714 633 7874 FAX 714 633 4174 MN #
MOBIL 714 342 7067 PAGER RES
RS FAX

**Comments** G:\AutoGenDocs\E_Mail\HLB.000110.Tannas.Tannas.Travel.DOC; Travel Information

| Action | Date | Priority | Time | Duration | Contact | Company-1 | Number |
|---|---|---|---|---|---|---|---|
| VFC | 1/12/00 Wed | | | | Lawrence Tannas, Jr. | Tannas Electronics | Tannas-Orange |

**Address** 1426 East Dana Place, Orange, California 92866-17

**Phones** DIR 714 633 7874 FAX 714 633 4174 MN #
MOBIL 714 342 7067 PAGER RES
RS FAX

**Comments** Pending Visit Boeing Corp. Apache Displays Meet Larry @ Executive Air between 15:30 & 15:45 hours today.