Interference No. 105,096

Paper No. _____

BOX INTERFERENCE
Filed on behalf of Party Lawrence E. TANNAS, JR.
By:        William A. English, Esq.
        Neal M. Cohen, Esq.
        COHEN & SAKAGUCHI LLP
        2424 S.E. Bristol Street, Suite 300
        Newport Beach, CA 92660
        Telephone: (562) 665-3953
        Facsimile: (949) 625-8955

## UNITED STATES PATENT AND TRADEMARK OFFICE

---

## BEFORE THE BOARD OF PATENT APPEALS
## AND INTERFERENCES
(Administrative Patent Judge Sally C. Medley)

---

### LAWRENCE E. TANNAS, JR.

Junior Party
(Patents 6,204,906 and 6,380,999)

v.

### DAVID S. WATSON
Senior Party
(Application 09/529,201).

---

Patent Interference No. 105, 096

---

## DECLARATION OF LAWRENCE E. TANNAS, JR. IN SUPPORT OF TANNAS OPPOSITION 8

TANNAS EXHIBIT 2025
TANNAS v. WATSON
INTERFERENCE NO. 105,096

PLAINTIFF'S
EXHIBIT
12

I, Lawrence E. Tannas, Jr., declare that:

1.      I am a citizen of the United States of America, residing at 1426 Dana Place, Orange, California 92866;

2.      I am doing business as Tannas Electronics, and am president of Tannas Electronic Displays, Inc., having a place of business at 1426 Dana Place, Orange, California 92866;

3.      I am the named inventor of U.S. Patent Nos. 6,204,906 ("the '906 patent") and 6,380,999 ("the '999 patent," together "the Tannas patents") that are the subject of the present interference. The first application that I filed that resulted in the Tannas patents was filed on March 22, 1999 and assigned Serial No. 09/274,427 ("the original Tannas application");

4.      Between December 1998 and October 1999, the only method for resizing liquid crystal displays ("LCDs") of which I knew and which I practiced was the method described in the original Tannas application. On each of the occasions in this time frame when I practiced my method for resizing LCDs, I traveled to Phoenix, Arizona to use glass cutting equipment of a company called Villa Precision International ("VPI"). There, VPI allowed me to use its glass cutting equipment for cutting LCDs, which is why I specifically referenced VPI at column 7, lines 15-17 in the '906 patent. Once I cut an LCD, I applied a seal between the plates of the LCD as described at column 7, lines 23-45 of the '906 patent. After scribing and breaking the LCD using VPI's glass cutting equipment, I employed a cotton swab to wick liquid crystal material from between the plates. I did not consider a cotton swab to be the best way of wicking the liquid crystal material from between the plates of the LCDs, although it was convenient at the time. I would then apply a low-viscosity UV curing adhesive that flowed easily between the plates, as described at column 7, lines 35-45 of the '906 patent. The specific adhesive that I used

2

was a UV-curing adhesive used for repairing automobile glass cracks, as described at col. 9, lines 43-57 of the '906 patent.

5.    When I cut the LCDs that I resized in this time frame, I used a makeshift fixture, such as one or more paper binder clips or a vice, to maintain the spacing of the glass plates of the LCDs. On some occasions, when the LCDs were relatively small, I even used my fingers to maintain the spacing of the glass plates of the LCDs. I recognized, at the time of filing the original Tannas application, that these makeshift methods would not satisfy production requirements, which is why I described using a fixture to maintain cell spacing at col. 6, lines 11-17 of the '906 patent. I was very concerned about maintaining the spacing of the glass plates, which is why I wanted to maintain the cell spacing, as explained at column 6, lines 11-16 of the '906 patent. I did not squeeze the LCDs to force liquid crystal material from between the glass plates, because such an action would not have been easily controllable under the procedures I used, and could have resulted in damage to the LCDs.

6.    About a year after filing the original Tannas application, I developed a new process for resizing LCDs. This new process included using special tooling, including a set of pressure plates for squeezing an LCD secured between the plates in order to force liquid crystal material out of a cut edge of the LCD. The pressure plates were approximately eighteen inches long by sixteen inches wide, and weighed approximately fifty pounds. Once the LCD was secured within the pressure plates and cut for resizing, I applied an adhesive along the cut edge, and then released the pressure from the pressure plates to draw the adhesive between the plates of the LCD. I maintain the specific materials, tooling, and processes used to practice this new method as a trade secret to the present day.

3

7.      I have reviewed Tannas Exhibit 2026, and confirm that it includes redacted copies of drawings that I had prepared of the first generation of tooling that I developed to practice my new method for resizing LCDs. In particular, pages 1-3 are drawings of the pressure plates that I developed and used after they were manufactured, while page 4 includes drawings of a cutting head assembly that I developed and used after it was manufactured for cutting LCDs.

8.      I have reviewed Tannas Exhibit 2027, and confirm that it includes redacted copies of invoices that I received from Deanza Tooling ("Deanza") for the tooling that Deanza machined for me under a nondisclosure agreement. Once Deanza completed machining the parts for me, my technician, Frederick Nobile, and I used the tooling to practice the new method for resizing LCDs that I developed. Based upon the invoices, I can recall that we practiced the new method on several occasions at Deanza's facilities. For example, page 7 identifies that two LCDs were resized on June 2, 2000, while page 12 identifies that LCDs were cut on August 23, 2000.

9.      I have reviewed Tannas Exhibit 2028, and confirm that it includes redacted copies of invoices from Mr. Nobile and parts lists for parts that he purchased from Cladan Technologies for me between April 2000 and July 2000. These parts were incorporated into the tooling that I developed.

10.     Once I had completed the tooling and was satisfied with the feasibility of the new method, I drafted a disclosure for a patent application, which I sent to my patent attorney. I have reviewed Tannas Exhibit 2029, which I confirm is a redacted copy of this disclosure. After discussing the disclosure with my patent attorney, I decided instead to maintain the new tooling and method as a trade secret.

4

11.    Because I am only an individual and BAE Systems, Inc., the real party in interest for party Watson, is a very large company, I have been very concerned about BAE Systems learning of the trade secrets that I have developed since I filed the original Tannas application. When the deposing attorney for BAE Systems deposed me on September 16, 2003 and began asking me questions about squeezing LCDs during a resizing method, I realized that he was prying me about my trade secrets and the methods I use today for resizing LCDs and not about what is disclosed in my patents. I became uncomfortable with this line of questioning, and eventually told him that I did not want to disclose my trade secrets.

All statements made herein of my own knowledge are true and all statements made on information and belief are believed to be true; and further these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment or both, under Section 1001 of Title 18 of the United States Code.

Lawrence E. Tannas, Jr.

November 19, 2003
Date

5

CONFIDENTIAL

REDACTED

GLUE RUBBER TO
PERIMETER AND CTR
HOLE EDGES

GAUGE & REGULATOR -
MMC# 9892K21
RUBBER SHEET
MMC# 8568K12 3/32 SOFT 40 DUR.

DWG: 18DAG03-VLM
DESCRIPTION: PRESSURE PLATE
DATE  4/10/00  REV.1
MATERIAL: 6061-T6 JIG PLATE
QTY 1

TANNAS EXHIBIT 2026
TANNAS v. WATSON
INTERFERENCE NO. 105,096

CONFIDENTIAL

REDACTED

REDACTED

PLATE WITH INSPECTION
/LM, F.NOBILE, 4/'12/00
MATL. ALU JIG PLATE

REDACTED

REDACTED

DWG: 1BDAG10.VLM
PRESSURE PLATE LAYOUT
TOP VIEW
BTM PLATE -- DISPLAY - TOP PLATE

CONFIDENTIAL

Apr  1-00 10:56A Cladan Technologies          619-350-0993          P.01

# Deanza Tooling     CONFIDENTIAL                    Invoice No:

1036 Highland Drive                                          60155
Del Mar, California 92014
Ph: 858/350-0935   Fax: 858/350-0993

**BILL TO**                                    **SHIP TO**

TANNAS ELECTRONICS
1426 DANA PLACE
ORANGE CAL., CAL. 92866

| | P.O. NO. | TERMS | SHIP DATE | SHIP VIA |
|---|---|---|---|---|
| | | | 4/21/00 | Own Truck |

| ITEM | DESCRIPTION | HOURS | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| R&D | R&D TANNAS 18" DIAG. DISPLAY & CUT ASSYS, PARTS & LABOR | | | 1,295.00 | 1,295.00 |
| | Sales Tax | | | 7.. | 0.00 |

*Pd # 4793 4/28/00*

Thank you for your business.

All descrepancies must be reported within 5 days of the
receipt of merchandise.

TANNAS EXHIBIT 2027
TANNAS v. WATSON
INTERFERENCE NO. 105,096

# Deanza Tooling

1036 Highland Drive
Del Mar, California 92014
Ph: 858/350-0935   Fax: 858/350-0993

CONFIDENTIAL

**Invoice No**

**60157**

| BILL TO | SHIP TO |
|---|---|
| TANNAS ELECTRONICS<br>1426 DANA PLACE<br>ORANGE CAL., CAL. 92866 | |

| P.O. NO. | TERMS | SHIP DATE | SHIP VIA |
|---|---|---|---|
| | | 4/29/00 | Own Truck |

| ITEM | DESCRIPTION | HOURS | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| R&D | REDACTED | | | 90.00 | 90.00 |
| R&D | R&D  rework tooling head | | | 90.00 | 90.00 |
| R&D | R&D  setup c&c | | | 90.00 | 90.00 |
| R&D | R&D  5 hrs        4-26-00 | | | 225.00 | 225.00 |
| | Sales Tax | | | 7.75% | 0.00 |

**Total:**                          $495.00

All descrepancies must be reported within 5 days of the
receipt of merchandise.

JN-06-00 TUE   10:23         619 350 0993       P.04

# Deanza Tooling

CONFIDENTIAL

**Invoice No:**

**60159**

1036 Highland Drive
Del Mar, California 92014
Ph: 858/350-0935  Fax: 858/350-0993

**BILL TO**

TANNAS ELECTRONICS
1426 DANA PLACE
ORANGE CAL., CAL. 92866

*PO # 4800*

**SHIP TO**

| ITEM | DESCRIPTION | HOURS | QTY | RATE | AMOUNT |
|------|-------------|-------|-----|------|--------|
| | | | P.O. NO. | TERMS | SHIP DATE 5/3/00 | SHIP VIA Own Truck |
| R&D | REDACTED | | | 180.00 | 180.00 |
| R&D | | | | 135.00 | 135.00 |
| R&D | R&D  7hr.s shop time | | | 315.00 | 315.00 |
| | Sales Tax | | | 7.75% | 0.00 |

**Total:**      $630.00

*All descrepancies must be reported within 5 days of the
receipt of merchandise.*

# Deanza Tooling

1036 Highland Drive
Del Mar, California 92014
Ph: 858/350-0935   Fax: 858/350-0993

**CONFIDENTIAL**

**Invoice No:**

**60161**

**BILL TO**

TANNAS ELECTRONICS
1426 DANA PLACE
ORANGE CAL., CAL. 92866

**SHIP TO**

| | | P.O. NO. | TERMS | SHIP DATE | SHIP VIA |
|---|---|---|---|---|---|
| | | | Net 10 | 5/10/00 | Own Truck |

| ITEM | DESCRIPTION | HOURS | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| R&D | R&D 5--6--00   mill time | 5 | | 45.00 | 225.00 |
| R&D | R&D   two .750 plates & R&D | | | 325.00 | 325.00 |
| R&D | R&D   setup | | | 90.00 | 90.00 |
| R&D | | 3 | | 45.00 | 135.00 |
| | | | | 7.75% | 0.00 |

**REDACTED**

All descrepancies must be reported within 5 days of the
receipt of merchandise.

**Total:**            $775.00

# Deanza Tooling

1036 Highland Drive
Del Mar, California 92014
Ph: 858/350-0935   Fax: 858/350-0993

**CONFIDENTIAL**

# Invoice No:
## 60163

**BILL TO**

TANNAS ELECTRONICS
1426 DANA PLACE
ORANGE CAL., CAL. 92866

**SHIP TO**

| P.O. NO. | TERMS | SHIP DATE | SHIP VIA |
|---|---|---|---|
| | Net 10 | 5/10/00 | Own Truck |

| ITEM | DESCRIPTION | HOURS | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| R&D | R&D  plate  jim | 4 | 1 | 45.00 | 180.00 |
| R&D | R&D shop time | 4 | | 45.00 | 180.00 |
| | Sales Tax | | | 7.75% | 0.00 |

**Total:**       $360.00

All descrepancies must be reported within 5 days of the
receipt of merchandise.

# Deanza Tooling

1036 Highland Drive
Del Mar, California 92014
Ph: 858/350-0935   Fax: 858/350-0993

**CONFIDENTIAL**

## Invoice No:
## 60171

**BILL TO**

TANNAS ELECTRONICS
1426 DANA PLACE
ORANGE CAL., CAL. 92866

**SHIP TO**

| | P.O. NO. | TERMS | SHIP DATE | SHIP VIA |
|---|---|---|---|---|
| | | Net 10 | 5/25/00 | Own Truck |

| ITEM | DESCRIPTION | HOURS | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| R&D | R&D setup time & machine time | 5 | | 45.00 | 225.00 |
| R&D | R&D  vacume parts | | | 13.00 | 13.00 |
| | Sales Tax | | | 7.75% | 1.01 |

**Total:**  $239.01

All descrepancies must be reported within 5 days of the
receipt of merchandise.

MY-25-00 THU     09:00                    619 350 0993      P.01

CONFIDENTIAL

# Deanza Tooling

1036 Highland Drive
Del Mar, California 92014
Ph: 858/350-0935   Fax: 858/350-0993

**Invoice No:**
**60174**

**BILL TO**

TANNAS ELECTRONICS
1426 DANA PLACE
ORANGE CAL., CAL. 92866

**SHIP TO**

| P.O. NO. | TERMS | SHIP DATE | SHIP VIA |
|---|---|---|---|
|  | Net 10 | 6/2/00 | Own Truck |

| ITEM | DESCRIPTION | HOURS | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| R&D | R&D | 5.5 |  | 45.00 | 247.50 |
| Materials | - TWO CUTTS AND PICKUP |  | 1 | 71.00 | 71.00 |
|  | Sales Tax |  |  | 7.75% | 0.00 |

**Total:**          $318.5

All descrepancies must be reported within 5 days of the
receipt of merchandise.

**Deanza Tooling**
1036 Highland Drive
Del Mar, California 92014
Ph: 858/350-0935 Fax: 858/350-0993

**CONFIDENTIAL**

**Invoice No:**
60175

**BILL TO**
TANNAS ELECTRONICS
1426 DANA PLACE
ORANGE CAL., CAL. 92866

**SHIP TO**

| P.O. NO. | TERMS | SHIP DATE | SHIP VIA |
|---|---|---|---|
| | Net 10 | 6/9/00 | Own Truck |

| ITEM | DESCRIPTION | HOURS | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| R&D | R&D | 5.5 | | 45.00 | 247.50 |
| | Sales Tax | | | 7.75% | 0.00 |

**Total:** $247.50

All descrepancies must be reported within 5 days of the receipt of merchandise.

# Deanza Tooling

1036 Highland Drive
Del Mar, California 92014
Ph: 858/350-0935   Fax: 858/350-0993

**CONFIDENTIAL**

**Invoice No:**

**60178**

**BILL TO**

TANNAS ELECTRONICS
1426 DANA PLACE
ORANGE CAL., CAL. 92866

**SHIP TO**

| P.O. NO. | TERMS | SHIP DATE | SHIP VIA |
|---|---|---|---|
| | Net 10 | 6/16/00 | Own Truck |

| ITEM | DESCRIPTION | HOURS | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| R&D | R&D    WEN. 6/14/00 | 7 | | 45.00 | 315.00 |
| R&D | R&D    THUR. 6/15/00 | 7.5 | | 45.00 | 337.50 |
| | Sales Tax | | | 7.75% | 0.00 |

**Total:** $652.50

All descrepancies must be reported within 5 days of the
receipt of merchandise.

UN-16-00 FRI    08:28    619 350 0993    P.01

# Deanza Tooling

1036 Highland Drive
Del Mar, California 92014
Ph: 858/350-0935   Fax: 858/350-0993

**CONFIDENTIAL**

# Invoice No:

## 60179

**BILL TO**

TANNAS ELECTRONICS
1426 DANA PLACE
ORANGE CAL., CAL. 92866

**SHIP TO**

| P.O. NO. | TERMS | SHIP DATE | SHIP VIA |
|---|---|---|---|
|  | Net 10 | 6/22/00 | Own Truck |

| ITEM | DESCRIPTION | HOURS | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| R&D | R&D    6/22/00 | 7 |  | 45.00 | 315.00 |
| Materials | ALUM STOCK |  |  | 20.00 | 20.00 |
|  | Sales Tax |  |  | 7.75% | 0.00 |

**Total:**                    $335.00

All discrepancies must be reported within 5 days of the
receipt of merchandise.

# Deanza Tooling

1036 Highland Drive
Del Mar, California 92014
Ph: 858/350-0935   Fax: 858/350-0993

CONFIDENTIAL

## Invoice No:
## 60200

**BILL TO**

TANNAS ELECTRONICS
1426 DANA PLACE
ORANGE CAL., CAL. 92866

**SHIP TO**

| P.O. NO. | TERMS | SHIP DATE | SHIP VIA |
|---|---|---|---|
| | Net 10 | 8/12/00 | Over Stock |

| ITEM | DESCRIPTION | HOURS | QTY | AMOUNT |
|---|---|---|---|---|
| R&D | R&D | 5 | 90 | 225.00 |
| | Sales Tax | | 7.75% | 0.00 |

*P∂*

**Total:**    $225.00

*All descrepancies must be reported within 5 days of the receipt of merchandise.*

UG-14-00 MON    08:41                    619 350 0993    P.01

# Deanza Tooling

**CONFIDENTIAL**

**Invoice No:**

**60206**

1036 Highland Drive
Del Mar, California 92014
Ph: 858/350-0935  Fax: 858/350-0993

**BILL TO**

TANNAS ELECTRONICS
1426 DANA PLACE
ORANGE CAL., CAL. 92866

**SHIP TO**

| P.O. NO. | TERMS | SHIP DATE | SHIP VIA |
|---|---|---|---|
| | Net 10 | 8/23/00 | Own Truck |

| ITEM | DESCRIPTION | HOURS | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| R&D | CUT GLASS ( 08-22-00 ) | 3.5 | | 45.00 | 157.50T |
| R&D | MOD PLATE | | 1 | 45.00 | 45.00T |
| | Sales Tax | | | 7.75% | 15.69 |

**Total:**  $218.19

All descrepancies must be reported within 5 days of the
receipt of merchandise.

# Deanza Tooling

CONFIDENTIAL

## Invoice No:
## 60207

1036 Highland Drive
Del Mar, California 92014
Ph: 858/350-0935  Fax: 858/350-0993

**BILL TO**

TANNAS ELECTRONICS
1426 DANA PLACE
ORANGE CAL., CAL. 92866

**SHIP TO**

| | P.O. NO. | TERMS | SHIP DATE | SHIP VIA |
|---|---|---|---|---|
| | | Net 10 | 8-23/00 | Own Truck |

| ITEM | DESCRIPTION | HOURS | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| R&D | APP, TWO WEEKS AGO BOB AND FRED WORKED ON PLATS | 3 | | 45 00 | 135.00T |
| | Sales Tax | | | 7.75% | 10.46 |

*Bob I don't remember this. Send it to Fred and Fred can refresh my memory.*

*Jerry*

*INSTALL 2 PINS IN BASE PLATE*
*CUT 3 6" DISPLAYS FEDX BACK TO TE*
*WHILE HE IS DOING SONY CLASS*
*(fact)*

**Total:** $145.46

All discrepancies must be reported within 5 days of the receipt of merchandise.

# Deanza Tooling

**CONFIDENTIAL**

# Invoice No:

### 60209

1036 Highland Drive
Del Mar, California 92014
Ph: 858/350-0935   Fax: 858/350-0993

**BILL TO**

TANNAS ELECTRONICS
1426 DANA PLACE
ORANGE CAL., CAL. 92866

**SHIP TO**

| P.O. NO. | TERMS | SHIP DATE | SHIP VIA |
|---|---|---|---|
|  | Net 10 | 9/11/00 | Own Truck |

| ITEM | DESCRIPTION | HOURS | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| R&D | R&D  9/8/00 | 5 |  | 45.00 | 225.00 |
|  | Sales Tax |  |  | 7.75% | 0.00 |

**Total:**                $225.00

All discrepancies must be reported within 5 days of the
receipt of merchandise.

955318/39880

☑ Adams    2 PART    carbonless FORM NC 2872

Tab stop ↓ for address

# INVOICE

CONFIDENTIAL

**No.**

FREDRICK NOBILE
P.O. BOX 8912
RANCHO SANTA FE, CA 92067



SOLD TO: TANNAS ELECTRONICS

| QTY. ORDERED | QTY. SHIPPED | DESCRIPTION | UNIT | AMOUNT |
|---|---|---|---|---|
| 3 | | 4/7 MEASURE UP DISPLAY @ SHOP | | 800 |
| | 12 | 4/10 - DESIGN + DRAW PLATES, SECURE HEAD/GET PARTS/ALIGN W/TE | | two |
| | 8 | 4/11 1/2 DAY @ PANGA W/TE | | 800 |
| | | | | |
| | | | | 725.00 |
| | | | | 800.00 |

Invoice

Adams NC 2872

TANNAS EXHIBIT 2028
TANNAS v. WATSON
INTERFERENCE NO. 105,096



# McMASTER-CARR
SUPPLY COMPANY

Santa Fe Springs, CA

### DUPLICATE **INVOICE**

| | |
|---|---|
| **Invoice Number:** | **26554241** |
| **Invoice Date:** | **04/13/2000** |
| **Purchase Order:** | **VERBAL FRED** |
| **McMaster Packing List Number:** | **7191544-01** |
| **Invoice Total:** | **$223.63** |
| **Date Due:** | **5/13/2000** |

Sold To:

CLADAN TECHNOLOGIES L L C
1036 HIGHLAND DR
DEL MAR  CA  92014

**Mail Payment To:** McMaster-Carr Supply Co.
P.O. Box 7690
Chicago, IL 60680-7690

You may deduct $4.39, if paid on or before 4/28/00.

Terms: 2% 10 Days, Net 30 Days, on Merchandise Only.

Shipped To:
CLADAN TECHNOLOGIES L L C
1036 HIGHLAND DR
DEL MAR  CA  92014

*VAC PLA   SCRIBBLE PARTS*

*PRESSURE PLATE*  REDACTED

Order Placed By: FRED NOBILE
Customer Account Number: 147292000
Please call 562-695-2449 or Fax us at
562-463-1304 with any questions about this invoice.

| Line | McMaster Part Number | Description/Customer ID # | You Ordered | We Shipped | Balance Due | Unit Price | Extended Amount |
|---|---|---|---|---|---|---|---|
| | | | 1 EA | 1 | 0 | 19.01 EA | 19.01 |
| | | | 1 EA | 1 | 0 | 2.51 EA | 2.51 |
| | | | 2 EA | 2 | 0 | 20.48 EA | 40.96 |
| | | | 1 EA | 1 | 0 | 43.75 EA | 43.75 |
| | | | 1 EA | 1 | 0 | 7.54 EA | 7.54 |
| | | | 1 EA | 1 | 0 | 11.09 EA | 11.09 |
| | | | 1 EA | 1 | 0 | 13.98 EA | 13.98 |
| | | | 2 FT | 2 | 0 | 14.43 FT | 28.86 |
| | | | 1 EA | 1 | 0 | 52.00 EA | 52.00 |

REDACTED

| | |
|---|---|
| Merchandise Amount: | 219.38 |
| Shipping Charge: | 4.25 |
| **Invoice Total:** | **$223.63** |

The material billed on this invoice was shipped as follows:

McMaster Packing List Number: 7191544-01    Shipped Via: UPS GROUND on April 13, 2000
Total Packages: 1    Total Weight: 11 lbs

Sales Department:
(PHONE) 562-692-5911
(FAX) 562-695-2323

Federal ID Number 36-1458720

Page 1

APR 26 '00 14:16 FROM ACCTS RECEIVABLES                    [REDACTED]


**SUPPLY COMPANY**

Elmhurst, IL

DUPLICATE **INVOICE**

Sold To:

| | |
|---|---|
| Invoice Number: | 26826668 |
| Invoice Date: | 04/20/2000 |
| Purchase Order: | VERBAL FRED |
| McMaster Packing List Number: | 7349052-01 |
| Invoice Total: | $108.96 |
| Date Due: | 5/20/2000 |

CLADAN TECHNOLOGIES L L C
1036 HIGHLAND DR
DEL MAR  CA  92014

Mail Payment To:  McMaster-Carr Supply Co.
P.O. Box 7690
Chicago, IL 60680-7690

You may deduct $2.06; if paid on or before 4/30/00.

Terms: 2% 10 Days, Net 30 Days, on Merchandise Only.

Shipped To:
CLADAN TECHNOLOGIES L L C
1036 HIGHLAND DR
DEL MAR  CA  92014

*REWORK SCRIBE ASSY W/*

**REDACTED**

Order Placed By: FRED
Customer Account Number:  147292000
Please call 630-834-9600 or Fax us at
630-617-4225 with any questions about this invoice.

| Line | McMaster Part Number | Description/Customer ID # | You Ordered | We Shipped | Balance Due | Unit Price | Extended Amount |
|---|---|---|---|---|---|---|---|
| | | | 1 EA | 1 | 0 | 51.69 EA | 51.69 |
| | | **REDACTED** | 1 EA | 1 | 0 | 51.23 EA | 51.23 |
| | | | | | Merchandise Amount: | | 102.92 |
| | | | | | Shipping Charge: | | 6.04 |
| | | | | | **Invoice Total:** | | **$108.96** |

The material billed on this invoice was shipped as follows:

McMaster Packing List Number: 7349052-01    Shipped Via: UPS NEXT DAY AIR on April 30, 2000
Total Packages: 1    Total Weight: 2 lbs

Sales Department:
(PHONE) 630-833-0300
(FAX) 630-834-9427

Federal ID Number 36-1458720

Page 1

**INVOICE**

FREDERICK NOBILE
POB 8912
RANCHO SANTA FE CA 92067

**CONFIDENTIAL**

**No.**





SOLD TO: FRANK'S ELECTRONICS

SHIP TO:

| QTY. ORDERED | QTY. SHIPPED | DESCRIPTION | UNIT | AMOUNT |
|---|---|---|---|---|
| | 4 | 4/25 1/2 DAY @ DENVER W/ JE | | 400 00 |
| | 3 | 9/7 FULL REDACTED | | 300 00 |
| | | REDACTED ADD'TL DWG. | | |
| | 5 | 9/12 1/2 DAY @ DENVER | | 500 00 |
| | | MOM INVOICE 27052846 | | 54 12 |
| | | MOM INVOICE 27108023 | | 36 71 |
| | | TOTAL | | 1291 12 |

Adams NC 2872

**Invoice**

# McMASTER-CARR
SUPPLY COMPANY

Santa Fe Springs, CA

# INVOICE

| | |
|---|---|
| Invoice Number: | 270501 |
| Invoice Date: | 4/27/2( |
| Purchase Order: | TE0004 |
| McMaster Packing List Number: | 1816821- |
| Invoice Total: | $54. |
| Date Due: | 5/27/20( |

Sold To:

CLADAN TECHNOLOGIES L L C
1036 HIGHLAND DR
DEL MAR  CA  92014

Shipped To:
CLADAN TECHNOLOGIES L L C
1036 HIGHLAND DR
DEL MAR  CA  92014

Customer Account Number: 147292000
Please call 562-695-2449 or Fax us at
562-463-1304 with any questions about this invoice.

Mail Payment To:  McMaster-Carr Supply Co.
P.O. Box 7690
Chicago, IL 60680-7690

You may deduct $1.03; if paid on or before 5/7/00.

Terms: 2% 10 Days, Net 30 Days, on Merchandise Only.

| Line | McMaster Part Number | Description/Customer ID # | You Ordered | We Shipped | Balance Due | Unit Price | Extended Amount |
|---|---|---|---|---|---|---|---|
| | REDACTED | | 1 EA | 1 | 0 | 35.08 EA | 35. |
| | | | 1 EA | 1 | 0 | 6.40 EA | 6 |
| | | | 2 EA | 2 | 0 | 5.01 EA | 10 |

| | |
|---|---|
| Merchandise Amount: | 51.50 |
| Shipping Charge: | 3.42 |
| **Invoice Total:** | **$54.92** |

The material billed on this invoice was shipped as follows:

McMaster Packing List Number: 1816821-01     Shipped Via: UPS GROUND on April 27, 2000
Total Packages: 1     Total Weight: 5 lbs

Sales Department:
(PHONE) 562-692-5911                Federal ID Number 36-1458720                Page 1 of 1
(FAX) 562-695-2323                                         16805

**MCMASTER-CARR**
SUPPLY COMPANY

Santa Fe Springs, CA

# INVOIC

| | |
|---|---|
| Invoice Number: | 27104 |
| Invoice Date: | 4/28/2 |
| Purchase Order: | TE000 |
| McMaster Packing List Number: | 1818481 |
| Invoice Total: | $36 |
| Date Due: | 5/28/20 |

Sold To:

CLADAN TECHNOLOGIES L L C
1036 HIGHLAND DR
DEL MAR   CA   92014

Mail Payment To: McMaster-Carr Supply Co.
P.O. Box 7690
Chicago, IL 60680-7690

Shipped To:

CLADAN TECHNOLOGIES L L C
1036 HIGHLAND DR
DEL MAR   CA   92014

ATTN: FREDERICK NOBILE

You may deduct $0.44; if paid on or before 5/8/00.

Terms: 2% 10 Days, Net 30 Days, on Merchandise Only

Customer Account Number:  147292000
Please call 562-695-2449 or Fax us at
562-463-1304 with any questions about this invoice.

| Line | McMaster Part Number | Description/Customer ID # | You Ordered | We Shipped | Balance Due | Unit Price | Extende Amoun |
|---|---|---|---|---|---|---|---|
| | | REDACTED | 1 EA | 1 | 0 | 8 53 EA | 8 |
| | | | 1 EA | 1 | 0 | 7.30 EA | 7 |
| | | | 1 EA | 1 | 0 | 6.20 EA | 6 |

| | |
|---|---|
| Merchandise Amount: | 22.03 |
| Shipping Charge: | 14.68 |
| **Invoice Total:** | **$36.71** |

The material billed on this invoice was shipped as follows:

McMaster Packing List Number: 1818481-01    Shipped Via: UPS SATURDAY on April 28, 2000
Total Packages: 1    Total Weight: 1 lbs

Sales Department:
(PHONE) 562-692-5911
(FAX) 562-695-2323
SP

Federal ID Number 36-1458720
16659

Page 1 of 1

☑ Adams                 **2 PART**          *carbonless*
                                            FORM NC 2872

Tab stop ↓ for address

# INVOICE



FREDERICK NOBILE
POB 8912
RANCHO STA FE CA 92067

**No.**







| QTY. ORDERED | QTY. SHIPPED | DESCRIPTION | UNIT | AMOUNT |
|---|---|---|---|---|
| | 3 | 5/25  DISPLAY FAB @ DENVER | | 300 |
| | 5 | 6/2    "       " | | 500 |
| | 6 | 6/9    "       " | | 600 |
| | | PHON SATURDAY N/C | | 1400 00 |

☑ Adams NC 2872                    **Invoice**

Tab stop ↓ for address    CONFIDENTIAL Adams    **2 PART**    carbonless
FORM NC 2872

# INVOICE

FREDERICK NOBILE
POB 8912
RANCHO STA FE CA 92067

**No.**



SOLD TO: TAMMS ELECTRONICS



| QTY ORDERED | QTY SHIPPED | DESCRIPTION | UNIT | AMOUNT |
|---|---|---|---|---|
| 5½ | 6/14 | DISPLAY PAD @ DENVER | | 550 |
| 8 | 6/15 | " " " | | 800 |
| | | | | 1350 |

Adams NC 2872

**Invoice**

FREDERICK NOBILE
POB 8912
RANCHO SANTA FE CA 92067

**CONFIDENTIAL**

No. 26414





SOLD TO: TAMARS ELECTRONICS

| QTY. ORDERED | QTY. SHIPPED | DESCRIPTION | UNIT | AMOUNT |
|---|---|---|---|---|
| | 3 | PROFESSIONAL SERVICES | | 300 00 |
| | | MEETING AT XRD, LICENSE | | |
| | 1 | AIRFARE SANJOSE/ORANGE CTY | | 97 50 |
| | | | | |
| | | | | 397 50 |

Adams NC 2872

**Invoice**