# PLAINTIFF'S EXHIBIT 13
# FILED UNDER SEAL