# PLAINTIFF'S EXHIBIT
# 14
# FILED UNDER SEAL