# PLAINTIFF'S EXHIBIT 15
# FILED UNDER SEAL