# PLAINTIFF'S EXHIBIT 16
# FILED UNDER SEAL