# PLAINTIFF'S EXHIBIT 17
# FILED UNDER SEAL