UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | |
|---|---|
| Lawrence E. Tannas, Jr., an individual dba Tannas Electronics; Tannas Electronic Displays, Inc., a California corporation<br><br>Plaintiffs,<br><br>v.<br><br>BAE Systems Avionics Limited, a British Corporation; BAE Systems Electronics Limited, a British corporation<br><br>Defendants. | Case No. 05-1866 (RWR)<br><br>**[PROPOSED] ORDER RE: MOTION FOR SUMMARY JUDGMENT FINDING DISCLOSURE OF BEST MODE**<br><br>**Hon. Richard W. Roberts** |

It appearing that Plaintiff Lawrence E. Tannas, Jr. has shown there is no material issue of fact that the best mode is disclosed in U.S. Patent Nos. 6,204,906 and 6,380,999 in accordance with 35 U.S.C. § 112, IT IS HEREBY ORDERED AS FOLLOWS:

Claims 1, 26, 29-32, and 36-43 of U.S. Patent No. 6,204,906 and claims 1-7 of the U.S. Patent No. 6,380,999 are hereby found patentable as such claims comply with the best mode requirement of 35 U.S.C. § 112.

Respectfully submitted,

Date: 12/3/07

Birch, Stewart, Kolasch & Birch, LLP
By: /s/ Quentin R. Corrie
Quentin R. Corrie
Attorneys for Plaintiffs

**IT IS SO ORDERED**

Dated: _____

_____
**Hon. Richard W. Roberts**
U.S. District Court Judge

- 1 -