UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | |
|---|---|
| Lawrence E. Tannas, Jr., an individual dba Tannas Electronics; Tannas Electronic Displays, Inc., a California corporation<br><br>Plaintiffs,<br><br>v.<br><br>BAE Systems Avionics Limited, a British Corporation; BAE Systems Electronics Limited, a British corporation<br><br>Defendants. | Case No. 05-1866 (RWR)<br><br>**MOTION TO SEAL**<br><br>**Hon. Richard W. Roberts** |

COMES NOW Plaintiff LAWRENCE E. TANNAS, Jr. ("Tannas"), by counsel, and hereby moves the Court to seal certain documents marked "Confidential – Attorneys Eyes Only" and previously lodged with the Clerk in a sealed enveloped marked on the outside with the title of the instant action and the title of the Documents therein, entitled Exhibits No. 3 and 13 through 17, inclusive, the Declaration of Lawrence E. Tannas, Jr., and the Declaration of William A. English of Plaintiff, Lawrence E. Tannas, Jr., and referred to in the Motion for Summary Judgment Re: Disclosure of Best Mode and as grounds therefore states the following:

1.  Exhibit Nos. 3 and 13 through 17, inclusive, the Declaration of Lawrence E. Tannas, Jr., and the Declaration of William A. English have been designated as "Confidential – Attorneys Eyes Only" pursuant to a Protective Order entered in this case because all of said Exhibits contain non-public and Plaintiff's most sensitive trade secrets and/or confidential information which if revealed would result in competitive harm to plaintiff.

- 1 -

2.      Pursuant to Local Rule 5.1(j), the Protective Order entered herein, the Federal Rule of Civil Procedure and this Court's inherent power, request is hereby made to seal permanently all of the above-referenced documents.

WHEREFORE, Plaintiff respectfully requests this Court to seal Exhibits 3 and 13 through 17, the Declaration of Lawrence E. Tannas, Jr., and the Declaration of William A. English referred to in the Motion for Summary Judgment Re: Disclosure of Best Mode.

### MEMORANDUM OF POINTS AND AUTHORITIES

In support of Tannas' Motion to Seal certain documents marked "Confidential – Attorneys Eyes Only," Tannas refers the Court to the following:

1.      Local Rule 5.1(j) of the Local Rules of this Court;

2.      Protective Order entered in this case on or about November 8, 2007;

3.      Federal Rule of Civil Procedure 26(c);

4.      Federal Rules of Civil Procedure; and

5.      Inherent power of this Court.

WHEREFORE, Plaintiff respectfully requests this Court to seal Exhibits 3 and 13 through 17 and the Declaration of Lawrence E. Tannas, Jr., referred to in the Motion for Summary Judgment Re: Disclosure of Best Mode.

Respectfully submitted,

Birch, Stewart, Kolasch & Birch, LLP

Date: 12/3/07

By: _____
Quentin R. Corrie
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of December, 2007, a copy of the foregoing was mailed, via First Class mail, postage prepaid to:

Kent Dale Brostrom, Esq.
1601 Research Boulevard
Rockville, MD 20817

Scott J. Ferrell, Esq.
David R. Sugden, Esq.
610 Newport Center Drive, Suite 700
Newport Beach, CA 92660

_____
Quentin R. Corrie

- 3 -