UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWRENCE E. TANNAS, Jr. et. al.<br><br>Plaintiff,<br><br>v.<br><br>BAE SYSTEMS AVIONICS LTD., et al.<br><br>Defendant. | Civil Action No. 05-1866 (RWR)<br><br>**ORDER ON PLAINTIFFS' MOTION TO SEAL** |

<u>ORDER ON PLAINTIFF'S MOTION TO SEAL</u>

This matter comes on motion by Plaintiff Lawrence E. Tannas, Jr. to seal certain documents marked "Confidential – Attorneys Eyes Only" and previously lodged with the Clerk in a sealed enveloped marked on the outside with the title of the instant action and the title of the Documents therein, entitled Exhibit Nos. 3 and 13 through 17, inclusive, the Declaration of Lawrence E. Tannas, Jr., and the Declaration of William A. English of Plaintiff, Lawrence E. Tannas, Jr., and referred to in the Motion for Summary Judgment Re: Disclosure of Best Mode.  The Court, having fully considered the matter on the basis of the briefs filed by the parties, hereby orders that Exhibit Nos. 3 and 13-17, the Declaration of Lawrence E. Tannas, Jr., and the Declaration of William A. English marked "Confidential – Attorneys Eyes Only" and previously lodged with the Clerk be sealed permanently in an enveloped marked on the outside with the title of the instant action and the title of the Documents therein, entitled Exhibits No. 3 and 13 through 17, inclusive,

C:\Documents and Settings\m2s\Desktop\All defendants Final track changes (2).doc   1

the Declaration of Lawrence E. Tannas, Jr., and the Declaration of William A. English of Plaintiff, Lawrence E. Tannas, Jr., and referred to in the Motion for Summary Judgment Re: Disclosure of Best Mode.

**IT IS SO ORDERED**

_____      Date: _____
United States District Court
Judge Richard W. Roberts

Copies to:

Quentin R. Corrie

Mark J. Nuell
8110 Gatehouse Road
Suite 100 East
Falls Church, Virginia 22040-0747
Phone: (703) 205-8000
Fax: (703) 205-8050

ATTORNEYS FOR PLAINTIFF


William A. English
Vista IP Law Group LLP
2040 Main Street, 9th Floor
Irvine, California 92614
Telephone:  (949) 724-1849
Facsimile:  (949) 625-8955

ATTORNEY FOR PLAINTIFF


Kent Dale Brostrom
IAP WORLDWIDE SERVICES INC
2231 Crystal Drive
Arlington, VA 22202
(703) 253-2768

ATTORNEY FOR DEFENDANT


David R. Sugden
Scott J. Ferrell
610 Newport Center Drive
Suite 700
Newport Beach, CA 92660
 (949) 717-3000
Fax: (949) 717-3001

ATTORNEYS FOR DEFENDANT