UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                                    )
LAWRENCE E. TANNAS, JR.             )
et al.,                             )
                                    )
        Plaintiffs,                 )
                                    )
        v.                          )   Civil Action No. 05-1866 (RWR)
                                    )
BAE SYSTEMS AVIONICS, LTD.,         )
et al.,                             )
                                    )
        Defendant.                  )
_____ )
```

### MEMORANDUM ORDER

Plaintiffs Lawrence Tannas, Jr. ("Tannas") and Tannas Electronics Displays, Inc. bring a claim for patent interference against the defendants. In a joint status report, the parties represented that the plaintiffs would file a motion for summary judgment, which the defendants would not oppose.

Tannas has now moved for summary judgment. The defendants have not opposed the motion, and the motion will be deemed conceded. See Local Civil Rule 7(b). Accordingly, it is hereby

ORDERED that the plaintiffs' motion for summary judgment [33] be, and hereby is, GRANTED. A final, appealable order accompanies this memorandum order.

SIGNED this 25th day of January, 2008.

_____
RICHARD W. ROBERTS
United States District Judge