```
                   UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLUMBIA
```

| | |
|---|---|
| LAWRENCE E. TANNAS, Jr. et. al. | Civil Action No. 05-1866 (RWR) |
| Plaintiff, | ORDER ON PLAINTIFFS' MOTION TO SEAL |
| v. | |
| BAE SYSTEMS AVIONICS LTD., et al. | |
| Defendant. | |

### ORDER ON PLAINTIFF'S MOTION TO SEAL

This matter comes on *unopposed* motion by Plaintiff Lawrence E. Tannas, Jr. to seal certain documents marked "Confidential - Attorneys Eyes Only" and previously lodged with the Clerk in a sealed enveloped marked on the outside with the title of the instant action and the title of the Documents therein, entitled Exhibit Nos. 3 and 13 through 17, inclusive, the Declaration of Lawrence E. Tannas, Jr., and the Declaration of William A. English of Plaintiff, Lawrence E. Tannas, Jr., and referred to in the Motion for Summary Judgment Re: Disclosure of Best Mode.  The Court, having fully considered the matter on the basis of the briefs filed by the parties, hereby orders that Exhibit Nos. 3 and 13-17, the Declaration of Lawrence E. Tannas, Jr., and the Declaration of William A. English marked "Confidential - Attorneys Eyes Only" and previously lodged with the Clerk be sealed permanently in an enveloped marked on the outside with the title of the instant action and the title of the Documents therein, entitled Exhibits No. 3 and 13 through 17, inclusive,

1  the Declaration of Lawrence E. Tannas, Jr., and the Declaration
2  of William A. English of Plaintiff, Lawrence E. Tannas, Jr., and
3  referred to in the Motion for Summary Judgment Re: Disclosure of
4  Best Mode.
5  IT IS SO ORDERED
6  _____   Date: 1-25-08
   United States District Court
7  Judge Richard W. Roberts

8  Copies to:

9  Quentin R. Corrie

10 Mark J. Nuell
   8110 Gatehouse Road
11 Suite 100 East
   Falls Church, Virginia 22040-0747
12 Phone: (703) 205-8000
   Fax: (703) 205-8050
13 ATTORNEYS FOR PLAINTIFF

14
   William A. English
15 Vista IP Law Group LLP
   2040 Main Street, 9th Floor
16 Irvine, California 92614
   Telephone:  (949) 724-1849
17 Facsimile:  (949) 625-8955
   ATTORNEY FOR PLAINTIFF
18

19
   Kent Dale Brostrom
20 IAP WORLDWIDE SERVICES INC
   2231 Crystal Drive
21 Arlington, VA 22202
   (703) 253-2768
22 ATTORNEY FOR DEFENDANT

23
   David R. Sugden
24 Scott J. Ferrell
   610 Newport Center Drive
25 Suite 700
   Newport Beach, CA 92660
26  (949) 717-3000
   Fax: (949) 717-3001
27 ATTORNEYS FOR DEFENDANT

28 C:\Documents and Settings\m2s\Desktop\All defendants Final track changes (2).doc   2